RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUN 1 6 2025

DANIEL J. McCOY, CLERK
BY: _____ KW

*(Rev. 12/15/2023)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
_____ P _____ DIVISION

**25-cv-0870 Sec P**

Emile HAWKINS
_____
Plaintiff

Prisoner # 290101

Civil Action No. 22-CV-006218 SEC. P

VS. Jeff DAViS Sheriff DepT
WARDEN POWell ETAl
Sheriff              Defendant   Ass. Sheriff
Kyle MYERS            WARNERS Levi

Judge  Kathleen Kay BIANCO

Magistrate Judge  James D. CAiN JR

**COMPLAINT**
**PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983**

## I.   Previous Lawsuits

a.   Have you begun any other lawsuit while incarcerated or detained in any facility?

Yes ✓   No ____

b.   If your answer to the preceding question is "Yes," provide the following information.

1.   State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the County or Parish):

Western District Federal Court Lafayette LA

2.   Name the parties to the previous lawsuit(s):

Plaintiffs: Emile HAWKiNS

Defendants: Jeff DAViS PARISH Jail House STAFF member

3.   Docket number(s): 22-CV-006218

4.   Date(s) on which each lawsuit was filed: 7-23-23 To 5-24-24

5.   Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

"Still Pending" I'm Looking For A Lawyer. my Lawyer GOT BAR OUT OF LOUiSiANA ROBERT LUNSBERRY II my hired Attorney To my Civil CASE

Page 1 of 4

*(Rev. 12/15/2023)*

c.  Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

Yes ___✓___ No _____

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

*My LAWYER RobERT LunsBERRy LOUSIANA BAR ASSICATION BAR His LicEnse To Do LAW; looKing FOR A LAWYER To Help me*

II.  a.  **Name of institution and address of current place of confinement:**

*Jeff DAViS PARish Jail House*

b.  Is there a prison grievance procedure in this institution?

Yes ___✓___ No _____

1.  Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

Yes ___✓___ No _____

2.  If you did not file an administrative grievance, explain why you have not done so.

_____

_____

*Refuse To give me Copies & Answer A.R.P.*

3.  If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

*UNDER OATH A.R.P.*

*REQUEST Form on Kiosk machine in Jail House. They say Nothing. Staff member ANswER ARP with THEiR on IT WARDEN Don't ANswER ARP. STAff ANswER THEM*

Attach a copy of each prison response and/or decision rendered in the administrative proceeding. *YOU HAVE To get iT out of A Kiosk machine THEY Don't Give you Copies*

III.  **Parties to Current Lawsuit:**

a.  Plaintiff, *Emile HAWKINS*

Address *P.O. Box 863 JeNNiNgs, LA 70546*

(Rev. 12/15/2023)

b.    Defendant, _Kyle Myers_____, is employed as
Sheriff Deputy at _Jeff Davis Jennings, LA_
                                                        P.O. 70546
    Defendant, ___Wardens Levi_____, is employed as   P.O. Box
Sheriff Ass. at _Jeff Davis_                              863
    Defendant, ___Powells_____, is employed as
Sheriff Warden at _Jeff Davis Jennings LA_
    Additional defendants, _Landry, Carrier, Morrison,_
Caruthers, Caswell, Ward, Tiger Mart Staff Member
Medical Staff Member.

IV.    **Statement of Claim**

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS. IF EXTRA PAGES ARE REQUIRED TO STATE THE FACTS OF YOUR CASE, YOU ARE LIMITED TO FIVE TYPEWRITTEN OR TEN LEGIBLE HANDWRITTEN PAGES PURSUANT TO LOCAL CIVIL RULE 3.2**

Jefferson Davis parish JailHouse Jennings, LA
Sheriff officer, staff member, On Days
between 4-12-25 - 4-23-25 Hawkins was
Beaten up By Sheriff staff member in Jail
House 5 Teeth Knockout Hawkins for
No Reason, Also food poison By staff Ward
On 4-23-25 Putting substance in Hawkins
Breakfast cup 10% In Hawkins stay in parish
JailHouse Hawkins right civil still Being
Violated By some staff member for no reason
Hawkins was Being Denied Medical Attention
eye Doctor's Dentist 6-6-25 Hawkins still
Have not seen NoBody yet. 4-12-25 when Hawkins
came to parish JailHouse Refuse Hawkins of 1983 form

Page 3 of 4

See Attachment paper

*(Rev. 12/15/2023)*

### V. Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.



I Need A TRO Put on Officer, ward carewthers, Land Ry, & carrier, morrison to stay 50 feet away from hawkins, Award throw King $500,000 Dollars for Damages to hawkins, mouth and Ribs $30,000 Refusel of medical Attention $30,000 Dollars for 14th, Due Process Right $40,000 Dollar

### VI. Plaintiff's Declaration

a.   I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b.   I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c.   If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this   10   day of   JUNE   , 20  25  .

