Emiley Hawkins
Charlie #2
J.D.P.J.
P.O. BOX 863
Jennings, LA 70546

X-RAYED
CLEARED FOR DELIVERY

They open my Legal Mail

They open my Legal Mail

Please Consolidated This
W.D.F.C.
Judge Kathleen Kay Blanco
Western District Federal Court.
800 Lafayette St.
Lafayette, LA 70501

BATON ROUGE
JUN 1 2 2025
BATON ROUGE, LA.

FOREVER / USA

25-cv-0870 Sec P

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUN 16 2025

DANIEL J. McCOY, CLERK
BY: KW

