

Emile Hawkins
Charlie #2
J.D.P.J.
P.O. BOX 863
Jennings, LA 70546

Please Consolidated This
W.D. 7. C.
Judge Kathleen Kay Blanco
Western District Federal Court.
800 Lafayette St.
Lafayette, LA 70501

They open my Legal Mail
They Open My Legal Mail

X-RAYED
CLEARED FOR DELIVERY

BATON ROUGE
JUN 1 2 2025
BATON ROUGE, LA

FOREVER / USA

25-cv-0870 Sec P

© USPS 2022
THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT.
FSC
MIX
Envelope
FSC® C137131

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUN 1 6 2025

DANIEL J. McCOY, CLERK
BY: _____