RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
JUN 3 0 2025
DANIEL J. MCCOY, CLERK
BY_____

25-cv-870

22-cv-6218 X
Sec P

Broken Rib and 5 Teeth. I sent Sent Back Back
All This paper I Wrote   6-11-25 To You

Dear, Ms Kathleen Kay Blanco   6-26-25 1:00

I'm asking you Ms. Kathleen. To 3 en A   AM
A MemRandum ORder To the Warden The Otion
To show Cause, shall Order the Vidio Cameras
of Jefferson Davis Parish Jail House, On
The Day 4-12-25 and 4-23-25 these Day
I so cell 46 time 4:30 between 6:30 Am on
Both time Breakfast. show it Can show
Hawkins was Beaten up By staff MemBer
Here in parish Jail House, BeHind Lawsuit
Hawkin Has in your Court House on, staff
MemBer Landry, Carrier Case Number
to Lawsuit 22: CV 006 218. Also Ms.
Kathleen my legal Mail is Being open up
in This parish Jail House By staff MemBer
not in front of me. They open up my Legal
Mail without me Being present, all your Court
papers you send To Me is Being open up
By staff MemBer and they read my legal Mail.
Staff MemBer Caruthers who works in the
Jail House, They Have the right to open my
legal mail it Justify. I Have No rights I'm Not
in prison. They Can open legal mail in Jail House
without me present, Staff Caruthers open all my
Legal Mail and read it, He said He Can Do it in
this Jail House, On 6-10-25, I was sent legal Mail
By Judge James D Cain W. D. T. C. Section P
They open my legal Mail, Sent it to me wet and

P.2. Please Read Attached paper. I have No Paper To write on They take my stove from me Destroy. staff Ward Brought it to me at night 11:00pm in Charlie Dorm cell #2 4 paper not in Envelope. Ward stated they Can open legal Mail. Also it is Justify here in this Jail House

O.K. Mrs. Kathleen on 4-12-25. These officers staff Member Jump on me Beat me up Behind a door put in Federal Court file. O.K. I can to Jail House 4-11-25 4pm Jennings Louisiana City Jail House Holding Cell about 6:00pm To 8:30pm. Transported To parish Jail.

O.K. I was Book into prison of Jeff Davis Correction Center. I was put into cell #6 They Have a Body Machine you go Through, you see all my Body part. my Ribs and Teeth and shoulder Bones. O.K.

Staff Member Carrier, Ward, Caruthers Landy and Morrison female, all Jump on me Beat me up Breaking 2 Ribs, 5 teeth out of my Mouth and Re Breaking a my shoulder. I sit in Pain as of 6-26-25. They said it is Justify To what they Do to me. I go to LPN lisa and Kelly they Don't answer my sick-call. Everytime I go to see L.P.N staff Caruthers, Ward, & Carrier is the One Bring me. A set up. They say something and or you seen the L.P.N. let go Back to your cell

O.K. Ms. Kathleen it hard for me to eat my food sleep at night Im 59 years old. 2 of my Ribs still Broken it is Hard for me to

to sleep, my shoulder Be Re Broken By them. I
have no family in Louisiana, my mom and Dad
Dead, my sister work abroad, only come to U.S.
1 month out a year, my Brother Handicap. He
Have Someone take Care of him.

    Ms. Kathleen. I was Beaten up real Bad for
no reason, one staff member, stated He can
file Lawsuite on that I'm 3 and 0 on him. Staff
Carrier Told Inmate He Beat me up, Because of the
lawsuit. I file on them in Federal Court. Un mate
Derrick Lawrance Charles #3 Plus He gave
Inmate my Bible my x wife sent me. AKA Dee-Bo
is the Inmate name. I need Help Ms. Kathleen

       OTO Ms. Kathleen. I Be in pain U can't
sleep and can't eat my food Up N Keep telling

P. 4 me I'm going to the Dentist it's Been
going on 4-12-25 still Do Dentist or DR.
I go sleep for a Hour, wake up Because of Pain
in RiB and shoulder.
   Motion of Mem, and um order To show
Cause of Jefferson Davis parish Jail House
Cameras, 4-12-25, Cell 6 I.S.O., 4-23-25 I.S.O #6
Charlie Dorm cell # 2 Top Bunk, 6-10-25
Time 11:00pm. opening my legal Mail sent By
Judge James Cain Jr. 4 Letter papers was Handed
To me. J.m P. G. Inmate in Jail House, Alpha
Dorm #2 DOC Inmate maxwell charles fight
with DOC Inmate. 9-18-28 He goes Home. I'm a
Pre-Trail-Detainee. They force me to move out of
my I.S.O #2 To Alpha Dorm or Be chemical sprayed

P.S They Have force me to move on P.C. To time to Dorm charlie get into another fight with Inmate. I'm pre-Trail-Detainee. I Been on P.C. since 5-1-25. Because They Put me in Dorm To fight with young Dudes. I'm 54 years Old. Staff Carrier stat they'll get you Beat up every time. Here another staff try to move me again on P.C. 6-19-25 staff) when I sent you the write-up on Him in a letter on 6-23-25. They move me By Threatening me with chemical spray and Tearim. I Be force to move each time in a month. 2 Ribs and should Broken 5 Teeth out of my mouth.

Mr. Kathlyer get my some Help If you can Black Lives Matter in Jail House all my family Dead in this World.

We Need Help frum some type of people. A civil Lawyer of Don't Have any more money, tha money I Had, they took it frum me, on my Acceaunt, it Be Hind the Lewsuit 22-CV-006,218, thee Beat me up Behind Staff Carriers, Landry stated go fill a Lawsuit on, that it so tug tite to what they Do in this parish Jail House, the Warden let them Dquthat they want to. I send Request form to Warden they Byturn them on, Trash Machine and Reject my Request staff Caruther stay Rejecting my Request form to the Warden and Sheriff Mykes, So my Request Never get answers. I'm in Pain, Staff Caruther is Not a Warden, He Justa Staff Member

All Request form goes
In Klock machine
MEMRANdum ORdER To
ShowCAuSe FOR Request form

MS. KATHLEEN
Also send me MemBandum ORder 4oR
Kiock machine you see all my Request
4oRm Being Denied By STAff CARuthers
And Request 4oRm to LPN 4oR HELP