RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUL 03 2025

DANIEL J. McCOY, CLERK
BY: _____ KW

BACK side                          A.S.P. McBACK

25-cv-0870 Sec P

Dear, Ms, Kathleen Kay Blanco        6-27-25
Can I Plead your Court,
OK! On the I Hawkins mail to your Federal
Court, my 1983 form to your Court. How long
Does it take for me to Received answer Back
to my 1983 form. 6-11-25 at 4:30 m.m I mail my
1983 form off to your Court. I was in Charlie # 2
Cell, Now I'm Back on P.C. cell #1. I'm P.C. I Been
On P.C. Here in this JailHouse since 5-1-25.
       OK! Ms Kathleen I Been force to move on P.C.
2 times, threaten By staff Member move me off
P.C. to the Dorm Or they spray you chemical pepper
spray. I Have gotten into 2 fights on P.C. in a
month time, I got into with DOC Inmate Maxwell
Charles, and another Inmate Johnton Shelton.
       OK! Ms. Kathleen I Did Not make copies of my 1983
form Because they Don't give you copies over here, So
I'm asking Can I get Copies of 1983 form, I file into
your Court 6-11-25. Now I Don't know how it take
to Answer the 1983 form. But I Have another claim
to Add, to my case, with Staff Member tempering with
my mail. I want to add to my claim on Medical on
my Religious Ford Diet, Or Can you send me another
1983 form. They Don't give you 1983 form, Here in this
JailHouse. I Have to file all my own Motion, Because I Don't
Have a Lawyer. I Have a Claim to Louisiana Bar Assication
on Tiger Mart and Gov Dept. Please's Inform me of my
Lawsuit I Just file with you thank You E Smith Hawkins

If IT IS NOT A PROBLEM SEND Copies of my PAPERS of my 1983 Form. Also How Can you File a T.R.O. ON STAFF MEMBER Here In Jail House.

THEY DON'T LET you Take MONEY OUT OF your ACCOUNT But I Have $30.00 Dollar on my ACCOUNT I CAN Afford A Couple DOLLARS For Legal Copies of THE 1983 Form. Now If you Charge me $5.00 Dollar For Copies. And Send IT Administration Telling Them To Take IT From my ACCOUNT THEY Take $5.00 Dollar From ACCOUNT.