RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUL 16 2025

DANIEL J. McCOY CLERK
BY: _____ KW _____

25-cv-0870 Sec P

7-2-25

Dear, Judge Kathleen K, Blanco
I'm forwarding this letter concerning
a 1983 form I mail To Your Court on, 6-11-25 4:30 An
mail from Parish Jail House, That the 1983 form
you forward to me, To Be file out, I'm trying
to see, what is the Case Number, I Have 3 more
claims to Put with it, my other Case from 2023
you know it was Dismiss for Address change,
ok I understand That, Ms Blanco.
     I'm Trying to see about my New Case
I Just file on, Because, I Have some paper
and Ink pens Now. This Jail House Don't like
To give you anything. Ink & paper, So I
Have paper & Ink pen, So I Have Claim is
The Same as written In my 1983 form, same
people as stated, But I clearly Rewrote every
Thing over Now it is one Matter, The Kiosk
Machine I can't get copies of my Request I
ask for them was Denied, They Denied you
of all Access to Court paper, Due process Right
They staff members and or Warden &
Administration Dept, Business, So I'm filer
On it false statement & Document to give
Their names as if they are Administration
Disciplinary write-up No B Road to Disciplinary
imposed Sentence.

I'm Adding this to my complaint 1983
form About Request form you Address to
the Warden & Administration Staff member
asewer to Reject your A.R.P. with their
Names in the A.R.P. asewer it, Against the
to answer something with Your Name on it
Also Disceplinary report to Broad, they
imposed sentence you and put you on ISO
without Disciplinary Broad. Imposed
Take away Commissary TV, Phone, ISO
You for weeks, month without a Broad
1st 4th 5+ 6th 8th and 14th Due Process Right d
Have the Right to challenge white-up
Against Me, they say they Don't Need a
Broad Everything they Do Jus itifiable
with None of them went to Law School
people off Street Run this Jail House
Violating all Inmate Right here in
Jennings, A Jail House Warden
Don't answer A.R.P. Address to him
Staff Member, sign their name as their
The Warden Administration. Just 3 people
Action By my Warden. thank you