Emile Hawkins

VS

Jefferson Davis Parish ET AL

Sheriff Kyle Myers, TigerMart Dietary

Ass. Warmenn Zevi, Lpn Lisa & Kelly medical

Warden, Powell, Gaspard, Case Well

P. 1

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUL 17 2025

DANIEL J. McCOY, CLERK

BY: _____ KW

Motion To Mem Random Shall Order
SuBpoena Jefferson Davis Parish, Jail House Video
Camera's, Any & All paper & Electronic Kiosk, Request
form, medical Request, Kitchen TigerMart, & Jail House
Request form. Motion Shall Order To Show Cause,

Motion Shall Order to Show Cause
Shall Order SuBpoena Within 30 Days, Jefferson
Davis Parish Jail House, Sheriff Kyle Myers, Ass.
Warmen Zevi, Warden, Powell, Gaspard & Casewell
TigerMart Dietary, medical Staff Lisa & Kelly & DR.
Also Shall SuBpoena Rules & Procedure of Discipli-
nary Report form V8/13. Rules & Procedure of
private own food Service Tiger Mart CEO of the
Company, Authorize To Pass out & Pick up Food
Trays, Rules & Procedure of medical staff here
at this Jefferson Davis Parish Jail House, Pass out
medication, Video Camera's 1-23-23 To 7-4-25.

Provide the Courts & Hawkins with a full
Rule & Procedure Book & All paper & electronic
Kiosk filling Request form 1-23-23 To 7-4-25
Comply within 30 Days of this Order File B
plaintiff into such paid Court pray that
ion, Order Be grant to him.
Submit
Emile H

Judge Kathleen Kay Blanco

Amelo Hawkins
vs.
Jefferson Davis Parish, ET AL
Sheriff Kyle Myers, ASS, Warren Jeff,
Warren, Powell, Gaspard, Gaspreal,
Tiger MART Dietary, Medical Lpn Lisa & Kelly

P. 2

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUL 17 2025

DANIEL J. McCOY, CLERK
BY: KW

Motion For Memorandum Order Shall SubPoena
All Video Camera's On these Stated Dates, 4-(12-13)-25
4-(18-23)-25, 4-(25-27)-25, 6-(10-11)-25, 6-26-25,
7-2-25.

Within 30 Days of this Order, Provide Hawkins
and the Court with any & all Records of staff members
of Jefferson Davis Jail House Name and Address of
each Different, Private own Company & Staff Member
who Committed Different Constiutional Right Violations
of Inmate Due Process Rights, Police Brutal, Excessive
Force, A.Buse Police Power on 4-12-25, Medical Attintion
Refused of Dentist 4-12-25, Eye Doctor, Lpn Refusal of
Inmate Food Religious Diet, Tiger Mart Dietary Refussal of
Inmate Religious Food Diet, No Cold Meat, No Beans, No Red
gravy, Name of each Defendants, Address & Name medical
Staff, Tiger Mart Dietary, full name and Address of each
Jeff, Davis Parish Jailer, Carrier, Caruthers, Landry,
Ward, and Morrison, Each Defendant Complied
with this Order As stated:
Motion Shall Order to show Cause shall
SubPoena any & all paper & Electronic Kiosk Request
Form Filing By Hawkins. Also Shall SubPoena
any & all Rule & Procedure of Jeff Davis parish
Jail House Disciplinary report 8/13, Lousiana
State Law, of 72 Hours Hearing Disciplinary BRoad
That given Inmate the right To Faces His Accuser.

P. 3

Rules & Procedure: who can santion an Inmate in Parish Jail House Rules & Procedure of Inmate Consitutional Right to Defend theirself at a Disciplinary imposed santion, Inmates have a Right to a 72 Hours Hearing. Also have the rights to face his Accuser Against such said Disciplinary act, 72 Hour Hearing is a Lousiana State Law, In parish Jail House & Prison in Lousiana, Govern's state laws. Inmate must have the right to Appeal any & All write-up By Disciplinary Broad Adminstraction

It is Order, That Jefferson Davis sheriff Kyle Myers & Warden Powell Show Cause and produce Records from 1-23-23 To 7-4-25 of all paper filing & Electronic Kiosk maching Inmate form file inside of it from Date stated Above.

It is Furthermore, Shall Memorandum Order the Jefferson Davis Sheriff Kyle Myers & Warden Powell of Jail House to Produce Records of Medical Dept, Kitchen Dept, & Disciplinary Reports form V8/13, Rule & Procedure of a 72 Hours Hearing Broad That gives Inmate to right face his Accuser on Disciplinary Reports such Said Against Inmate.

Order:
upon This that the Sheriff Kyle Myers. & Warden Powell "Motion To Shey Cause produce all" Records To Inmate Emile Hankton within 30 Days

P.4

Rules & PROCEDURE of Disciplinary Report form V8/13, Person Authorize to Imposed Sentence upon Inmate Disciplinary write-up, in parish Jail House, and Person who Authorize Action Can Be Taken By upon Inmate write-up, Only Administration Can Imposed Sentence upon Inmates write-up. Louisiana State Law, Also Inmate Rights to face His Accuser in a Disciplinary Action in Jail House & prison in the State of Louisiana.

Rules & PROCEDURE of Inmate Rights to a 72 Hours Hearing to faces his Accuser, upon Disciplinary Report form V8/13, in Jefferson Davis Parish Jail House, Jennings LA, State of Louisiana Disciplinary Broad Louisiana State of a Inmate 72 Hours Hearing. Due Process Right Law. 5th 6th Amendment Rights Consitutional Law of Inmates to faces His Accuser

Rules & PROCEDURE of Private own food Service Department, Tiger Mart food Service to Serve Inmate food every Day, State of Louisiana Requires Inmate food to Be Cook every Day and Be serve Hot meals, Inmate are Not Allowed to eat leftover in Jail House & prison Violates Inmates food Rights, And Inmate Right to His Religious food Diet in Jail House & prison

ORDER:
upon this Order that Sheriff Kyle Myers & Warden motion To show Cause PRovide Hawtun within 30 Days ALl RecoRds state AbovE E-H.