Case 2:25-cv-00870-JDC-TPL    Document 8    Filed 07/17/25    Page 1 of 18 PageID #: 71

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUL 17 2025

DANIEL J. McCOY, CLERK

BY: KW

Black live Matter in Jail House
I sent 1983 Form 6-11-25 4:30
A-S.P. Let me Know Have you Receive it A.M

Dear, Ms Kathleen Kay Blanco      7-7-25
I'm forwarding you this letter    4:30A
concerning a 1983 form was sent to W.D.7.C.
On the 6-11-25 at 4:30 A.m. mail out in
Parish Jail House, Charlie Dorm C#2, Staff
Member Landry pick up Mail, That I
mail to you with your name on, The 1983
form you sent me, I sent it Back to you
On Again 6-11-25, Now you should have
receive my mail 6-13-25 on a Friday
No Later Then Monday, 6-16-25, Because it
only 3 Days for mail. my mail Been getten mess
with open Not in my present, and Read. Staff
Member Caruthers, does in my property Takes
my 1983 form you sent out of my property,
On 7-4-25 between Time 9:30 - 11:00 pm
PM
staff member Thompson took me from
I So Cell #1 to make Copies of my statement
of claim to Be Add to my 1983 form I
Did, There was No 1983 form in my
Property Booking Room, Video Camera's
can prove No 1983 form was in my property
It was a big Brown you sent me Nothing
was in the Envelope you sent 1983 form was
messing out my property, Staff Thompson 7-4-25
who went to property, my mail Be getting mess
With By staff Caruthers, Thank you Most Speedy Reple
E. Hawkins

P.1

Statement of Facts
On the 4-12-25 Jeff Davis Parish Jail House Breakfast time 4:30 A.M. to 6:00 A.M. Hawkins in ISO Cell #6. staff member ward awaken Hawkins to eat Breakfast, staff ward put Hawkins food-tray in Panhole, staff member are unauthorized to pass out & pick up food. Staff work for Parish Jail House are Not Allowed to touch tiger Mart food-tray. Reason why private own food service Company at Parish. It is 3 private own Company at Jefferson Davis Parish Jail House. Medical itaff private own and Kitchen private Own Tiger Mart own staff member. Tiger Mart has Inmate who pass out Food-Trays Cup and Pick-up Food-Trays & Cup. Jail House staff member are unauthorized to Handle food-tray for tiger Mart. So, On 4-12-25. staff member Ward, Carrier, Landry, Caruthers, And Morrison. All were unauthorized to Pick-up Food-Trays Cup and Pass out food-tray. Because they don't work for tiger Mart private own Company. staff member of Jefferson Davis Parish Jail House was unauthorized to take Hawkins food-Tray He was eating in ISO Cell #6 Jail House video Camera's will prove Incident Hawkins endanger No staff member or No Inmate, or other staff work in Parish Jail House. Hawkins was sprayed with Chemical, Beaten up, By staff so of them that in this Complaint.

P.2

name Carrier, Ward, Landry, Caruthere and Morrison, all these staff member Names knock out 5 of Hawkin Teeth & Refraction Hawkins Left side 2 Ribs & shoulder was in Pain for months without medication, I had a Knot on my Knee for a month, I Didn't see the Doctor for a long time until I kind of heal up. On my left side of my Arm my Elbow a Big Knot on it for months Also it wet away. I was never taken to the Hospital, still Today I'm waiting to go to Dentist to pull Broken teeth out my mouth that cuts my lip inside my mouth from my **Teeth** cuts. On 6-29-25 staff Carrier Again Use Execcessive force on me Atting my wrist with Handcuff, Camera Can Be Review at Parish Jailhouse for Evidence, Hallway By Lock-Down all throw my face into Door, got By cell him and staff Field standing in front of my cell waiting for Hawkins to Do something. Handcuff was Put on Hawkin through Pan Hole, when got Back to his, staff Field Didn't take Handcuff off through the Pan Hole, Before Hawkins went to Medical on 6-26-25. staff member Mash finger in Pan Hole Laughing at me Talking about You are right But never He, staff Field Tells the Girl I'm a "Killer" He mash my finger, Look at Camera ISO cell #1 should my finger getting smash. Causing me pain, to where I go see the Dr. Blood Pressure up

Jeff Davis ?

