Emile Hawkins

V3

Jefferson Davis Parish ET/AI   Judge: LeBlanc

Dear Judge LeBlanc   "Enclosed Motion"   7-15-25

I'm forwarding you a "Motion to show Cause" To Be file into your Court upon CV-00870. To receive some information & paper work I need from this Correction Center They wouldn't give To me; Like A.R.P. & Request form, OK Mr. LeBlanc. I Be forwarding Add on to my claim in About a Couple of Weeks, Amend my Complaint into Court. I have writting material Now; I can file on Motion I need To Be file. At first I Didn't Have No writte Items. Now I Have paper & Ink & my Medical & Religious Food Diet still Being Denied at this Correction Center. Staff member playing with your Legal Mail, Thank you for your Help To my Matter in This Jailhouse Jennings, LA I await for your Most speedy reply. I pray they send me the paper work I Request Them To produce To me In 30 Days

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUL 2 1 2025

DANIEL J. McCOY, CLERK
BY:_____

Submitted By
Emile Hawkins
Alpha J. D. CC
P.O. Box 863
Jennings, LA