Case No: 2:25-CV-00870
Judge: LeBlanc & Sec P.
P.1

Emile Hawkins
VS.
Jefferson Davis Parish ETA,
Sheriff Kyle Myers & Ass. Warden Levi
Warden Powell, Gaspard, Casenlel,
Staff Member of Medical Dept: Lisa & Kelly

Complaint: Refusal Medical Att.
Religious Food Diet

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUL 2 1 2025

DANIEL J. McCOY CLERK
BY: _____ KW

Motion To Show Cause of Emile Hawkins
"Religious Food Diet," Medical Treatment & Appointment
Eye Doctor & Dentist from 4-12-25 To 7-7-25, Also
Medical Record from 1-23-23 To 5-30-24, of Any & All
Doctor Visit, & Doctor Order for Any "Religious food
Diet" given to Hawkins from Dates stated Above
1-23-23 To 5-30-24, Also Any & All Electronic Kiosk
filing of Request form Made By Emile Hawkins
from 4-12-25 To 7-7-25, X-Ray Taken By medical
Staff or Hosiptal of Hawkins Ribs, Any & All Dentist
visit, Eye Doctor Visit, Request form file By Emile
Hawkins, Any & All paper for his Religious Food Diet,
Any & All Doctor Visit from 1-23-23 To 5-30-24
Showing "Religious Food Diet" That was Order
By Doctor Lambar to Emile Hawkins.
   I, Order Motion for Memorandum shall
Order Jefferson Davis Parish Sheriff Kyle Myers
Warden Powell To Produce Any & All Emile
Hawkins Medical Treatment & Attention made from
4-12-25 To 7-7-25, Doctor & Hosiptal, Eye Doctor
Dentist, Appointment Made By Lpn Lisa & Kelly