Case NO: 2:25-CV-00870
Judge:                          P.2        See P
Complaint: 1
Religious Food Diet
being Violate

Emile Hawkins
Vs.
Jefferson Davis Parish ETAI
Sheriff Kyle Myers & ASS. Warner Levi
Warden Powell, Gaspard, Caserwell
Staff Member Medical Dept, Lisa & Kelly
Staff Member Kitchen Tiger Mart, private own

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUL 21 2025

DANIEL J. MCCOY, CLERK
BY_____ KW

"Motion To Show Cause" of Emile Hawkins'
Records "Religious Food Diet" 1-23-23 To 5-30-24
Records from Private Own Company Tiger Mart
Dietary Produce Any & All Record paper Electronic
kiosk Request form file By Emile Hawkins 4-12-25
To 7-7-25 Require About his Religious I.D.M.R.
Food Diet, No Beans, No Red & Cold meat. Tiger Mart
food Service Produce All & Any Records from
Medical Staff Doctor Order made to the Kitchen
To Tiger Mart from 1-23-23 To 7-9-25 of Emile
Hawkins Religious Food Diet.

It is Order "Motion For Memrandom Shall
Order" Jefferson Davis Parish Jail House, Warden
Powell, Caserwell & Gaspard & Sheriff Kyle Myers &
Warner Levi To produce Any & All paper Electronic
kiosk filing By Emile Hawkins to Tiger Mart
Kitchen from 4-12-25 To 7-7-25. "Show Cause
on this _____ of _____ 2025, Why Motion
should Not Be grant in this Court comply
within 30 Days of this Order _____
                                    Judge