Emile Hawkins
VS.
Jefferson Davis Parish Correctional Center
Sheriff Kyle Myers & Warnern Deri,
Warden Powell, Gaspard, Caserwell,

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUL 2 1 2025

DANIEL J. McCOY, CLERK
BY: _____

Judge: LeBlanc 3 secp

Motion For MemRandum Order SubPoena Video Camera's, Electronic Kiosk All & any filing request form paper on these stated Dates: 4-(12-13)25, 4-(18-23)-25, 4-(25-27)25, 6-(10-11)-25, 6-26-25, Produce all Video Camera's as stated: ISO Cell #1 6-26-25, Charlie Dorm Cell #2 6-(10-11)-25, ISO Cell #6 4-(12-13)-25, 4-(18-23)-25, 4-(25-27)-25,

IT is Order To Show Cause & Motion To Show Cause. Shall SubPoena Any & All Jefferson Davis Parish Correction Center, Electronic Kiosk Request form & paper filing. Shall Order SubPoena Any & All Rules & Procedure of Correction Center Disciplinary report 1V8/13. State of Louisiana 72 Hours Hearing the rights of Inmates Rules & Procedure of Inmate rights to faces his Accuser in the State of Louisiana in Correction Center, Their rights to a 72 Hours Hearing of Disciplinary BRoad. Any & All of Jefferson Davis Correction Center Administration Department Authorized To Imposed Disciplinary Reports & write-up. State of Louisiana 72 Hours Hearing Rules & Procedure of Administration Department of Disciplinary Reports 1V8/13. Inmate Constitutional Right to faces his Accuser in Disciplinary reports 1V8/13.

Pg. 4

Rules, & Procedure Book in Jefferson Davis Parish Correctional Center, that given to the Warden paper & Electronic Machine Disciplinary Rights in State of Louisiana. State of Louisiana Laws For all parish Correction Center & Prison to Follow the Laws Administration Disciplinary Broad. All Recorded 72 Hours Hearing. Jefferson Davis Parish Correction Center Held on Inmates Disciplinary reports Constitutional Rights, Due process Rights 1st, 4th, 5th, 6th, 8th, and 14th Amendment. Rights Violations of Inmate Disciplinary rights Being Violated By Jefferson Davis Correction Center.

Order:

Motion To Show Cause on this Day ___ of ___ 2025 why motion should not Be granted in this Said Court.

_____
Judge