Emile Hawkins

v.s.

Jeff Davis Parish ETAL

Case: 25-CV-00870

Judge: LeBlanc / Secp

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUL 2 2 2025

DANIEL J. McCOY, CLERK
BY: KW

Motion To Show Cause Shall Warden of Correction Center Jennings, LA. Shall Warden Produce the Inmate Emile Hawkins Disciplinary Report V8/13. 72 Hours Hearing. Inmate Emile Hawkins has the right to faces his Accuser at a Disciplinary Broad upon a Disciplinary Report & Write-up. Warden shall Produce Any & all paper of Administration staff Member who is Authorized to take Action on Disciplinary Report-Write-up. Action By What Administration Authorized punishment upon Emile Hawkins from 1-23-23 to 7-12-25. Any & All Electronic filing & paper filing of Disciplinary Report V8/13. the person who is Authorized By the State of Louisiana to imposed Take Action By upon Disciplinary Report write-up upon Emile Hawkins. Only Authorized Administration Staff Member Can take Commissary, TV, Violation Visitation, Issoation & phone. State of Louisiana Laws states only Administration Can imposed Sentence upon Inmate Disciplinary Report & write-up. 72 Hours Hearing If Not given Violates Inmates Constitutional Right in Correction Center. Also Shall Warden Produce Administration staff Member Authorized to Answer Any & All A.R.P. and Request Form in Correction Center. Also Warden to Produce staff Member Job of working Correction Center Rule & Procedure

Emile Hawkins
VS
Sheriff D. Jefferson Davis Parish ETAL                                    2

Staff Member Job title while working a 12 Hour shift, their Duty. To open Doors, Do paper work, protect staff & Inmates from any & All EnDanger Inmate in Correction Center. Any & All sign papers, Sign with Tiger Mart food services private Own, Job title staff Member are Hired to Do what for tiger Mart. food Service. Shall Warden Produce Any & All sign papers Correction Center staff Member are Hired To work for food Service Department, Job title Sign. To pick up food & Pass out food for tiger Mart. Shall Warden Produce Any & All sign Contract with private Own CEO Company of tiger Mart. Shall Warden Produce Any & All work Insurance Policy, Sign Contract Work Agreement & Sign in & Out Time Card & Clock in & Out Machine. Where staff Member sign to operates food service food Trays for tiger Mart. Also Warden Any & All 1-23-23 To 7-13-25 Medical treatment. Dentist & Eye Doctor treatment for Inmate Emile Hawkins from 1-23-23 To 7-13-25 Shall Produce.