Ernest Hawkins   Jeff Davis I   LA-No:2870

VER

Sheriff, Jefferson Davis Correction Center   Judge DeDant   SECP   P.1

## Statement of Facts

On the 4-12-25 Jeff Davis Parish Jail House Breakfast time 4:30 A.m. To 6:00 A.m. Hawkin in ISO cell #6. staff member ward awaken Hawkins to eat Breakfast, staff ward Put Hawkins food-tray in PanHole. Staff member are unAuthorized to Pass out & Pick up food. Staff work for Parish Jail House are Not Allowed to touch tiger Mart food-tray. Reason why private own food service Company at Parish. It is 3 private own company at Jefferson Davis Parish Jail House. Medical staff private own, and Kitchen private Own Tiger Mart own staff member. Tiger Mart has Inmate who pass out food-Tray & cup and Pick-up food-Tray & cup. Jail House Staff member are unAuthorized to Handle food-Tray for tiger Mart. So, On 4-12-25. staff member Ward, carrier, Landry, Caruthers, and Morrison. All was unAuthorized to Pick-up food-Tray & cup and Pass out food-Tray. Because they Don't work for tiger Mart private own company. Staff member of Jefferson Davis Parish Jail House was unAuthorized to take Hawkins food-Tray He was eating in ISO cell #6 Jail House Video Camera's will prove Incident Hawkins endanger No staff Member or No Inmate, or other staff work in Parish Jail House. Hawkins was sprayed with chemical, Beaten up, By staff 5 of them that in this complaint.

Emile Jerkins

vs.

Jefferson Davis parish correction center ET Sheriff ET Al

P.2

Name Carrier, Ward, Landry, Caruthers and Morison, all these staff Member named knock out 5 of Hawkins Teeth & Refraction Hawkins Left side 2 Ribs, & shoulder was in Pain for months without medication, I had a knot on my knee for a month, I didn't see the Doctor for a long time until I kind of heal up, On my left side of my Arm, my Elbow a Big knot on it for months Also it wet away. I was never taken to the Hospital, still Today I'm waiting to go, to Dentist to pull Broken teeth out my mouth that cuts my lip inside my mouth from my teeth cuts. On 6-29-25 staff Carrier Again use Excecessive force on me atting my wrist with Handcuff, Camera can Be Review at parish Jail House for Evidence, Hallway By Lock-Down all threw my face into Door, got By cell him and staff Fields standing in front of my cell. waiting for Hawkins to Do something. Handcuff was Put on Hawkins through Pan Hole, when got Back to his, staff Field Didn't take Handcuff off through the Pan Hole, Before Hawkins went to medical on 6-26-25. staff Member Mash finger in pan Hole, laughing at me talking about you are right But never He, staff Field tells the LPN Lisa or Kelly He mash my finger, look at Camera I So cell #1 showed my finger getting smash. causing me pain. to where I go see the DR. Blood Pressure up

Ernest Hawkins      Jeffery Hawkins

VS

Jefferson Davis Parish Correction Center          P. 3

Sheriff ET AL

Hawkins was up-set, staff Carrier & Field messing with Hawkins, So when Hawkins seen the DR. Hawkins was lil up set, Told the DR, He is wrong for Telling the X-Ray woman my Right Ribs DR. got mad At Hawkins for speaking the Truth To Him He was for Having His Right Ribs X-Ray. Hawkins showed the what side, He got mad DR. and told Lpn Lisa He was through Talking to me. I Hawkins was grab up out of my chair, Excessive force By, staff Carrier again, ABusing police power, later on Carrier write-up Hawkins, Plus Hawkins wrist was cut it was shown to Staff Field, why staff member Field Didn't Bring Hawkins Back to Lpn Lisa or Kelly Hawkins wrist was Bleeding top Orange shirt full of Blood, staff member was Told Mo,          and Thompson seen Blood on shirt ask who Did that Hawkins showed his wrist to staff Thompson and Told Hem staff Carrier Did to me. Staff Thompson seen wrist swell onen up, from Handcuff. Top Orange shirt was seen full of Blood, Camera's can Be Review Hawkins Blood on shirt, It was Put By Door, when Hawkins was let out of His Iso cell #1 to shower 30 minutes Put By Door on Floor on 6-26-25 staff member Field Heard staff Carrier told Hawkins That why I Knock your teeth out of your mouth. Then He pull me up, threw me into a Lock Iron Door going back To ISO, Hall cell Door

