**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **EMILE HAWKINS** | **DOCKET NO. 25-cv-00870** |
| | **SECTION P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **JEFFERSON DAVIS PARISH, ET AL** | **MAGISTRATE JUDGE LEBLANC** |

**MEMORANDUM ORDER**

Presently pending before this Court are the following motions filed by pro se plaintiff Hawkins: Motion for Memorandum Order to Show Cause (doc. 4); Motion for Memorandum Order to Order Subpoena (doc. 7); Motion for Order to Show Cause (doc. 10); Motion for Order to Show Cause (doc. 11); Motion for Memorandum Order to Order Subpoena (doc. 12); and Motion for Order to Show Cause (doc. 13).

This civil action remains on initial review pursuant to 28 U.S.C. §§1915 and 1915A. Should the matter proceed past initial review, the Court will issue a service order.

Accordingly,

**IT IS ORDERED** that plaintiff's motions (docs. 4, 7, 10, 11, 12, 13) are **DENIED**.

**THUS DONE AND SIGNED** in chambers this 25th day of July, 2025.

_____
THOMAS P. LEBLANC
UNITED STATES MAGISTRATE JUDGE