Emile Hawkin                    Western District Court

VS.                                        Sec P  po 1

Jefferson Davis Parish Correction Center            25-cv-0870 Sec P

Sheriff Kyle Myer & Warner Jes  RECEIVED        Judge: LeBlanc
                                US DISTRICT COURT
                                WESTERN DISTRICT OF LOUISIANA       Judge: Cain

pursuant 28 U.S.C § 1915(e)(1)    JUL 28 2025

                                DANIEL J. McCOY, CLERK         Case: 00870
                           BY: _____ KW

        "Request for Appointment of Counsel"

        May'd Hawkin Plead the Court. d Hawkin
pray to the Western District Federal Court Judge
LeBlanc & Cain. Hawkin file into the Court
Request For Appointment of Counsel. Hawkin
unable To Afford Counsel. Hawkin has Been
Requested leave to proceed in form pauperis.
        Hawkin in Correctional Center in Jenning
, LA. greatly limit his Ability to litigate the
issue involved in Hawkin Case Comp. la
and will require significant research and
Investigation. Hawkin has limited Access to law
Library and limited knowledge of the law in
Louisiana. Hawkin a trial in this will likely involve
Conflicting testimony and Counsel would Better
inable Hawkin to present evidence and
Cross Examine Witness. In Lay V. McEhren 96-1325
LAApp. Cir 3-27-97, 691 So. 2d, LA 2-6-98, 709 So. 2d
73 a. Court notes that Constitution Due process
require the Approal Counsel to Indigent Inmate
in Civil Matter when fundemental
Constitutional Rights are Involved. Hawkin

Page 2

Don't have access to a law library unable to understand the legal proceeding in which he are participting. Hawkins has a strong legal claim unable to Afford Counsel.

Hawkins pray Counsel should Be appointed for Complex legal issue like allegation regarding with Holding Evidence Admission of Co-Defendant statement and improper Jury Sequestration. Jury Sequestration is when the Court Order that the Jurors Be isolated from the public and have limited Access to Law Library Jones V. Franzen 676 F.2d 261, 267 7th Cir 1982.

Hawkins pray Court grant. Request for appointment of Counsel upon such said civil matter. Show Cause on this ___ of ___ 2025 why Motion should not Be granted in this Court. Comply within 30 Days

_____
Judge

Submitted By
Emile Hawkins 6th 2901d
Alpha#1   J.D.C.C.
P.O. Box 863
Jennings, LA
70546