Dear, Judge James D. Cain
Judge: Thomas LeBlanc
      Sim forwarding you, this letter Please
find Enclosed " motion for Appointment of Counsel
Also Sim asking and praying to court to
Amend my complaint Add paper to my
case 00870. I'm waiting on my friend to
send me Some money to my Account
to get me A Tablet & paper & INK pens
        I have A Complaint That need To Be
Add Because my Food Diet Religious is Being
Violated plus I still Haven't received Dentist
an Eye Doctor yet 4-12-25 & teeth knock of
mouth No Dentist yet No medication pain
suffer every Day in mouth CPU Lisa & Keely
Also say you going To Dentist month pass
No Dentist mouth still Have to eat food pain
7-22-25 No Dentist, No Medication suffering
                              Curtis Hawkins