X-RAYED
CLEARED FOR DELIVERY

Emile Hawkins #290101
Alpha #1 J.D.C.C.
P.O. Box 863
Jenning, LA 70546

Legal Mail

BATON ROUGE LA 707

Black Lives Matter Jail House
No Dentist Visit Yet Pam
Western District of Louisiana — 4-12-25
Judge Thomas LeBlanc
Suite 2100
800 Lafayette ST
Lafayette LA 70501

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUL 28 2025

DANIEL J. McCOY, CLERK
BY: _____ KW