Emile Hawkins
VS.
Jefferson Davis Parish Correction Center ET Al

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
JUL 2 8 2025
DANIEL J. McCOY CLERK
BY: _____ KW

Western District Federal Court
W. D. F. C.                                    Sec. P
Rule 34 Procedure Full name        Case: 25-CV-00870
Produce for Inspection and Copies  Judge: Thomas
Request for Production of Document Rule 34
"Motion to Show Cause" Shall
Memorandum Order Shall Subpoena Any
"All Electronic Video Camera's, Kiosk Machine
Electronic, Shall Produce Papers & Record, To
Emile Hawkins Within 30 Days, of Order." Motion
To Show Cause Shall Sheriff Kyle Myers, Tiger Mart,
Medical Staff, Warden Powell, Produce Any: All
Procedure & Rules of Work Duty, Staff Duty of
Work Job, Company Contract, Constitutional Right
To Food Religious Diet, Tiger Mart Staff Dietary
Produce Emile Hawkins Food Diet 1-23-23 To 5-30-24
Medical Staff Produce To Emile Hawkins Medical Record
1-23-23 To 5-30-24, Medical Staff Produce Any: All
Dentist, Eye Doctor Visit Emile Hawkins was Given
From 4-11-25 To 7-19-25, Treatment To Hawkins
5 teeth out of His mouth, and Eye Doctor Visit. Shall
Sheriff Kyle Myers Produce Any: All Emile Hawkins
Dentist, Eye Doctor for Visit all Medical Treatment
He Received in Correction Center 4-11-25 To 9-19-25
Produce all Electronic Kiosk Filing for Medical
Attention from Hawkins To Warden & Medical Staff

Lisa & Kelly & John Doe Doctor. Also shall Judge must produce to Hawkins Request form Kieffer complaining About Religious Food Diet, 4-14-25 To 7-19-25, No Beans, No cold meat, no Rep. Diet. Motion to Show Cause Memorandum Order shall Sheriff Kyle Myers, Warren Levi, Warden Powell, Gasper & Caswell produce to Emile Hawkins all Disciplinary Records & Rules & Procedures in Correction Center, State of Louisiana 72 Hours Hearing, Right to face His Accuser in Disciplinary Reports in State of Louisiana

Memoradum Order To Show Cause When Hawkins Receive His Religious Food That within 30 Days of This Order with Double Portion of Food Weight Lose Because of 5 teeth out of mouth Order Hawkins Be given Double Portion of Food Because of Weight Lose Couldn't eat Teeth Broken in mouth By Staff Order 30 Day Double Portion

Emmit Calais
VS.
State of Louisiana ET AL
Jefferson Davis Parish Jail House ET AL
Sheriff Kyle Myers, Ass. Warden Levi

CASE: 00870
Judge: DeBlanc

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
JUL 28 2025
DANIEL J. McCOY, CLERK

"Motion for Memorandum Order"
Shall Subpoena Video Cameras
On These stated Date 4-11-25, 4-13-25,
4-23-25, 4-(18-20)-25, 4-(25-27)-25,
6-11-25, 7-2-25, 6-10-25, 6-26-25,
produce all Video camera As stated
Dates, It is Order to Show Cause
upon such said Dates Jefferson Davis
Parish Jail House Staff Member
Committed Different Crime Violation
of Inmate Constitutional Rights,
Police Brutal, Excessive force,
Abuse Police power,

"Motion Shall Order To Show
Cause Shall Subpoena any & all
paper & Electronic Kiosk Request form
Filling, & Also Shall Subpoena any & all
Rules & Procedure of Louisiana State Law
of Jefferson Davis Parish Jail House,
Rule & Procedure of Disciplinary
Report Form V8/13, 72 Hours Hearing
of Inmate Due Process Rights to Defend
Disciplinary Report, 72 Hours Hearing
Rules & Procedure of Disciplinary Report
Form V8/13 who Can Imposed Sentence
upon Write-up in Parish, Louisiana State Laws
For Disciplinary Report form V8/13

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUL 2 8 2025

DANIEL J. McCOY, CLERK
BY: KW

7-22-25

Emile Hawkins

VS.

Jefferson Davis Parish Jail House ET/A1
Sheriff Kyle Myers & Ass. Warnen Levi
Warden Powell, Gaspard, & Caswell ET/A1

Case: 00870
Judge: LeBlanc

Rule 34 Procedure Full Name & Address
Motion For MemRandum Order SuBpoena,
Video Camera's, Electronic Kiosk All and Any
Filing Request form paper on these Dates, 4-(11-13)-25
, 4-(18-23)-25, 4-(25-27)-25, 6-(10-11)-25, 6-26-25,
ISO Cell #6 4-(11-27)-25, ISO Cell #1 6-26-25, Charlie
Dorm Cell #3; 6-(10-11)-25, Produce All Video Camera's
as stated Above Dates; To Emile Hawkin Within 30 Day

