Emile Hawkins # 29010
Alpha #1 J.D.C.C.
P.O. Box 863
Jennings LA 70546

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUL 2 8 2025

DANIEL J. McCOY CLERK
BY:_____

BATON ROUGE LA 707
24 JUL 2025 AM 3 L
1775 ★ 2025



**X-RAYED**
CLEARED FOR DELIVERY

W.D.7.C.
Judge Thomas LeBlanc
Suite 2100
800 Lafayette St.
Lafayette, LA 70501