

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**800 Lafayette Street, Suite 2100**
**Lafayette, LA 70501**
**(337) 593-5000**
**www.lawd.uscourts.gov**

Dear Sir:

We have your recently submitted request which was received on July 28, 2025.

All prisoner civil rights cases filed by pro se litigants undergo an initial review by the Court as authorized by 28 U.S.C. § 1915. During this review, the plaintiff may not proceed with any part of his or her case including service of the initial complaint on defendants and the discovery process.  If the case survives initial review, a memorandum order will be issued by the court directing service of the complaint, which may include service by the U. S. Marshal. The timeline for discovery will be detailed in said memorandum order. Lastly, should your case survive initial review and you are allowed to conduct discovery, you may request subpoena forms issued in blank from the Clerk of Court if needed.

Sincerely,

Daniel J. McCoy, Clerk of Court

BY: s/Katie Haik
          Deputy Clerk