Western District Court

25-cv-0870 Sec P

Emile Hawkins

VS                                    7-31-25                    Case: 00870

Jefferson Davis Correction Center                                Judge De B. Payne

@ Sheriff Kyle Myers & Warren Levi                   RECEIVED
                                                     U.S. DISTRICT COURT
Warden William Powell                                WESTERN DISTRICT OF LOUISIANA

                              ORDER:                 AUG 0 5 2025

                                                     DANIEL J. McCOY, CLERK
                                                     BY: _____ KW

"Motion To Show Cause" Memorandum Order
Shall Sheriff Kyle Myers & Warren Levi, Warden
William Powell, To Produce the full names
and Address of staff member name stated in
Lawsuit Case # 00870, Carrier, Landry, Morrison
Caruthers, Caswell Ass Warden, Ms. Warden Gaspard,
Ward Staff member Medical Staff member, Tiger Mart
Staff member Dietary, Within 30 Day Produce To
Emile Hawkins for the to His Motion to Amend
Complaint of Lawsuit 00870.

        It is Further Ordered Shall Exparte "Motion
For Civil Warrant For Police Brutally, Excessive
Force, Abuse Police Power, On 4-(11-13)-25 To 7-31-25
Chemical sprayed By staff member. 4-11-25 To 7-31-25
Ongoing Violation of Hawkins Constitutional
Rights, Hawkins Equal protection Right, Cruel
and Unusual punishment to Inmate With Chemical
spray Burn skin No shower given To Inmate 4-11-25
To 7-31-25. Shall Memorandum Order Motion
For Civil Warrant, Carrier, Ward, Landry, Morrison
Caruthers, Caswell, Gaspard, Write-up stop
Retaliation up Hawkins For Filing Lawsuit

Knocking out 5 teeth out of Hawkins mouth. Bruise Ribs, Injury Shoulders. Emile Hawkins pray that this Motion for Civil Warrant be granted up in this said court on this Day ___ in the 2025. To Show cause in the Western District Court Lafayette LA Sept. The ___ Day of ___ 2025 At ___ OClock

_____          _____
       Date                    Judge

IT is Further Ordered Emile Hawkins pray to this court Any & All Defendants answer daysuit in Federal Court time To Comply to Suit within 30 Days of Federal Court Rules Date 7-10-25 How Has was serve By court, It is Further Ordered Motion for Memorandum order Shall Subpoena Produce Video Cameras, 4-(11-13)-25, 4-23-25, 4-18-26-25 6-25-26-25, 7-1-25, 2.50 cell #6 and 2.50 cell #7 and cell #2 of Hawkins Being on Lock-Down Also produce, To Emile Hawkins Within 30 Days Copies of Video Camera's, and IT is further Ordered that Warden William Powell produce Records of Request form Sign By ARS Administration, all, Any Kiosk Request form Be sent to Hawkins Within 30 Days of this Order, Request of Indigent Request form. IT is FURTHer Order Warden William Powell ET AL. To Show Cause Why Such, Said Motions Should Not Be Granted.

_____          _____
       Date                    Judge

We.D.7.C Sept Case #00870

Dear Judge LeBlanc    7-31-25 10:00pm

I'm Forwarding This letter "To Enclosed find Order, Motion To show Cause" Memorandum Orders' Motion For civil warrant For Police Brutally, Motion For Memorandum Order Shall Subpoena Video Cameras' Matter Order For all Defendant full and Address' also Motion For Document of Request form, and Dentist X Ray on 7-30-25 of Hawkins, mouth of Teeth, Broken By staff Members a Dentist Crowley, LA it Took place 4-11-25 Hawkins Suffer Pain could Eat, Have More Broken Teeth To Be Remove out mouth. Thankey For Your time To This Matter at Hand    X Emiler Hawkins