Em... United States District Court

U.S.
Jefferson Davis Parish Correction Center ETAl    Sec P.
Sheriff Kyle Myers = Warren Devil    Case "00870
Warden Williams Powell, ETAl    Judge deBlanco
7-30-25 11:00 PM

25-cv-0870 Sec P

"Motion To Show Cause" Memorandum
Order, Shall Myers, Devil, Powell Produce...
To Emile Hawkins Records from Dentist
on 7-30-25 Time 7:00 AM, Where Dentist in

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
AUG 05 2025
DANIEL J. McCOY, CLERK
BY:_____

Crowley, LA X-Ray and pull out Three Broken
Teeth on 7-30-25, Dph Kelly was Told By Hawkins
To Put him on the list to go Back on 8-(6-7)-25
for 3 more Broken Teeth To Be Taken out of mouth
X-Ray show all Broken Teeth, (Dentist, state That
was a Hard Hit, To Hawkins, I stated Staff
Member Hit me with a iron Key or Handcuff
in my Mouth, Dentist will prove a Key object
Hit me in the Mouth Causing my Teeth to Be
Broken, Date of Incident 4-(11-13)-25, in
Jefferson Davis Correction Center Time 4:30 To
6:00 AM, Breakfast up time, Tiger Mart
private own food service Recodes, To Be
produce To Emile Hawkins on food Being
Service By them on 4-(11-13)-25, Dietary
Company Authorized to service food To Inmate
every Day in Correction Center, So Hall Tiger Mart
and Warden Produce To Emile Hawkins any
and All video Cameras of food Being
Service on 4-(11-13)-25, Produce Records of
Tiger Mart Company Authorized To Service

of Tiger Mart Private Own, Red Service Tiger to pass out and pick food up, On Record reflect the perspetive Authorized By Tiger Mart food record reflect Jefferson Davis Correction Center staff member Altered By Tiger Mart To pass out food and pick up food, Produce Record To Emile Hawkins Mean Company of Private own Rule & Procedure of Inmate serving food in Correction Center, any call Day who is Authorized to pass out and pick up food in Correction Center, all Inmate pass out and pick up food for Tiger Mart. True or False. Shall Question Be answer, By Tiger who is Authorized To Work in Kitchen for food are staff member allowed to work in Kitchen for Tiger Mart Produce Records whereBy law They are Authorized To Handle food for Inmates By J.D.C.C. staff Member

In Motion to show Cause, Produce any and all Record Rule & Produce Privated own Company Agreement of food Being Service To Inmate & Produce Record To Emile Hawkin within 30 Days of This Order. LA R.S. 44:32   Michael E. Turandzek 876 50. 2d 855 LA 2009  May 26 2009

It is Further Ordered To Show Cause Be granted To Emile Hawkins all Record and names and Address of Tiger mart Worker and medical staff and staff Member J.D.C.C.   EH

                                              E.H.

_____         _____
      DATE                    Judge