25-cv-0870 Sec P

Western District Court                                            A1

Emile Hawkins                                      Case: 00870
     Vs.                8-9-25                     Judge: LeBlanc

Jefferson Davis Correction Center
U/Sheriff Kyle Moyers & Warnem Jewe, Warden William
Powell, Ass. Gaspard, Egsewell, Tiger, Mart Dietary
John Doe, Medical Staff Lisa & Kelly John Doe DR.
J.D.C.C. etal/ member Dutton, Cawther, Monson
Richard, Landry, Carrier, Field, Sonnier

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

AUG 1 8 2025

DANIEL J. McCOY, CLERK
BY:_____

## ORDER

"Motion To Show Cause," Memorandum Order
SHall Sheriff Myers Jewe, Warden Powell, Casewell,
Gaspard, "To produce Records of Rule & Procedure
of Disciplinary Reports V 8/13. The Louisiana State
Law Rights, Due process Rights of Inmate right
To a 72 Hour Hearing Before Imposing A sentence
on a Disciplinary reports. Inmate Right to faces
His Accuser Before Imposing Santion upon
Disciplinary Report. SHall Sheriff and warden
produce Any and all write-up on Hawkins made
By staff member in Retaliation Against from
Lawsuit CV 00870 Between 1-23-23 To 8-10-25.
Hawkins need all Records of Sheriff and Washen
staff member To produce within 15 Days Required
By Louisiana State Law LA R.S. 44:35(E)
44:32 at State clearly When Day Requester
asks for copies of Record, and They Defendant
Denied Hawkins of Record Every Day

Defendant Or Cause Judge Want Sanctions When He asks for Copies, and Defendant Don't Comply To Request They In Awards Pro Se Attorney Fee's Also Any other Damage Court Can Award Hawkins of when His Constitution Right Violation Committed By J.D.C.C. staff member for Retaliation on Hawkins for Lawsuit on CV-00870 write-up Received from staff member names stated in suite Dutton, Ward, and Morrison, Landry all staff member Have Been Retaliating Against Hawkins, Between 5-1-25 To 8-10-25 on ward on 8-9-25 Between 4:30 A.m. To 6:00 p.m. Camera's Can Be Review

It is Further Ordered That this Order To Show Cause, Memorandum Order, shall This Court enter On Record, preliminary Injunction Rule 65 C) and Temporary Restraining Order for the Body of Staff Member, Ward, Dutton, Morrison, Landry, Carrier, and Caruthers, Hawkins states Reason why, Because Retaliating Against Hawkins write-up, False Statement, Racial Discriminating Against, Forgery Their names on write-up where Warden Named goes at on Disciplinary write-up, Action By, staff Member Forgery then on place of Warden Name and Administration, Also Reading and Opening Hawkins legal mail and theft of His legal at J.D.C.C. and Destroy legal mail Between 4-11-25 To 8-10-25 Stay This Enter on Record, Retaliation, By staff member causing Inmate Fighting Each Other Toward Hawkins for Lawsuite

**P3**

Western District Court

Emile Hawkins          8-9-25          Case: 00870

VS.                                    Judge: LeBlanc

Jefferson Davis Correction Center ETAl

Tiger mart          ORDER

Medical STAFF

It is Further Ordered That this Court SHALL
Order Tiger mart Dietary To stop Violating
Hawkins Religious Food Diet, Feeding Him,
No Red Food, No Beans, and No cold meat Bologhny Pork
and Ham pork shall this court Order Dietary of
Tiger Mart Within 15 Days of this Order. Shall this
Court Send To Dietary To Stop Violating Religious
Food Diet, I.D.M.R. Feeding No more of Red
Food and Sauce, and No Beans, and No cold

prays good faith of Hawkin and Hawkin prays for peace and freedom of Black lives Better Matter in Correction Center in the State of Louisiana

It is further that This Court Order Lpn Lisa & Kelly Shall make a Eye Doctor Appointment for Emile Hawkin within 30 Days of this Order, Shall this Order Lpn Lisa & Kelly for Records of Appointment made for Hawkins eye Doctor Visit Shall Lpn Lisa & Kelly Produce To The Courts X-Ray of Dentist in Crowley LA. X-Ray of Hawkins month. Also Lpn Produce X-Ray Taken of Emile Hawkins Right-Rib and Shoulder 5-1-25 To 8-6-25 Shall this Memorandum Order Show