# Jefferson Davis Parish Jail

## Disciplinary Report Form v8/13

Name: Emile Hawkins                    Location: Iso 2

Date and Time: 16:39  8/9/25    Deputy submitting report: Ward 753

Rule(s) Violated: 342 - Making threats to staff or inmates
Describe the violation: 113- Blackmail, Extortion, threats

On the date and time listed above while picking up trays In isolation inmate Hawkins told me "I know where you live, I'll kill you, I'm a real killer." While telling me he was taking me to court. Thus violating the rules above.

Restrictions imposed immediately:

___ Rackback    ___ Segregated    ___ Phone    ___ TV    ___ Visits    ___ Commissary

## Action by Warden / Assistant Warden

___ Final Warning

___ Counseling

___ No Further Action

Reasons for restrictions:

| Restrictions | | until date |
|---|---|---|
| Rackback | | |
| Segregate | | |
| Phone | ✓ | |
| Recreation | ✓ | 10-11-25 |
| Visitation | ✓ | |
| Commissary | ✓ | |
| Isolation | ✓ | 10-11-25 |

Action by: Duhon 618                    Date: 8-9-25