Emile Hawkins Pro-Se                    8-8-25    Case: 00870

VS                      ; Sec-P           Judge: LeBlane

Jefferson Davis Correction Center

W/Sheriff Kyle Myers, Warren Zerri, Wardens
William Powell, Ass Warden Gaspard, Caswell
Medical Staff Lisa: Kelly: John Doe DR. Tiger Mart
Dietary John Doe, J.D.C.C. staff members: Duhon
Caruthers, Morrison, Richard, Landry, Carrier,
Ward, Field, Sonnier:

25-cv-0870 Sec P

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

AUG 19 2025
KW

DANIEL J. McCOY, CLERK

BY:_____

Motion Request for Appointment of Counsel
Pursuants 28 U.S.C.§ 1915 (e) (1)
Order

"Motion Request for Memorandum Order" Shall
Appointment Emile Hawkins Request for Counsel
To Represent Him in Federal Court on CA-00870
Hawkins pray to Western District Federal
Court for Appointment of Counsel. Hawkins Been
Approval to proceed in forma pauperis. Hawkins
in Correction Center in Jennings LA. greatly
Limit Ability to Litigate. the issue involved
in the Case Complex and will require significant
Research and Investigation. Plaintiff has limited
Access to Law Library and limited knowledge
of the Louisiana Law. He unable To afford
Counsel. upon this Case on Hawkins a trial in
this likely involve Conflicting Testimony
and Counsel would Better inable Hawkins
To present evidence and cross examine Witness

P.2 In Lay V. McMillen 16 F.3d 843 849th. 3-27-92. 691 so2d LA. 709 50.2d 436. Court notes that Constitution Due process Right Requ the Apporial Counsel To indigent Inmate in civil matter when fundemental Constitutiona Rights are involved. Fundement Constitution right are which would entitle an indigent Inmate. Hawkins Don't have Access To a Law Library. unable to understand the legal proceed in which are participiting. Hawkins has strong legal claim unable to Afford Counsel. Hawkin Has made repeated Efforts toObtain a Lawyer. Moves for an Order Appointment Counsel to represent him in This Case. Lay vs Mcchlen 691 so2d 698. 4Am1⁵ᵗ Ar.

Wherefore, Hawkins request that the Court Appoint Counsel in this Case.
IT is Further Ordered that the Order To show Cause why Hawkins Should Not Be granted Counsel as a Indigent platntiff

_____
(Date)        Judge


SUBmittedBy
Emile Hawkins Pro se
ISO #2 J.D.C.C.
1530 Hwy 90WEST
P.O.BOX 863
Jennings LA 70546