Western District Court    Pl.

Emile Hawkins Pro-Se 8-7-25    Case: 00870

Vs.    Sec P    Judge: LeBlanc

Jefferson Davis Correction Center

Sheriff Kyle Myers, Warner Levi, Warden William Powell, Ass Warden Gaspard, Caswell, Medical Staff Lisa Kelly and John Doe DR. Tiger Mart Dietary Staff, John Doe P.O.C. Staff Member J. D. CC. Dishon, Caruthers, Morrison, Richard, Landry, Carrier, Ward Field, Sonnier

## ORDER:

"Motion To Show Cause" For of Document Rule 34, "Memorandum Order," To Produce Any & all Paper and Electronic Filing Kiosk, Document of Center Bed Housing Dorm, Fox Alpha, Charlie, T-50 Cell #1, 2, 3, 6 and Excessible Holding Cell, from 4-10-25 To 8-6-25 To Any and all Disciplinary Report Rules & Procedure of V8-13 of State of Louisiana Disciplinary Administration Authorized To Imposed Restrictions upon Disciplinary Reports Action are Taken By 3 Administration Staff Authorized To Imposed Restrictions. Shall Sheriff and Warden To Produce full Name and Address of Staff Member Listed in the Above Defendants in Suit. To Produce To Emile Hawkins Record and Document Within 30 Days Comply To this Order. LA R.S. 44:32 and 44:35 (E)

Requests send Request form to administration Warden 8-6-25 asking for Record in case 00870 Hawkins Also cited LA R.S. 44:35(E) and 44:32 sent to Warden I so cell # 7 9:00 AM to 10:00 PM sent 2 form. Because Staff Caruthers throw away Hawkins Request form and Read and opening Reading Hawkins legal mail Caruthers Destoying legal mail in Property. Reading Inmate legal mail 7-25-25 Alpha Dor 9:00 PM. every Day Hawkins Don't Receive Records from Warden and Administration of S.D.C.C. Shall pay Hawkins 100.00 per Day as Required By Louisiana state law. when Hawkins Don't Receive Records in 30 Days "Memorandum Order" Shall produce To Emile Hawkins Any and all Medical Records, Docotor, Eye Doctor, and Dentist Visit and Treatment given To Hawkins all Request form and Sick form made To medical staff member Lisa and Kelly Shall within 30 Days Require By Law in State of Louisiana LA R.S. 44:35(E) and 44:32 pay 100.00 Dollar a Day Request Ask for Record from medical serial time was Denied Hawkins of Records "Memorandum Order" Shall Tiger Mant C.E.O and Dietary John Doe Produce To Emile Hawkins Records of Food Diet Receive in J.D.C.C. from 1-23-23 To 8-6-25 Any All Record of Request Form file By Hawkins

Western District Court P. 3

Emily Hawkin                    8-7-25              Case: 00870
vs.                  Sec. P                  Judge: de Blanc
Jefferson Davis Correction Center ETM
Sheriff Kyle Myers, Warnem Devil Warden Powell
Ass Warden, Gaspard, Cazwell, Medical Staff
Lisa, Kelly, John Doe Dr. Tier Mart Dietery
Staff John Doe Staff Member Dishon, ____
Morrison, Ward, Canter, Landry, Sonnier
Fields, Sonnier, Richard

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

AUG 19 2025
KW

DANIEL J. McCOY, CLERK
BY:_____

## Order:

"Motion To Show Cause" Shall Tiger Mart
CBO and Dietary of J.D.C.C. Shall produce Any
and all Food Diet of Inmates Religious Records
of all Inmates. From 1-23-23 to 8-6-25 Produce To
Emily Hawkin This is my 2nd Request for Record
LA. R. S. 44:35(E) & 44:32 During the month of
may I ask for copies of Records was Denied
my Right To Record By J.D.C.C. medical
staff, Tiger Mart Dietary, and Wardens ivo
electronic Request form By Hawkins asking for
copies of Record of Hawkins Been Denied of
Record from all 3 Department here at J.D.C.C.
    It is further Ordered each Defendant
pay $100.00 per Day for not given Hawkin
Records when asking Request form paper and
Electronic Kiosk machine filing from 5-1-25
8-6-25 they shall pay from the first time
Hawkins ask for copies of Records at J.D.C.C.
Shall pay Hawkins $100.00 for Refusing Him

P. 4

of Copies of Records so He Can file with his Case CV-00870 matter in court, Hawkins Informs each Defendant He need copies to forward to the federal Court. they to give Copies of Record to Hawkins electronic filing will show Hawkins ask for Records from Warden, Administration, Medical staff Lisa & Kelly, and Tiger Mart Dietary members all sent form asking for copies of Record Refused Hawkins. It is Order each Day they Refused to give Hawkins Copies of Record, Court Award Hawkins 100.00 Dollars Per Day per each Defendant for this Matter of Records. They Shall Comply within 15 Days of this Order sent and Receive By Courts. LA 44:35(E) 44:32 Refuse Register of Public Records, Shall Kiosk machinery A.D.C.C. Electronic file asking for Records.

It is Further Ordered that this Federal Court Grant Emile Hawkins Motion To Show Cause, Comply with Louisiana State law. LA. R.S. 44:35 E and 44:32 every Defendants Refused Hawkins of Record, pay each Day as law state in Louisiana Comply to this Order within 15 Days of this Ordered

Wherefore Hawkins Respectfully pray that Court enter Judgment granting Hawkins LA. R.S. 44:35 (E) every Day Defendays Refused Hawkins of Record from the every first ask in Request form. To show Cause in Federal Court. on the ___ Day of ___ 2025 at ___ O'clock E. the

X ___ E.H.    ___ ___
              Date    Judge