Western District Court

Emile Hawkins        8-8-25            Case: 00870
VS.                        Sec-P        Judge: LeBlanc
Jefferson Davis Correction Center ET
Sheriff Kyle Myers, Warden devi, wardens Powell,
Gaspard, Casewell, Medical staff Zin & Kelly & John
Doe DR, Tiger Mart Dietary staff member John Case
J.D.C.C. staff member, Dubon, Caruthers, ward,
Fields, Sonnier, Morrison Landry, Carried,
TO: Clerk of Court : Daniels F. McCoy

Order

Motion To Show Cause Memorandum Order
Shall The "Clerk of Court" Produce and Provide
To Emile Hawkins Court Subpoena form, Herein
Hawkins states clearly to the Court of Court.
He, Has Been granted in forma pauperis
in the Western District Federal Court. Hawkins
pray that Clerk of Court Provide Subpoena
form To Him within 20 Days of this Order
    IT is Further Ordered that the Clerk
of Court show why this Motion & Order
of Emile Hawkins should Not Be granted
10 Subpoena forms To Subpoena People,
Video Cameras, staff member, Kiosk, Electronic
filing J.D.C.C. Medical Records, Tiger Mart
Record, Dentist out of Crowley, J.D.C.C.
Property Record, Bed Housing Records,

_____
Date    Clerk of Court