Emile Hawkins
ISO #2 J.D.C.C.
P.O. Box 863
1530 Hwy 90 West
Jenning, LA 70546

Legal Mail

BATON ROUGE LA 707
12 AUG 2025 AM 3 L
1775

UNITED STATES
OF AMERICA
FOREVER/USA

Denied
X-RAYED
CLEARED FOR DELIVERY

W. District Court
Daniel J. McCoy
&
Judge Thomas P. LeBlanc
Suite 2100
800 Lafayette St.
Lafayette, LA 70501
Black Lives Matter Jail House

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

AUG 19 2025

DANIEL J. McCOY, CLERK
BY: KW