Emile Hawkins
VS                    8-8-25                    Case: 00870
Jefferson Davis Correction Center ETAL          Judge:

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

AUG 19 2025

DANIEL J. McCOY, CLERK
BY:_____

W Sheriff Kyle Myers, Warnern Levi,
Tiger Mart Dietary John Poe
Medical Member Lisa & Kelly          Records

ISSUE: Food Diet Violation    Louisiana State Law
         and Religious Diet  Order    LA.R.S. 44:35E
                                              44:32

Motion To Show Cause "Memorandum Order"
Shall Tiger Mart Dietary Produce Diet
food Serve on 8-8-25 4:00 Am To 5:30 a.m. To
Emile Hawkins showing my Religious food Diet
still Being Violated By Dietary and Medical
staff Lisa & Kelly on Correction Center, Dietary
Still serving Hawkin Beans, and Cold meat
and NO Red to Hawkins Religious Diet. Hawkins
Request 3rd time I'm the Requester of Records
from 1-23-2023 To 8-7-25 To Show Hawkins
Religious Diet in Tiger Mart food Service Dept.
LA.R.S. 44:35(E) 44:32 every Day from the
time I ask Dietary for their Rekords. 2 months
Ago. They Refused to give me Record. Louisiana
State Raly. States clearly $100.00 per Day to
Awarded to the Requester for Medical Dept and
Tiger Mart for refusing to Record to Hawkins.
I Hawkins ask Dietary for Record of Tiger
Mart Workers who is Authorized to Serve food
every Day. Let Records Reflect who is Authorized
To Handle food, Cook food, Pass out food.