_____N/A_____                              _____Emile Hamilken_____
**Prisoner no. (Louisiana Department of**      **Signature of Plaintiff**
**Corrections or Federal Bureau of Prisons)**

Page 4 of 4

IV   Statement of Claim   P1.

Jeff Davis parish Sheriff Office Staff member
refused to give Answer In 5 Days of request
form Rules of parish JailHouse or response in
30 days JailHouse rules in Jeff Davis. LPN
Lisa Refused Hawkins eye Doctor, Refused Hawkins
to go to Dentist when 5 teeth was Knock out of
Hawkins mouth 4-12-25 Cameras Can Be Review
for Evidence, from 4-12-25 To 5-25-25, Motion
To Suppress Jail House Cameras, and kiosk
Machine for Violation of Due process rights

On the 4-12-25 Jeff Davis Parish staff
member for Breakfast time 4:30 A.m. To 6:00 A.m
Ran in Hawkins RSO cell #6 Hawkins was eating
His Breakfast Tray, Staff ward told Hawkins to
Hurry up and eat his food, Staff Currier came over
To Hawkins Cell #6 open Door and told Hawkins To
Hurry the F up, Then He Staff member Currier
Started Counting Down for Hawkins to eat his
food, 987654321, you finish Give me your
Breakfast Tray Now, Spray chemical in
Hawkins cell #6. Staff member, Ward, Currier
Landry and Morrison Ran In Hawkins Cell #6
Beating Hawkins up in cell for a Breakfast
Tray He was given Time to Eat By Staff ward
Ok, Staff Currier Took out of Hand Bruce His
power He or any other staff member was
Allowed To put Tray in Cell or They is not

## STATEMENT OF CLAIM   P.2

to pick up tray out of Inmate Cell Hawkins request form 3-7-24 will prove they staff member have Nothing to Do with Inmate food-trays Landry Answer request form stating staff member can not touch food trays 3-5-25, 1 year later Landry Run into Hawkins cell Behind food-Tray, Which they are not Allowed pass-out or pick up food-trays for tiger Mart food service private own Company. Fo Do Po Jo Don't work for tiger mart any they are put on Tiger Mart work Insurance policy. So why they came in Hawkins cell for food tray, when they are Not Allowed By tiger Mart food service to work or private food Handling for tiger Mart, they are Not tiger Mart Employee. so they are in Wrong Doing for Running in Hawkins Cell Beating Him up for food-trays. It was tiger Mart staff member JOB to pick up food Trays and pass out food trays. They are Not allowed Sheriff office staff member have Nothing to Do with tiger Mart food request form from staff Member 3-5-7-24 proves they was Not to go into Hawkins cell & Behind food-tray, on the Day 4-12-25 staff member was wrong for Beating up Hawkins Excessive force on Hawkins did Not threaten staff member or cause threats to NoBody in Jail House. Hawkins Did Not cause threat to staff members. staff Landry and Carrier Beat Hawkins up Behind Lawsuit Hawkins file 22-cv-00-218

STATEMENT OF CLAIM    P. 3.