P.4.

my finger Staff Field Did not give Hawkin any medical Attention, OR Medical Attention when Hawkin showed himm my wrist was Cut By Hand Cuff. No Staff Member Stood front my cell making Scan of Hawkin with Staff Carrier. Staff Field Did not gave Hawkin any Medical Attention close Hawkin cell Door. Hawkin receive no medical Attention from Staff Fields from smashing his finger in pan Hole. Staff Carrier went wake Hawkin up. He Carrier kept calling Hawkins speaker in Iso cell, calling Hawkins out of His name early in the morning Before Hawkin was waiting to see the DR. Camera can Be Review for Voice of Staff Carrier waking Hawkin up calling Hawkin out of his name Rook Bear, Rule; Procedure states they are to call eInmate By their name, Violation of Parish Jail House Rules, Also, Staff Carrier Violated Due process rights of Disciplinary Report, False Statement, Forgery, Prison Administration Action on write-up sign His on it and Imposed Hawkin Sentence on Him Attached is a Copy of write-up, But Hawkin states clearly. Staff Member kept playing on Loud speaker in His cell waking Hawkin up out of His cell making all kind of Voice. Camera can Be Review for Voice of Staff Carrier messing with Hawkin Causing Trouble with Hawkin So Staff plan on Hurting Hawkin Wrist way.

Jeff Davis I                    p. 5

Later on that is when Staff Carrier planned to Come out of the Key you was working to get back at Hawkins, cutting Hawkin wrist, Staff Guete seen it and Blood, Staff Thompson seen blood and Hawkins wrist, Also Staff _____ seen Blood on shirt of Hawkins, It was planned by Staff Carrier to hurt Hawkins, Again cutting his wrist open with handcuff, Staff Field smash Hawkin finger in Pan hole Door No Medical was given to Hawkin, Denied Hawkin of Medical Attention in Parish Jail House.

Back on 4-12-25, when Hawkins was Beaten up Chemical sprayed, Hawkin was not seen by Medical put into a strapp chair Arm & Leg Burm with chemical spray, Also staff membe Caratha was Choking Hawkin while Hawkins was strapp Down in chair Putting 2 finger Behind Hawkin Ear Pressure Point Behind Ear Causing Hawkin Pain, Excessive force, Abusing Police power, Hawkins Did nothing to be Beaten up. In Parish Jail House, No write up. Camp 10'e Hawkin Did anything to staff Minisey for Hawkins to lose 5 tooth out of His mouth, 2 RiB fracture X-Ray Taken 7-2-25, Waiting for X-Ray it takes couple of Days, Police Brutal Can be seen on Cameras. Also Whitney staff Membe Field told Field what He Did Night Cell 6-26-25 9:00 - 10:30 AM

Jeff Davis III

Statement of Claim

On 6-10-25 Hawkins receive legal from the federal Court Judge Jame D. Cain, my legal mail was open By Jefferson Davis Parish Jail House, staff Member Ward, I Hawkin was in a Charlie Dorm Top Bunk cell #2 at 11:00 pm, 4 Rose letter was Brought to me By staff Ward, Destroy by Water legal. I Hawkin wrote Federal Cain Judge About legal Mail Being open Judge told me I Had to Do a New Lawsoit upon 1983 form, my case covern't it Because case was Dismiss 2023 for failure to change Address, etc. Here at Jefferson Davis staff Member Caruther I Have a serious problems reading people legal mail opening up people legal without their present. 7-1-25, He told staff member phill that my case was close that He was not going to get my 1983 form out of my property Because my case is close, A 1983 form is not a case, it a form you filed New Lawsuit on, which is in my property, He refuse to give me a copy of 1983 form, Also I fill out several Request form asking Jail House for 1983 form, which By Louisiana every Jail House must provide legal form to inmate to be fill out, Acces to court, So when Hawkin Did Request asking for 1983 form, He was Denied Constitution Civil Rights Violation, Also Caruther is not part of Jail House Administration Dept. He Violates Rules & Procedure, By Answering Request form that Address to Warden 3 people Is All Administration Names Powell, Gaspard, Gaosewell