Emily Hawkins
vs
Jefferson Davis Parish Correction Center
Sheriff ETA]

P. 4.

My finger Staff Field Did not give Hawkin any medical Attention, OR medical Attention when Hawkins showed Him me wrist was Cut By Hand Cuff. He Staff Member Stood front my cell making fun of Hawkin with Staff Carrier. Staff Field Did not give Hawkin any medical Attention close Hawkins cell Door. Hawkin receive no medical Attention from Staff Fields from smashing his finger in pan Hole. Staff Carrier went write Hawkin up. He Carrier kept calling Hawkin speaker in I80 cell #1 calling Hawkin out of His Name early in the morning Before Hawkin was takening to see the D.R. Camera Can Be Review for Voice of Staff Carrier waking Hawkin up calling Hawkin out of his name pook Bear, Rule & procedure states they are to call Inmate By their name, Violation of Parish Jail House Rules, Also Staff Carrier Violated Due process rights of Disciplinary Report, False Statement, Forgery, His on Administration Action on write-up sign His on it and Imposed Hawkin Sentence on Him Attached is a Copy of write-up, But Hawkins states clearly. Staff Member kept playing on Loud speake in His cell waking Hawkin up out of His cell making all kind of Noise camera's can Be Review for Voice of Staff Carrier messing with Hawkins Causing Trouble with Hawkins so Staff plain on Hurting Hawkins wrist away.

Email
Jefferson Davis Parish Correction Center
Jeff Davis
P. 5
Sheriff ETAL

Later on that is when Staff Carriers planned to come out of the Key you was working to get back at Hawkins, cutting Hawkin wrist, Staff Field seen it and Blood, Staff Thompson seen Blood and Hawkins wrist, Also Staff       seen Blood on shirt of Hawkin, It was planed By Staff Carrier to Hurt Hawkins Again cutting his wrist open with Hand cuff, Staff Field smash Hawkin finger in Pan Hole Door No Medical was given to Hawkin, Denied Hawkin of Medical Attention in parish Jail House.

Back on 4.12.25. when Hawkins was Beaten up chemical sprayed, Hawkins was not seen By Medical put into a strapp chair Arm & Legs Burm with chemical spraye, Also staff member Caruthus was chocking Hawkins While Hawkins was strapp Down in chair Putting 2 finger Behind Hawkin Ear Pressure Point Behind Ears Causing Hawkin pain, Excessive Force, ABusing Police power, Hawkins Did Nothing, to be Beaten up, in Parish Jail House, No write up. Camprove Hawkin Did any thing to staff member for Hawkins To lose 5 teeth out of his mouth, 2 RiB fractures X-Ray Taken 4-2-25, waiting for X-Ray it Takes Couple of Days, Police Brutal Can Be seen on Camera's Also Witness staff member Field told Field what He Did Next Cell 6-26-25 9:00 — 10:30 A.M

Emile Hawkins
Jefferson Davis Parish
Correction Center Statement of Claim

On 6-10-25 Hawkins receive legal from the federal Court Judge James D. Cain, my legal mail was open By Jefferson Davis Parish Jail House staff Member Ward, I Hawkin was in a Charlie Dorm Top Bunk cell # 2 at 11:00 pm, 4 Lose letter was Brought to me By staff Ward, Destroy by Water legal. I Hawkin wrote Federal Cain Judge About legal Mail Being open Judge told me I Had to Do a New Lawsuit upon 1983 form, my case couldn't it Because case was Dismiss 2023 for failure to change Address. Etc. Here at Jefferson Davis staff Member Caruther I Have a serious problems reading people legal mail opening up people legal without them present. 7-1-25, He told staff Member phill that my case was close that He was not going to get my 1983 form out of my property Because my case is close, A 1983 form is not a case, it a form you file a New Lawsuit on, which is in my property, He refuse to give me a copy of 1983 form, Also I fill Out Service Request form asking Jail House for 1983 form, which By Louisiana Every Jail House Must provide legal form To inmate to Be fill out, Access to Court, So When Hawkin Did Request asking for 1983 form, He was Denied, Constitution Civil Rights Violation, Also Caruther is Not part of Jail House Administration Dept. He Violates Rules & procedure, By Answering Request form that Address To Warden 3 people is over Administration Names Powell, Gaspard, Casswell.