#1 is Order to Show Cause; Motion to
Show Cause. Shall SuBpoena Any & All Jefferson
Davis Parish Jail House, Electronic Kiosk Request
form & paper filing, Shall Order SuBpoena Any &
All Rules & Procedure of Jail House Disciplindry
Report VB/13, State of Louisiana 72 Hours Hearing.
the Right of Inmates Rule & Procedure of Inmate
Right to face his Accuser in the State of Louisiana
in Jail House & person Their Right to A 92 Hours
Hearing of Disciplinary BRoad. Any & All of Jefferson
Davis Jail House Administration Department Authorized
To Imposed Disciplinary White-ups Reports, Rules
& Procedure of Administration Department Disciplinary
State of Louisiana Law, Constitutional Rights,
of 72 Hour Hearing, & Inmate Constitutional Rio



Rights. "Motion To Show Cause" Medical staff Member John Doe Doctor, Lisa & Kelly Shall Produce Medical Record. 7-23-23 To 7-22-25. Any & All Dentist Visit & Eye Doctor Visit, Medication given To Hawkins 4-11-25 To 7-22-25. Shall Produce Emile Hawkins Copies of all Records stated within 30 Days of This Order. Also Shall Lpc Lisa & Kelly P set forth if Hawkins eye Doctor Visit, and Dentist Visit, W

"Motion To show Cause" when

30 days

ETAL

M.4.L identified the "Show Cause" Shall produce showing who was on Duty in ISO #6 4-11-25 4:30 AM To 8:00 AM. Emile Hawkins Body Place in Jail House Correction Center. During the Days of 4-11-14-25. Video Cameras Showing while Hawkins was taken and Beaten up By Staff Member. Treatment Staff Member gave to Hawkins for chemical spray Time of Treatment, Time Hawkins was sprayed with chemical spray in ISO #6 Correction Center Holding Cell 4-11-25 Video Cameras ISO #1 Cell 6-26-25 4-23-25 Video Camera 4-11-18-25 cell #6

MOTION TO SHOW CAUSE MEMORANDUM ORDER SHALL ORDER WARDEN POWELL TO TAKE Emile Hawkins TO DENTIST DR. 5 Teeth STAFF CARRIER CARUTHERS, WARD LANDRY for Teeth Knock out By Staff Member They Show Proffe To The Court When They take Hawkins To Dentist and Eye Doctor, Within 30 Days of This, take Hawkins for Medical Treatment SHALL Within 30 Days Order

Emile Hawkin
vs
Jefferson Davis Parish Correction Center
Defendants                    Western Dist.    W.D.
Sheriff Kyle Myeus, Warren Levi
Warden Powell, Gaspard, Case Wolf
Landry, Carrier, Morrison, Carruthers
Ward, Dietary Tiger Mart,
Medical Staff Lisa, Kelly; DR John Doe
field

Sec. P
eral Court
1.25-cv-0087
MAGISTRATE    Sec. P
Judge: LeBlanc
Judge: James Ca

Request for Production of Document Rule 34
Procedure full names and Produce for Inspection
and copying the following Documents;
"Motion To Show Cause" Shall
Memorandum Order Shall Subpoena Any;
All Electronic Video Cameras, Kiosk Machine
Records Request form filing From 4-11-25 To
7-19-25. Shall Produce to Emile Hawkins within
30 Days of Order. Motion To Show Cause" Shall
Produce Emile Hawkins Medical Records 1-23-23
to 7-19-25 and Shall Produce. Tiger Mart
Dietary Food Diet of Emile Hawkins 1-23-23
to 7-19-25 To Emile Hawkins. "Motion To Show
Cause" Shall Subpoena Any & All Recorded
Video Cameras on Dates Stated 4(11-23)-25
6-10-25, 6-26-25; Regulation and Rules
of Emile Hawkins Treatment 4(11-13)-25
Medical Staff 4 by Video Camera from Medical
Room Department, Medical Records of Emile
Hawkins from the Time of His incarceration
through and including the Date of response
to this request, Training on the proper Treatme

Emile Hawkins

VS.

Jefferson Davis Parish Correction Center ETA)

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUL 2 8 2025

DANIEL J. McCOY CLERK
BY:_____ KW

Western District Federal Court
W.D.F.C.

Rule 34 Procedure Full name     Sec. P     Case: 25-cv-00870
Produce for Inspection and Copies   Judge: Thomas
Request for Production of Document Rule 34
"Motion to Show Cause" Shall
Memorandum Order Shall Subpoena Any
"All Electronic Video Camera's, Kiosk Machine
"Electronic. Shall Produce Paper & Record, to
Emile Hawkins Within 30 Days' of Order." Motion
To Show Cause Shall Sheriff Kyle Myers, Tiger Mart,
Medical Staff, Warden Powell, Produce Any: All
Procedure & Rules of Work Duty, Staff Duty of
Work Job, Company Contract, Constitutional Right
To Food Religious Diet, Tiger Mart Staff Dietary
Produce Emile Hawkins, Food Diet 1-23-23 To 5-30-24
Medical Staff Produce To Emile Hawkins, Medical Record
1-23-23 To 5-30-24 Medical Staff Produce Any: All
Dentist & Eye Doctor Visit Emile Hawkins was Jailen
from 4-14-25 To 7-19-25. Treatment To Hawkins
5 Teeth out of his mouth, and Eye Doctor Visit. Shall
Sheriff Kyle Myers Produce Any: All Emile Hawkins
Dentist & Eye Doctor for Visit all Medical Treatment
He Received in Correction Center. 4-14-25 To 7-19-25
Produce all Electronic Kiosk filing for Medical
Attention. from Hawkins To Warden & Medical Staff