Hawkins was Beaten up By staff member using real Excessive force. Hawkins sprayed with chemical was not given Bath or shower, to wash chemical off his Body. Hawkins suffer skin Burning to his Body from chemical spray. 5 teeth out of mouth Behind staff member Jumping on him Behind Breakfast. Troy they have no power over Troy. Troy Mart never hired staff member to work for them. On 4-23-25 staff Ward try to food poison Hawkins food Tray By putting powder substance in Breakfast. cup Trustee told Hawkins shuck his head no, not to Drink it. Hawkins then refuse to sign the Trustee, give to him Don't Drink it. and point at staff Ward for putting substance in cup. Hawkins tell other staff member Ranking officer, nothing was done about the matter. They all said it was Justifyable to everything they Do to Hawkins in Jail House. You have no right in this Jail House. Sandy also one staff member help Beat me. on 6-4-25 11:00 pm To 12:00 pm Cameras can Be review Sandy C-2 Dorm in front Hawkins cell # 2. Sandy is in and the lawsuit. 22-cv-006218. Hawkin Believe Sandy & Carrier Beat him up Behind his lawsuit in Federal Court. Both staff is in lawsuit 22-cv-006218. The lawsuit Make Sandy letting Inmate steal Hawkins Commissary. Sandy puts Hawkins in lock-Down every time for no reason. and then let Inmate steal his Commissary from Hawkins. Sandy Beat Hawkins

P. 4

up Behind a lawsuit, staff carrying stated to Hawkins go file a lawsuit on that I'm 3-0 on you now. Hawkins in cell #6 Date 4-15-25/25 Cameras can be review for Evidence to what staff carrier said to Hawkins, staff member working the keys at the time. Hawkins was on the Hallway for 30 min. Staff Carrier kept calling Hawkins out of name. it's against Jail House Rules. OK through Hawkins 4-12-25. Hawkins was choack By staff member Caruthers was chocking in a chair. Hawkins was Lock Down strapp Down in chair Beaten a Bruse By staff member for No reason. After staff member finish Beating Hawkins up. Knocking Hawkins teeth out of mouth 5 teeth. Rib fractions, Arm out of place. Staff Lpn member Lisa told this He not important to her that Day. Camera can show Lpn Lisa Did care about Hawkins Medical need the Pain Hawkins was suffering from staff member Beating Hawkins. Also Lpn refused to send Hawkins to the hospital, After she seen 5 teeth messing out of Hawkins mouth, Lpn Lisa stated to Hawkins it is not important. She not seeing him for that Matter at the time. OK's Hawkins Had to put in a sick call to go to the Dentist Here it is 6-9-25. Hawkins still Haven't seen

P.5.

Haven't seen a Dentist yet the Lpn Lisa kept telling you on the list still no treatment, no medication for Hawkins mouth it is hard for Hawkin to eat food and chew his food and chew his food because broken teeth gum stay hurting sallowering because of teeth broken in gums, Hawkins was on top of the Bunk in charlie cell # 2 Dorm By Lpn Lisa took Hawkins Bottom Bunk, made Hawkins give his Bottom Bunk up to white-male, in charlie Dorm cell # 5 have to white male young in they 20's with Bottom Bunk why staff Member and Lpn Lisa Didn't put the white male in cell # 5 in a Bottom Bunk, why staff member made Hawkins give up his Bottom Bunk and made Hawkins climb Bunk to the Top with Broken Injuries ribs, shoulder broken and left Arm, staff member and Lpn Lisa has Been Cruel to Hawkins Lpn Lisa, you Hawkins shoulder is Broken on medical sick call 6-6-25 Hawkins seen Lpn Lisa she made mackia/ movement on Hawkin to sleep at Bottom Bunk they tell staff to move Hawkins to the top Bunk make his climb up the Bunk the fell with his shoulder and effected ribs. LPN Lisa Don't Care about Hawkins medical condition broken shoulder Broken ribs and Elbow on Arm mess up on Hawkins after Beating up Hawkins.

P.6

All this was reported to the Warden of the Jailhouse Warden and Deputy sheriff myers and Terri, powell, Jaspard, and Caswell he refused to see Hawkins about the matter of His medical treatment police Brutal, Excessive, force, and all was told to look at their Cameras on 4-(12-23) 2025 to see indicent Cause By staff member Mrs. treating Hawkins, Jail-House 3 warden and 2 sheriff member Answer request form that written against them with their names on it. Due process right Violation of Hawkin right for staff to answer A.R.P. with their names on it. you can't answer A.R.P with your name stayed on it. Deputy Here in Jeff Davis Jailhouse answer Warden A.R.P. Hawkins still in Parish Jailhouse LPN Lisa still Don't give Hawkins medical Attention to medical needs to His Eyes, Ribs, Arm and shoulders. LPN Lisa 6-10-25 Lisa put Hawkins in Top Bunk from Bottom made Hawkins Climb to the Top Bunk, and Put white Boy in His Bottom Bunk when in Charlie Dorm Cell 1,3 and 5 all had Bottom Bunk young people in 20's why Lpn Lisa didn't put the white boy in one of the other cell 1,3 and 5 Lpn Lisa say let nigger Climb Bunk because He write me up and Did a lawsuit on me