Jeff Davis II

These Are the only 3 people Can work Administrate
Here at this parish. Why that the people Sheriff Kyle
myers hired in that Dept, the others are staff Mem Ber
Here upon In the Jail House Rules & Procedure is
Being Constitution Right Violated By staff member
Write-up Action on Punishment Can only Be given
By Administration 3 Warden is the only one that Can
give Punishment upon any write-up Write-up
Disciplinary Report Form V8/13 As on it only
Action By Warden/Ass Warden Below in Disciplina
Report form V8/13
Only 3 people work Administration are
Allowed to Punish upon write-up and imposed
Sentence of Restriction. Warden of Administration
Any Body who sign their name on write at the
Bottom of Disciplinary Report form V8/13
Action By, Can only Be By 3 people Here at the
Jail House, 3 Warden is the Administration staff
Can Not take Action By Reason why restriction
is only By Administration is the only people can
imposed Sentence upon Inmate write-up. Inmate
have Constitution Right to Due process Right
when Action By is sign By staff member Violate
5th 8th 9th and 14th Due process Right, If staff member sign
their name At the Bottom of Disciplinary Report
form V8/13. Action By is it Call Forgery your
Name where Warden name goes at. No staff member
Can sign Action By on Disciplinary Report form V8/13
Against Louisiana

Jeff Davis II

## Statement of Claim

Issue of Complaints Constitutional Rights Being
Violated in Parish Jail House Jefferson Davis, Jennings
LA, Inmates Rights Being Violated, Medical Rights,
Eye Doctor, Dentist, P.C. Right, Religious food Diet Right.
legal mail tempering & Reading, Police Brutal & Excessive
force, ABuse Police power, Violation of Jail House Rule
& Procedure, Adminstration Rights Violation,
Forgery, False Statement, Racial Discrimination,
Under Oath 5th 6th 8th; 14th Amend Due process Rights
Violation, Disciplinary Reports Violation, Fake Document
& Forgery, A.R.P. & Request form Constitutional Right
Violation of Access of Court, Due process Right,
Assault By Staff Member, Disciplinary penalties
Rights Violation of Inmate 5th 6th Amendment Right
Due process Rights, Disciplinary Report Form 1/8 113
Violation of Inmate Constitutional Right, failure
Inmate Due Process right Representing NE of
Story of Disciplinary Act imposed Against He
have the right to challenge Disciplinary imposed
Sentence, All Disciplinary Report forms should
give Inmate his right to fight his innozins, If
Disciplinary Broad, or Adminstractive Department
must set up a Broad to give an Inmate the Right to
challenge Disciplinary Report said Against Him,
That his Due process Rights, His 5th And 6th Rights,
He Have the Right to a Attorney, To Represent Him on
Disciplinary penalties act that is Being said Against
Because He wore the To challenge such Act that was said
Against

III

Statement of Claim                                              P.1

I Hawkins on around 4-30-25, move out the Dorm of Fox Dorm Because I got into with Inmate Cary Lyons in Cell #2 I was move to Exceptable, They was going to keep me in Fox Dorm, I told Staff Member I Had Enimies in Fox Dorm, I Had a fight with a Inmate in my cell, Both Inmate was in cell #4 Fox Dorm AKA Bill or Jennie or Inmate AKA Big Boy, I told staff Member Janice I go into cell we going fight. I'm too old to be fighting in Jail, I want to sign P.C. He Janice Put me in Exceptable Holding cell, Inmate Anthony Read name started talking about something Happen on the street, So I told him whatever, I'm not in Jail to fight, so I Push the Buttom and told staff member to get me out of the cell with Anthony Read home, He Anthony also told staff, He can't leave with me, Because I was making noise on cell, He couldn't sleep get me out of cell, I Push Buttom, told staff Member I want to sign P.C. I Don't want to Be anyone Because I Don't want to Hart Nobaly, I was move to I.SO # cell #2 place on P.C., ok I Been on P.C. for about a week, they staff Member came to my I.SO. P.C. cell #2 Told me I Have to move pack my stuff up right, C'mon P.C. we Need this cell, they was going to chemical spray me, if I Did not move, Staff Member, Force me to move off P.C. I Didn't sign No paper, to Be move off P.C., I was force to move against my Will, To the Dorm of Alpha cell #2 Bottom Bunk, ok, I ask officers why I was move, We Need you cell, I'm on P.C. 50 close the Door on me, told me go to your cell #2, I Don't want to hear that you on P.C.