These Are the only 3 people Can work Administration Here at this parish. Why, that the people Sheriff Kyle Myers hired in that Dept, the others are staff members Here upon In the Jail House Rules & Procedures is Being Constitution Right Violated By staff members Write-up Action or punishment Can only Be given by Adminstration 3 Warden is the only one that Can give punishment upon any write-up. write-up Disciplinary Report form V8/13 As on it only Action By. Warden / Ass Warden Below on Disciplinary Report form V8/13

Only 3 people work Adminstration are Allowed to punish upon write-up and imposed Sentence of Restriction. Warden of Adminstration Any Body Who sign their name on write at the Bottom of Disciplinary Report form V8/13 Action By. Can only Be By 3 people Here at the Jail House, 3 Warden is the Adminstration, Staff Can Not take Action By Reason why restriction is only By Administration is the only people can imposed Sentence upon Inmate write-up. Inmate Have Constitution Right to Due process Right When Action By is sign By staff members that are 5th & 8th and 14th Due process Right, if staff members sign their name At the Bottom of Disciplinary Report form V8/13. Action By is it Call Forgery Your Name where Warden name goes at. No Staff member can sign Action By on Disciplinary Report form V8/13 Against Louisiana Rules & Procedure Violate Inmate Right

Statement of Claim

Issue of Complaint: Constitutional Rights Being Violated in Parish Jail House Jefferson Davies, Jennings LA, Inmate Rights Being Violated, Medical Rights, Eye Doctor, & Dentist, P.C. Right, Religious Food Diet Rights, legal Mail Tempering & Reading, Police Brutal & Excessive force, Abuse Police power, Violation of Jail House Rules & Procedure, Administraction Rights Violation, Forgery, False Statement, Racial Discrimination, Under Oath 5th 6th 8th; 14th Amend Due process rights Violation, Disciplinary Reports Violation, False Documents, Forgery; A.R.P. & Request form Constitutional Rights Violations of Recess of Court, Due process Rights, Assault By Staff Member, Disciplinary penalties Rights Violation of Inmate 5th 6th Amendment Right, Due process Rights, Disciplinary Report Form V8 V13 Violation of Inmate Constitutional Right, failure Inmate Due Process right, Representing Me of Story of Disciplinary Act imposed against Me have the right to challenge Disciplinary imposed sentence, All Disciplinary Report forms I should give Inmate his right to fight his innocence, If Disciplinary Broad, of Administraction Department must set up a Broad to give an Inmate the Right to challenge Disciplinary Report said Against Him, That his Due process Rights, his 5th and 6th rights He Have the right to a Attorney to Represent him on Disciplinary penalties act that is Being said Against Because He have the To challenge such Act that was said Against

Jefferson Davis

P. 1

## Statement of Claim

I Hawkins on Around 4-30-25, move out the Dorm of Fox Dorm Because I got into with Inmate Cary Lyons in cell #2 I was move to Exceptable, They was going to Keep me in Fox Dorm, I Told Staff Member I Had Enimies in Fox Dorm, I Had a fight with 2 Inmate in my cell, Both Inmate was in cell #1 Fox Dorm AKA Bill or Jennie or Inmate AKA BigBoy, I Told staff Member Janice I go into cell we going fight, I'm too old to Be fighting in Jail, I want to sign P.C, He Janice Put me in Exceptable Holding cell, Inmate Anthony Prudhume started Talking about something Happen on the street, So I Told him whatever I'm not in Jail To fight, So I Push the Bottom and Told Staff Member to get me out of the cell with Anthony Prudhume, He Anthony also told staff He can't leave with me, Because I was making Noise on cell He couldn't sleep get me out of cell, I Push Bottom Told staff Member I want to sign P.C. I Don't want to Be anyone Because I Don't want to Hurt Nobody I was move to ISO #cell #2 place on P.C. ok I Been on P.C. for about a Week, They staff Member Came to my ISO. P.C. cell #2 Told me I have to move pack my stuff up, right, c'mon P.C. we Need this cell, They was going to chemical spray me, if I Didn't move, staff Members force me to move off P.C. I Didn't sign No paper, to be move off P.C. I was force to move against my will, To the Dorm of Alpha Cell #2 Bottom Bunk, otto I ask officers why I was move We Need your cell, I'm on P.C. So close the Door on me, Told me go to your cell #2, I Don't want to hear that your on P.C.