Lisa & Kelly & John Doe Doctor. Also shall Igue Mart Procude to Hawkin Request Form He file Complaining About Religious food Diet, 4-11-25 To 7-19-25, No Beans, No Red meat, No Rice Diet, Motion To Show Cause Memorandum Order shall Sheriff Kyle Myers, Warren Levi, Warden Powell, Gaspard & Carswell procedure to Emile Hawkins all Disciplinary Records, & Rules & Procedures in Correction Center, State of Louisiana 72 Hours Hearing, Right to face His Accuser in Disciplinary Reports in State of Louisiana

MEMORAdum ORder TO SHOW CAUSE When Hawkens receive His Religious Food That Within 30 DAys Of THis ORdER with DouBle PoRtion of Food Weight Lose BeCause of 5 teeth out of mouth ORdER HAWkINS Be given DouBle PoRTion of Food Because of Weight Lose Couldn't eat Teeth BROken in mouth By STAFF ORdER 30 DAy DouBle PoRTion

Emile Hawkins

VS.

State of Louisiana ET Al.

Jefferson Davis Parish Jail House ETAl

Sheriff Kyle Myers Ass. Warden Levi

CASE: 00870

Judge: DeBlanc

"Motion for Memorandum Order"

Shall Subpoena Video Cameras

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUL 28 2025

DANIEL J. McCOY, CLERK

On These stated Date 4-11-25, 4-13-25, 4-23-25, 4-(18-20)-25, 4-(25-27)-25, 6-11-25, 7-2-25, 6-10-25, 6-26-25, produce all Video cameras ho stated Dates, It is order to Show Cause upon such said Dates Jefferson Davis Parish Jail House Staf member Committed Different Crime Violation of Inmate Constitutional Rights, Police Brutal, Excessive forces, Abuse Police power,

"Motion Shall Order To Show Cause Shall Subpoena any & all paper & Electronic Kiosk Request form filing, & Also Shall Subpoena any & all Rules & Procedure of Louisiana State law of Jefferson Davis Parish Jail House, Rules & Procedure of Disciplinary Report Form V8/13, "72 Hours Hearing of Inmate Due Process Rights to Defend Disciplinary Report 72 Hours Hearing Rules & Procedure of Disciplinary Report Form V8/13 who Can Imposed Sentence upon Write-up in Parish, Louisiana State Laws For Disciplinary Report Form V8/13

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUL 2 8 2025

DANIEL J. McCOY, CLERK
BY: KW

7-22-25

Emile Hawkins
VS.

Case: 00870
Judge: LeBlanc

Jefferson Davis Parish Jail House ET/1
OO Sheriff Kyle Myers & ASS Warnern Levi
Warden Powell, Gaspard, & Casewell, ET/1

Rule 39 Procedure Full Name & Address
Motion For MemRandum Order SuBpoena,
Video Camera's, Electronic Kiosk All and Any
filing Request form paper on these Dates, 4-(11-13)-25
, 4-(18-23)-25, 4-(25-27)-25, 6-(10-11)-25, 6-26-25,
Iso Cell#6 4-(11-27)-25, Iso Cell#1 6-26-25, Charlie
Dorm Cell#3, 6-(10-11)-25, Produce All Video Camera's
as stated Above Dates, To Emile Hawkins Within 30 Day

It is Order to Show Cause, Motion To
Show Cause. Shall SuBpoena Any & All Jefferson
Davis Parish Jail House, Electronic Kiosk Request
form & paper filing, Shall Order SuBpoena Any &
All Rules & Procedure of Jail House Disciplinary
Report V8/13, State of Louisiana 72 Hours Hearing.
the Rights of Inmates Rule & Procedure of Inmate
Rights to face his Accuser in the State of Louisiana
in Jail House & person Their Rights to A 92 Hours
Hearing, Disciplinary BRogd. Any & All of Jefferson
Davis Jail House Admistration Department Authorized
To Imposed Disciplinary White-up & Reports, Rules
& Procedure of Adminstration Department Disciplinary
State of Louisiana Law, Constitutional Rights,
of 72 Hour Hearing, & Inmate Constitutional Right



Rights. "Motion To Show Cause" Medical Staff Member John Doe Doctor, Lisa & Kelly Shall Produce Medical Records. 7-23-23 To 7-22-25. Any & All Dentist Visit & Eye Doctor Visit, Medication given To Hawkins 4-11-25 To 7-22-25. Shall Produce Emily Hawkins Copies of all Records stated within 30 Days of This Order. Also Shall Dr. Dua & Kelly P set forth Hawkins eye Doctor Visit, and Dentist Visit, in

"Motion To Show Cause" within 30 Days