Black Lives Matter in Jail House my Mom & Daddy is Dead I have No Body to Help me in Jail House. I'm in Jail for Nothing

Beat me up Behind my Incident. Copried Wells said file another lawsuit on us. Hitting me with some Handcuff Key, I was Knockout then I woke up in a straff Down Chair, mouth and Taw Hurting me my Body Burning from chemical spray. Still To Day. Mr. Landry and Warrentell when they come By me in the Jail House it is Justify to what they Do to me

I need the Federal Court to Help me. They have Beaten me Real Bad in the Jail House, Knocking Out 5 Teeth out my Mouth Not on my Body and Fore Head and Arms, My Lisa told me I was Not Important to them. Then Stay Member took me to a cell by which I was strappy Down a staff member name Caruthers was chocken me where I couldn't Breath. He put his fingers Behind my ears. Cameras in Cell I Don't Know! Kept Comming in Cell. Time to eat, I Can't eat because of my Mouth Swollen, pain in my shoulder and Meds. I'm still in pain Today. No medication No Medical Attention.

Please! I'm Asking the Court to send A Order To the warden and Deputy Sheriff To Take me to the Dentist. Eye Doctor and Do Dentist to get me some Help. I'm in pain Every Day in Jell Davis Jail House Tennings

Someone Help Please. Submitte By
Ernest Hawk

Please Send Order for me To Go To the Hospital And To The Dentist a Teeth out of my mouth BRoken R.B. out of places should Hurt,

Dear Judge Kathleen Kay Blanco                    6-10-25

I'm forwarding you this letter Concerning legal mail That your federal Court Sent to me June 5, 2025 I received my mail 6-10-25 11:0pm, mail was open not in front me. I Did not open my legal mail it was open By staff member who name is stated in Lawsuit The Same Shift B Team J.D.P.J. staff member open my legal mail without me Being present. This B Team Shift Violates all my right. They Jump on me Behind a lawsuit 22-CV-00618, staff member Landry and Carrier or the 2 people who Knock out 5 teeth out of my mouth on 4-(12-13)-2025, Then staff open my legal mail without Being present. Violation of my right, Prison Rules states Inmate legal mail Be open in front of Inmate. Also I need you Judge Kathleen to send me a Order to these people to take me to the Hospital I Been Beaten up Bad By staff member, I was not given medical Attention By CPPC jpa or this parish Jail Warden Powell, Caswell and Gaspard, I need Order sent to this Jail House to take me to the Hospital for Medical Attention, I Have 5 teeth Knock out of my mouth By Landry and Carrier who I Have a lawsuit on 22-CV-00618. They Beat me up Behind the lawsuit and told me to file another lawsuit it is easier who this go to me in Jail, The Courts Can't DO them Nothing, Camera Can Be Only and the Courts Can see every thing 4-(12-13)-2025 staff member spray chemical on me then in my cell Beat me up.

Relief: ATTachMENT PAPER

To Put a T.R.O. on staff Member 50 feet away from Dawkins Safety. Randy, Carrier, Caruthers, Ward and Morrison, 14th, 8th and 11th/6th Due process right, for a Breach of Contract Court Order Agreement $20,000 Dollars pain and Suffer Due process right Violation, Access to Court $30,000 Dollars. Refused of Medical Attention $60,000 Dollars. Refused of Eye Doctor $30,000 Dollars or any other Damages Courts think Dawkins is Entitle to By Civil Law. Dawkins prays Courts Award Any Damages owe to him Courts Award Any Damages Medical staff Member, Kitchen staff member or sheriff staff member. Police Brutal Excessive force $80,000 Dollars pain & Suffering. False Imprisonment. $300,000 Dollars For. 3 Teeth knock out of Dawkins mouth. Submitted By

Emile Hawkins

Emile HAWKINS

Please Send A Order
For To Go To The
Dentist And Hospital
Shoulder And Ribs
Hurts Me Every
Day LPN Lisa
Give No Medical
Attention