Statement of Claim   III

P. 2

Ok's I Hawkins went in cell, Inmate Maxwell Charles was the only Inmate in Cell I told Inmate why They move me on P.C. Maxwell stated that how they do in this Jail House while you on P.C., ok while in the Dorm About a week pass I'm in cell #2 me and Maxwell Charles get into about He owe me 4 soup, Before Doing some legal Work for Him, so He Maxwell Charles press the Bottom told The staff member to come get me out of his cell, At that time I look at him, I got up and said what you mean come get me out of this Cell, We started fighting. Inmate Maxwell was a DOC Inmate 9-18-28, was His Time He get out of Prison on paper Discharge Date, I Ernie Hawkins Pre-Trial Detainee parish Inmate on P.C. was never was to Be put in Cell with DOC Inmate, I Hawkins was force to go in cell with the DOC Inmate Maxwell Charles. I move out of my TSO P.C. Cell #2 Against my well, or Be Chemical sprayed By staff Member, ok I got into fight move me Back to TSO P.C. Cell #2, Here again staff member tells Hawkins pack your shit, you have to move again, I'm on P.C. So what you can Be move or we will chemical spray you if our choice, pack your thing up right now, Here I Hawkins was force to move against my well on P.C., They move me on P.C. to a Dorm Charlie Cell #2 with 3 other Inmate in cell, all pre-trial Detainee, Here I Hawkins still on P.C. ok I ad was in Dorm, Next Day. I seen Inmate Cary Lyons in Dorm so I ask Him, what going on. He Tell me I'm cool Bro, I wrote on Kiosk, About Inmate Cary Lyons in Dorm with me. Nothing was Done, me and I gons get into again password But we Didn't fight with each other. We told the he do no part in...

Jefferson Davis III  P. 3

Statement of Claim

Alone in the Dorm, Lyons was move out the Dorm with me me and Lyons got into it, in Fox Dorm 4-30-25, They move to Exceptable Holding Cell, Ok! Now Here I'm in the cell with a Inmate Johnton Shelton. He ask me what up I Told Him Nothing. I told Him these people, staff must be triffin, Putting me in cell and They can't live with Nobody ok, Next morning Inmate Shelton Ask me for some Coffee I gave him some coffee. He ask me, If I wanted to Buy His Breakfast tray for some Coffee I told him Yes. I gave Inmate Shelton Coffee for His Breakfast tray morning time come, Inmate Shelton Told me, Hell with you Dude I'm Not giving my Breakfast tray to you, I took at him, knock him tray out of his hand, we started fight I was lock up on P.C. cell #1 for fighting with Shelter now Here a couple of weeks pass Inmate comes to I.S.O. Cell #3 tell me He was sorry for it and told me He going to store. He give me 2 Soups for my coffee He owe me, He Shelton got His Commissary and gave me 2 soups for my Coffee He owe, Camein can be seen He gave me 2 Soups for my coffee, I wrote-up for fight, I'm still on P.C. now, why staff member be moving me off P.C. to Dorms to get into fight They move me Against my well, everytime, so I can get into fight I sign P.C. so I want fight with inmate, staff member write me up for Not moving on P.C. To Dorm Fox where I Have Enemies at in Dorm, Inmate Bill Lennie was in Dorm, I tell staff Young and Patterm I Had Enimies in Dorm of Fox. I was written up By 4-14-2 staff member Dubun ___ Inmate ___ on P.C. Stated in cell.