Jefferson Davis III

Statement of Claim                                                    P. 2

Ok I Hawkins went in cell, Inmate Maxwell charles was the only Inmate in cell, I Told Inmate why they move me on P.C. Maxwell stated that now there is in this Jail house while you on P.C., ok while in the Dorm, About a week pass I'm in cell #2 me and Maxwell charles get into about He owe me 4 soups Beflend Doing some legal work for Him, So He Maxwell charles press the Bottom Toll the staff member to come get me out of his cell, At that time I Look at him. I got up and said what you mean come get me out of this cell, We started fighting. Inmate Maxwell was a DOC Inmate 9-18-28. was His Time He get out of prison on paper Discharge Date, I Ernie Hawkins Pre-Trial-Detainee parish Inmate on P.C. was never was to Be Put in cell with DOC Inmate, I Hawkins was force to go in cell with the DOC Inmate Maxwell charles, I move out of my ISO P.C. cell #2 Against my well, or be Chemical sprayed By staff member, oks I got into fight move me Back to ISO P.C. cell #2. Here again staff member tells Hawkins pack your shit, you have to move again, I'm on P.C. So what you can Be move or we will chemical spray you, your chrice, pack your thing up right Now, Here I Hawkins was force to move against my well on P.C., They move me on P.C. to a Dorm Charlie cell #2 with 3 other Inmate in cell all pre-trail Detainee, Here I Hawkins still on P.C. Ok I as I was in Dorm, Next Day. I seen Inmate Cary Lyons in Dorm so I ask Him, what going on. He Told me I'm cool Bro, I wrote on Kiosk, About Inmate Cary Lyons in Dorm with me. Nothing was Done, me and Lyons get into again password But we Didn't fight with each other. We Told the people we can't get

P.3

Statement of Claim

Alone in the Dorm, Lyons was move out the Dorm, with me me and Lyons got into it, in Fox Dorm 4-30-25, They took to Exceptable Holding cell, OK! Now Here I'm in the cell with a inmate Johnton, Shelton. He ask me who up I Told Him Nothing. I Told Him these people, staff must be trippin, Putting me in cell and they can't live with Nobody. OK. Next morning Inmate Shelton Ask me for some coffee I gave him some coffee. He ask me If I wanted to Buy His Breakfast tray for some coffee I Told Him Yes. I gave Inmate Shelton coffee for His Breakfast tray Morning time come, Inmate Shelton Told me, Well with you Dude I'm Not giving my Breakfast tray to you, I look at him, knock him tray out of his hand, we started fight I was lock up on P.C. cell #1 for fighting with Shelton now, Here a couple of weeks pass Inmate comes to ISO cell #3 tell me He was sorry for it, and Told me He going to store. He give me 2 Soups for my coffee He owe me, He Shelton got His Commissary and gave me 2 Soups for my Coffee He owe, Camein, can Be seen He gave me 2 Soups for my Coffee, I write-up for fighting I'm still on P.C. now, why staff member Be moving me off P.C. to Dorms to get into fight, they move me Against my well, everytime, so I can get into fights I sign P.C. so I want fight with Inmate. Staff member write me up for Not moving on P.C. To Dorm Fox where I Have Enemies at in Dorm, Inmate Bill Jennie was in Dorm, I Told staff Young and Patt and I Had Enimies in Dorm of Fox. I was written up By 4-14-25 staff member Duhon for Notmoving on P.C. stated in cell