Tiger Mart    #

P.1

## Statement of Claim

Hawkins in Jefferson Davis Parish Jail House states clearly, His Religious Food Diet is being Violated By Tiger Mart Private own food Service Dept. 2 Dietary Has Been working in Parish Jail House 4 years that Hawkins has been knowing the same 2 Dietary to work the kitchen here in the Parish Jail House. Request form About Hawkins Religious Food Diet was sent to Both Dietary between 4-12-25 To 6-30-25. Both Dietary Knows of Hawkins Religious Food Diet it is in Tiger Mart Record Since 1-23-23. No Red, No Cold meat, No Beans. Today Dietary Violates Hawkins Religious Food Diet 6-30-25. Also on the 4-12-25 and 4-23-25. 2 incident took place in Jail House About Inmate food-Tray and food Being tamper with By staff Member. This private own food service Tiger Mart. They are liable for food-Tray's cup getting Pass out-Pickup. They are in Control of all food Service Items in this Parish Jail House, Staff Member are Not Allowed to Pass out or Pick up food Tray cup in Parish Jail House. It's Tiger Mart is in Control of Inmate food anything Happen to Inmates food they are held liable to anything happen to Inmate food-Tray & cup in Parish Jail House. 4-12-25 Tiger Mart is liable for incident took place in Parish Jail House, Staff Member Beat up Hawkins Knocking out 5 teeth, 2 Ribs Broken. Staff Member are Not Allowed to Pick up or Pass out food Tray in this Parish Jail House, They Don't work for Tiger Mart and they are Not Employee of Tiger Mart, To mess with food, Food-Trays & cups, they Don't work in kitchen in this Parish Jail House. They Don't Pass food

Tiger Mart 7                    P. 2

## Statement of Claim

Jefferson Davis Parish staff Member are not on Tiger Mart Insurance Work policy. Staff Member Not Allowed to Pass out or Pick up food-Tray & cups. Private own Food Service They have Contract Does not Allowed Jail House staff Member to Touch their food-Tray & cups, Because they are not Employ of Tiger Mart. Tiger Mart Did Not Authorize staff Member on 4-12-25 or 4-23-25. Tiger Mart CEO Company Did not hired any staff member here in Jefferson Davis Parish Jail House. Tiger Mart private Food Service is not Consolidated with Jefferson Davis staff member to operate food Service Job, Passing out food-Trays & cups. The CEO of Tiger Mart Never hired nobody from Jefferson Davis Parish Jail House to work for their Company. When Staff member Mess with food-Tray. it Breech a food Service Contract sign By Company. Now here Hawkins states Memorandum Order shall Be Order Jefferson Davis Jail House Video Cameras and any Electronic Pilot program Kiosk machine the filing of any form to Tiger Mart Cameras will prove Staff member Violate Contract of a food Service By touch food-Trays & cups. They staff member Violate food Rights of a private own food Service Dietary know not to let staff Member to Touch food-Tray & cups Violate private Company Contract CEO Company Posted Policy Rights, Jailers are not to Touch food Tray & cup.

Statement of Claim  Tiger Mart   P.3
I

Inmate have rights in Louisiana have the rights to be serve Cook food every Day hot meal. Louisiana JailHouse & prison Food Rights Law. Inmate Have the Right to three hot meal food cook every Day. Inmate Being Service leftover Violates Inmate food Rights. No Inmate in JailHouse or prison should Be serve leftover food, Cornbread & Bake Cakes, Rice or Meat. Inmate food should be Cook every Day. Louisiana Jail House & prison food Right, Inmates are Not Allowed to eat leftover Bean, Cornbread, Bread, Rice, Meat & Bakes Cakes. These food items stated in this Complaint has to Be Cook everyday, with out Temperture Zone 98° to 130° Degree Hot. If 50, On parish JailHouse Kitchen Video Cameras Shall Show all Inmate Food is Being Cook at Kitchen Every Day. No leftover food should Not Be serve to Inmate. If 50, Tiger Mart Dietary serve leftover food to Inmate, Between 6-1-25 to 7-1-25, Dietary Violate Inmate federal Food Right, FDA. The CEO of Tiger Mart Shall produce Video Camera's of Kitchen in Jefferson Davis parish JailHouse to show Cause of any Food Handling Right Violation. Also Video Cameras, Shall produce other Contract Violation of a private own food Service inside JailHouse too see Breech Contract of private food service Dietary. service of Inmate food Every Day. Also Video Camera's shall produce Staff Member Touching Tiger Mart food. Jury & Cap JailHouse Staff Member or Not Allowed & unAuthorized to Handle any part of Tiger Mart food Service at JailHouse

Medical Department
Complaint Form. I    Pt.