Tiger Mart I

P.1

## Statement of Claim

Hawkins in Jefferson Davis Parish Jail House states clearly, His Religious Food Diet is being Violated By Tiger Mart Private own food Service Dept. 2 Dietary Has Been working in Parish Jail House 4 years that Hawkins has been knowing the same 2 Dietary to work the kitchen here in the Parish Jail House. Request form About Hawkins Religious Food Diet was sent to Both Dietary between 4-12-25 To 6-30-25. Both Dietary Knows of Hawkins Religious Food Diet it is in Tiger Mart Records Since 1-23-23. No Red, No Cold meat, No Beans. Today Dietary Violates Hawkins Religious Food Diet 6-30-25. Also on the 4-12-25 and 4-23-25. 2 incident took place in Jail House About Inmate food-Tray and food Being tamper with By staff Member. This private own food service Tiger Mart. They are liable for food-Tray's cup getting Pass out-Pickup. They are in Control of all food service Items in this Parish Jail House. Staff Member are Not Allowed to Pass out or Pick up food Tray cup in Parish Jail House. OK? Tiger Mart is in Control of Inmate food anything Happen to Inmates food they are held liable to anything happen to Inmate food-Tray, cup in Parish Jail House. 4-12-25 Tiger Mart is liable for incident took places in Parish Jail House. Staff Member Beat up Hawkins knocking out 5 teeth, 2 RiBs Broken. Staff Member are not Allowed to Pick up or Pass out food-Tray in this Parish Jail House, they Don't work for tiger Mart. and they are Not Employee of tiger Mart, to mess with food, food-Trays, cups. They Don't work in Kitch in this Parish Jail House. They Open Doors for food.

Tiger Mart 7
P. 2

## Statement of Claim

Jefferson Davis Parish staff Member are Not on Tiger Mart Insurance Work policy. Staff Member Not Allowed to Pass out or Pick up food-Tray's Cups. Private own food Service they have Contract Does Not Allowed Jail House staff Member to Touch their food-Tray's cups, Because they are Not Employee of Tiger Mart. Tiger Mart Did Not Authorize staff Member on 4-12-25 or 4-23-25. Tiger Mart CEO Company Did not hired any staff member here in Jefferson Davis Parish Jail House. Tiger Mart private food Service is Not Consolidated with Jefferson Davis staff Member to operate food Service Job; Passing out food-Trays's Cups. The CEO of Tiger Mart Never hired Nobody from Jefferson Davis Parish Jail House to work for their Company. When Staff Member Mess with food-Tray. It Breech a food Service contract sign By Company. Now here Hawkins states MemRandum Order shall Be Order Jefferson Davis Jail House Video Camera's and any Electronic Pilot program Kiosk machine the filing of any form to tiger Mart, Camera's will prove Staff Member Violates Contract of a food Service By touch food-Trays's Cups. They staff member Violates food-Rights of a private own food Service. Dietary Knows Not to let staff member to Touch food-Tray's Cup Violate private company Contract. CEO Company posted policy Rights. Jailer are Not To Touch food Tray's in Jail House.

## Statement of Claim ~ I

Inmate have rights in Louisiana, have the rights to be serve Cook Food every Day, hot Meal, Louisiana Jail House & prison Food Rights Law. Inmate Have the Right to Have Hot Meal, Food Cook every Day. Inmate Being Service Left over Violates Inmate Food Right. No Inmate in Jail House or Prison should Be serve Left over food, Corn bread & Bake Cakes; Rice or Meat. Inmate Food should Be Cook every Day. Louisiana Jail House & Prison food Rights. Inmates are Not Allowed to eat left over Beans, Corn bread, Bread, Rice, Meat & Bakes Cakes. These food Items stated in this Complaint has to be Cook every day. With food Temperture Zone 98° & 130° Degree Hot. If 50, On Parish Jail House Kitchen Video Camera's Shall show if Inmate Food is Being Cook if Kitchen Every Day. No left over food should Not Be serve to Inmate, if 50. Tiger Mart Dietary serve left over food to Inmate, Between 1-1-25 to 7-1-25, Dietary Violate Inmate Federal food Right, F.D.A. The CEO of Tiger Mart Shall produce Video Camera's of Kitchen in Jefferson Davis Parish Jail House. to show Cause of any Food Handling Right Violation. Also Video Camera's Shall produce Other Contract Violation of a Private own food Service inside Jail House too see Breech Contract, of Private food service Dietary. service of Inmates Food Every Day. Also Video Camera's shall produce, Staff Member Touching Tiger Mart food-Tray. & Cup Jail House Staff Member of Not Allowed & unAuthorized to Handle any Part of Tiger Mart food service at Jail House

Medical Department

Complaint Form: I. Pil.