On the 4-13-25. I was taken to medical to
see LPN Lisa for intake here at this Parish JailHouse
OK. Doing my visit with LPN Lisa I Inform her of
my problem what wrong with me, Plus of my Religion
Diet Food I Can't eat. I D. More Religious of No Red,
No Cold meat, No Beans. Food Diet, here today is
7-1-25. LPN Lisa & Kelly. Refused me of my Religious
Food Diet, 7-1-25 I went do Blood work with N.P.
Kelly.

Ok On the 4-12-25. I Haulkins was Beaten up
By staff members Jefferson Davis Parish JailHouse
While I intake with LPN Lisa I Inform her my
teeth was knock out of my mouth, 5 teeth, Plus my
Left side Ribs was Refraction, and I couldn't sleep.
4-13-25 Lisa LPN Stated to me, that was not important
To her at the time. I was told by LPN Lisa & Kelly I
was going to the Dentist. Today is 7-1-25 I still
Haven't went seen No Dentist for the 5 teeth out of
my mouth Broken teeth still in my mouth 7-1-25.
Refuse me of Medical Attention. Kiosk Machine in
This Parish JailHouse Have over 20 Request form
To go see the Dentist and Eye Doctor, on 6-26-25
I went see the DR. Informing me of some blood
work I seen the DR. But it was cut short Because
I got mad, Because He was Telling me what side He
was Doing X-Ray on. I Told Him, I side my left
Rib. was Refraction, He said whatever. So Visits hris

Medical Department

## Statement of Claim I P.2.

Because DR felt like I'm talking crazy or something,
He told staff member to take me back to my cell.
6-26-25. As if I told the DR something wrong about my
body. DR is try not X-Ray my left Rib because He
covering up one of His family member okay, also He state
last month I'm on Dentist Call out to go, to the Dentist
Here my mouth been in pain since 4-12-25. They keep
lying to me, I'm going see the Dentist, it is hard me
to eat my food with Broken teeth in my mouth. I
Hawkins stop taking medication Because of what
the DR did to me, I was mad. Because He DR refusing
me of medical X-Ray of my left side Ribs 7-1-25 Still
no X-Ray of Ribs left side by DR. Denied me of
medical X-Ray I need my Religious Food Diet, I'm
being denied of my Religious Diet, which is in
my record since 1-23-23  5-24-24 Then I
came back to Jail House 4-11-25. Told LPN of my
Religious Diet refused to give me my Religious Food
Diet, that been in my Medical Records Here in this
Jail House 14th Amendment Right 8th Cruel and Excessive
infliction of Pain, unadequate medical attention By
LPN Lisa & Kelly and DR. Racial Discrimination Food
Religious Diet, medical Constitution Rights in
Jail House to eye Doctor and Dentist Constitution
rights in Jail House to see eye Doctor and Dentist
Inmate medical Rights, 9th 6th, 8th and 14th Due process
right Violation 10% denying Hawkins for Pill call or
infirmary Request form in 5 Day response as stated
Rules & Procedure Electronic Kiosk machine.

Emile Hawkins
State VS Louisiana
Sheriff Kyle Myers / PASSWORMERN LEVI

PLEASe A.S.P. Me BACK
Mo Kithleen Kay Blanc 2-7-25
this is My Cover please
fend Enclose statement
of facts To Be Add To my
Lawsute 1983 FORM THAT
WAS MAil To YOU ON 6-11-25
By STAff Member Landry 11:30 AM
Jeff Davis PARISH Jail House

My Mail Been GETTIN
MESS LEgAl MAil BeingREAD
By STAff Member CARUTHERS
OPEN my LEgAl MAil without me
Being PRESENT Take Legal MAil
OUT My PROPERT 1983 FORM