On the 4-13-25. I was taken to medical to see LPN Lisa for intake here at this parish Jail House OKb Doing my visit with LPN Lisa I inform her of my problem what wrong with me. Plus of my Religious Diet Food I Can't eat. I Do Me Religious & No Red, No Cold Meat, No Beans. Food Diet, here today is 7-1-25 LPN Lisa & Kelly. Refused me of my Religious Food Diet, 7-1-25 I abented Do Blood work with N-LPN Kelly.

I Oti On the 4-12-25, I Haulkin was Beaten up By staff memBud Jefferson Davis Parish Jail House. While I intake with LPN Lisa I Inform her my Teeth was Knock out of my mouth 5 teeth, Plus my Left side Ribs was Refraction, and I couldn't sleep. 4-13-25 Lisa LPN Stated to me, that was not important To her at the time. I was told by LPN Lisa & Kelly I was going to the Dentist Today is 7-1-25 I still Haven't went seen No Dentist for the 5 teeth out of my mouth Broken teeth still in my mouth 7-1-25. Refuse me of medical Attention. Kiosk machine in This parish Jail House Have over 20 Request form To go see the Dentist and Eye Doctor, On 6-26-25 I went see the DR. Informing me of some Blood Work I seen the DR. But it was cut short Because I got mad, Because He was telling me what side He was Doing X-Rays. I Told Him. I side my left Rib, was Refraction, He said whatever, so Visits!

medical Department

## Statement of Claim    I.

Because DR. felt like I'm Talking crazy or something
He told staff member to take me back to my cell,
6-26-25. As if I told the DR something wrong about my
Body. DR is try not X-Ray my left Rib. Because He
covering up one of His family members also He state
last month I'm on Dentist call out to go, to the Dentist
Here my mouth Been in Pain since 4-12-25. They keep
lying to me, I'm going see the Dentist, it is Hard me
to eat my food with Broken teeth in my mouth. I
Hawkins stop taking medication Because of what
the DR. Did to me, I was mad, Because He DR. refusing
me of medical X-Ray of my left side Ribs 7-1-25 Still
no X-Ray of Ribs left side By DR, Denied me of
medical X-Ray, I need my Religious food Diet, I'm
Being Denied of my Religious Diet, which is in
my Record since 1-23-23 - 5-24-24, Then I
came Back to Jail House 4-11-25. Told LPN of my
Religious Diet refused to give me my Religious food
Diet, that Been in my medical Records Here in this
Jail House 14th Amend Right 8th Cruel and Excessive
infliction of Pain, unadequate medical attention By
LPN HSA: Kelly and DR. Racial Discrimation food
Religious Diet, medical Constitution Rights, in
Jail House, To eye Doctor and Dentist Constitutions
rights in Jail House to see eye Doctor and Dentist
Inmate medical Right, 4th, 6th, 8th and 14th Due process
right Violation not seeing Hawkins for Pill call or
returning Request form in 5 Day Response as stated
Rules & PRocedure Electronic Kiosk machine

Dear Judge LeBlanc                    1-16-25
    I'm forwarding you these paper, To Be Attach
To my case CV-00870 seef, Motion To SHow Cause
To Be sent To Jefferson Davis parish Correction Center
Jennings, LA. Also I like to Amend my complaint I'm
Not a Lawyer, I'm Trying my Best, my Hired Lawyer
Name Robert LunsBerry they Bar Him, so I'm Trying
To Receive my money Back From Him so I can get me
a Lawyer, Please Judge LeBlanc I PRay you work with
me, I'm not a Lawyer, I Have To Amend my Relief also Thank
                                                    you

Please work with me, I know a lil something about how to file it, my relief I have to Amend Add on it and my complaint, my Lawsuit. I wrote How thing Happen to me in this Correction Center. I Did 15 years in prison. I knew a lil something not much I pray court work with me on my case. I'm not a Lawyer. I wait for your most speedy Repl Ernile Hawks