Western District Court                    P.1

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

AUG 25 2025

DANIEL J. McCOY, CLERK
BY: _____

Emile Hawkins                    Case: 00870
VS                               Judge: LeBlanc
Jefferson Davis Correction Center ET M
Sheriff Myers, Levi; & Wardens Powell, Gaspar, Caseutel,
Tiger Mart Dietary, CEO private own, medical staff,
Lisa & Kelly John Doe Dr., J.D.C.C. staff member Duhon,
Caruthers, Morrison, Richard, Landry, Carrier, Ward,
Field, Sonnier.

Order:
"Motion For Interrogatory Examination of
the Above stated Defendant." Motion For Memorandum
Order, To Show Cause." Shall all the Above Defendants
Shall answer any and all question Requested into
Interrogatory Be truthfully answer in good faith
all Defendants. Declare under penalty of perjury on
each question that the foregoing matter is true
and Correct to the Best of their Knowledge. Shall
this Order Be given to all Defendants to Be Answer
within 20 Days of Serves of this Order. Shall Produce
To Emile Hawkins all answers Requested question
on Interrogatory sign and Date their names, on
each Court Order paper.
        It is Further Ordered, that this Court Deems
Civil Warrant upon any false filing Document,
Unauthorized Administration Disciplinary Reports
Impaged Action By forgery Names on Disciplinary
Reports write-up on form V-B113, Only 3 Administration
Can Take Action By on Reports. Louisiana State Law

P.2

P.2

Require Action By on Report form V8113 Action Can Be only taken By Warden and Ass Warden only Administration Can Imposed Action upon Disciplinary Reports V8113 It is Louisiana State Law Rules and procedure. Whoever is Not a Warden or works in Administration Department Can't Imposed Action on Inmate, forgery names By Action By. Violates Constitutional Rights of Inmates. 1/2 Hour Hearing and Violates his Rights to face his Accuser upon Disciplinary Reports. Rule and Procedure of Louisiana State Law Disciplinary Report for Inmates in Jail House and prisons

IT IS further Order this Court Deem and Order J.D.C.C Sheriff and Warden to Produce Rules and Procedure of State of Louisiana Protective Custody P.C. Rights in Jail house and prison, and Housing Right Rules and procedure State of Louisiana Laws to House pre-Trail Detannee and DOC Inmate Housing Can you House them Together in state of Louisiana Put them in the same Cells when DOC Inmate Have Time 16 years or more Can you House them Together. P.C. Rights in J.D.C.C.

IT is Futher Order this Court Deem and Order of Religious food Rights, Rules and procedure from Roger Mart Dietary and Medical staff members Showing they Test the Blood of Inmate To Receive Diet food; for their Religious. Show other Blood Tested

The Western District Court

Emile Hawkin

Case: 00870

Vs

Judge: LeBlanc

Jefferson Davis Correction Center ETA)

## Order

Shall Medical Lisa, Kelly, John Doe Dr., Produce To the Federal Courts and Emile Hawkins Records of J.D.C. Co Inmates getting test for Blood, For them to Receive Religious Food Diet From 1-23-23 To 8-12-25. Shall medical staff member All Inmates Religious Diet show and Produce all Inmate Had To Do a Blood Test To Receive Religious Food Diet. Also Produce Record. Staff member Lisa, Kelly and Dr. made Hawkins To Take a Blood Test for His Religious Diet Food of No Red Food, No Cold Meat, No Beans and Hawkins was Denied of His Religious Food Diet at J.D.C.C. Since 4-14-25. Hawkins received His Religious Food Diet 1-23-23 To 5-30-24, It is in Hawkins Medical Records from Dr. Lam Bui Hawkins Don't eat No Red Food, No Cold Meat, No Beans Since 1-23-23 To 5-30-25 New staff member Doctor tell only Hawkins He Have To Take Tests of Blood To See if He is Allergic to the Food, For Religious Food Diet Hawkins was Denied Religious J.D.M.R. Food Diet Yahweh Religious, No other Inmates

pg 4

was Taken Blood from for their Religious Food Diet. Hawkins Has Been Racial Discrimination of Hawkins Religious Food Diet Constitutional Rights Violation of Hawkins I.D.M.R Religious Yahweh. Equal protection of Religious Rights in Jail House and prison Religious Freedom Rights. Cruel and Unusual punishment, Mental Angish Hawkins is force to eat food Against His Religious at I.D.C. Co. Hawkins pray To this Court To Judge Thomas LeBlank that He issue a "MemOrandum Order To show Cause", Ordering Sheriff Kyle Myers, Warren Dennis and Wardens William Porbells, Tiger Mart Dietary and medical staff To stop feeding Hawkins Cold meat, Beans, Red Food gravy Hawkins Religious Diet in J.D.C.C. 1-23-23 To 5-30-24, Was No Red Food, No Beans, No cold meat. Staff Member tell Hawkins He Have No Religious Rights To the Food He eat and Blood test state He Not Allergic to the Food so Hawkins was Denied. Hawkins is the only one Blood was Taken from for Religious food Diet Discrimination Against Hawkins Religious food that ISlAm muslim Religious Inmate was Not Blood To see if they were Allergic to pork food or any other food. Hawkins states clearly is Religious Food Diet Rights freedom Rights Been

P5

Emile Hawkins                                    case: 00870
          VS                                    Judge LeBlanc
Jefferson Davis Correction Center ET AL

## Order

Violated By Medical staff Member Lisa's Kelly and John Doe DR. and Tiger Mart Dietary, Hawkins state Dietary Been Known ing Wes Food Diet in J.D.C.C. Since 1-23-23, Racial Discrimination. Hawkins has the right to Be free from Racial Discrimination of His Religious. Hawkins Has a Religious Freedom Right, E.D.M.R. Religious Right, Yahweh Elohim Yahoshua is He's Religious, He Study for over 40 years, No Red Food, No Cold Meat, No Beans. Today 8-13-25, Tiger Mart and J.D.C.C. Staff Member still feed Hawkins Red Food, Beans, Cold meat that Kegging get, Hawkins file on matter 4 time and to sheriff Kyle Myer and Terri Ellis Warden. Hawkins asks in pray to this court Judge Thomas deBlanc To send a Memorandum Ordering, Warden William Powell and Tiger Mart Dietary To stop feeding Hawkins, Red Food, Beans, and Cold Meat, Hawkins Has a Religious freedom Right in Jail House. Shall Tiger Mart Dietary Be issue an Order to Stop serving Hawkins, Beans, Cold meat, No Red Food Hawkins pray To this court

P. 6

Judge Thomas LeBlanc send Order to warden and Tiger Mart for Violating Religious Diet Soon as possiBe at I.D.C.C. Hawkins Has Religious freedom Rights in JailHouse.

I Tis Further Ordered that this to show Cause of this Motion Be granted to Hawkins in good faith in this Court By Judge LeBlanc

_____
Date        Judge

SuBmitted By
Emile Hawkins

I Tis Futher Order this Court Order I.D.C.C. Medical to Produce Doucument to the Court and Emile Hawkins of X-Ray of Dentist of Crowley, And Visit to Dentist and Visit to Come Back to Dentist to pull the Rest of the Broken Teeths I.D.C.C. Caruthus, Ward, Landry, and Carrier Cause to Hawkin 4-(11-12)-25 for no Reason Behind Lawsuit that get DismissY out of Court 8-21-23,

I Tis Futher Order that Medical staff produce to the Court and Hawkin all ~~Future Vist~~ Hawkin Has with the Dentist to finish pulling the rest of his teeth, Hawkin Pull 3 Broken teeth out in Crowley, LA But have 6 more to pull out staff murder Broke in Hawkin, Some type of iron Object put him in His Mouth Breaking teeth 4-(11-12)-25. Hawkins pray Court grant Order to Hawkins E.H

Western District Court

P.1

Emile Hawkins
VS

Case # 00870
Judge: LeBlanc

Jefferson Davis Correction Center ETA!
Ol Sheriff, Warden & Staff Member, Medical
Tiger Mart. Dietary        ORder

Motion for Interrogatory Examination of
the Above Defendant Shall Answer any and All
question made By Emile Hawkins PRO-SE; Defendant
answer in good faith the best of their Knowledge to
Be Answer Within 20 Days Service of this ORder.
Shall Produce to Emile Hawkins all question answers
on Interrogatory sign and Date their names on each
Court Order paper.

### InteRRogatory question
### TiGER MART

J.D.C.C. 1. Do staff Member work for Tiger Mart? Y/N
2. Are staff Member Contract with Tiger Mart? Y/N
3. Does Tiger Mart have a Agreement with J.D.C.C.
staff to pass & pick up food? Y/N and Tiger Mart
private own work policy contract for J.D.C.C. on Tiger
Mart insurance work policy? Y/N
4. Do J.D.C.C. staff work in Tiger Mart food service
kitchen Dept? Y/N. If so show paper worker
staff are Authorized to Handle food and long this.
Contract Been Since 1-23-23 To 8-13-25 Y/N
5. Inmate find Something wrong with food who is
liable for Bad J.D.C.C.? Y/N Do staff member felt
Inmate They Nothing To with Tiger Mart? Y/N

P.8

6. If Inmate take sick from J.D.C.C. staff member passing out food, gives Inmate Wrong Diet tray who to Flable if Inmate Die from food poision J.D.C.C. Y/N If it is Tiger Mart flable. Y/N

7. If food is spoil on food tray is J.D.C.C. staff liable for the food they out? Y/N

8. Tiger Mart private own food service posted policy Rule and procedure states that J.D.C.C. can Handle food and food tray? Y/N

9. J.D.C.C. staff member are held for food? Y/N J.D.C.C. staff member are Authorized By Tiger Mart Company Contract Agreement to pass out food-Tray Since 1-23-23 To 8-13-25. Y/N all 3 meals are pass out every Day By staff member who work for Tiger Mart. Y/N

10. In J.D.C.C. staff member work in Kitchen? Y/N. Who Authorized staff member of J.D.C.C. to Handle Tiger Mart private own food service to pass out and pick up CEO Company of Tiger Mart Agreement? Y/N

11. How Long has J.D.C.C Been working for Tiger Mart food service Since 1-23-23 they Been Authorized to work for private own and fix food and serve food to Inmate? Y/N

12. J.D.C.C. staff member Are fiable for every food-Tray pass out By staff member every Day 3 time a Day? Y/N Dietary are liable for every Diet food tray? Y/N

Western District Court                                       P. 9

Emile Hawkins                                    Case: 00870
VS                                               Judge: DeBlanc
Jefferson Davis Correction Center Et al
   Sheriff & Warden & Staff Member, Medical
Tiger Mart Dietary   Order
         Motion For Interrogatory Examination of
the Above Defendant Shall answer any and all
question made By Emile Hawkins Pro-Se. Defendant
answer in good faith the Best of their knowledge to
Be Answer within 20 Days Serve of the Order, Shall
Produce To Emile Hawkin all question Answer
Truthfully To Best of knowledge.
                Interrogatory question
                Staff Member

1. Warden of J.D.C.C. on all Disciplinary
matter sign in Action By on all write-up? Y/N

2. Warden of J.D.C.C. give Inmate 72 Hours
Hearing as require By 24? Y/N

3. Warden of J.D.C.C. Sign all Disciplinary
reports V8113 at the of Reports Action By? Y/N

4. Warden of J.D.C.C. on all Hawkins write-up
Action By was sign By Warden/Adminstation? Y/N

5. Warden of J.D.C.C. Imposed all sentence on
write-up or Adminstration Imposed sentence on
write-up Action B? Y/N

6. Warden of J.D.C.C. gives Inmate their Right
To face their Accuser Before Imposing Sentence?
Y/N

8. Does J.D.C.C. staff member on Disciplinary Report Imposed Sentence upon Inmate Action By is staff member Authorized By downers and day? Y/N

9. Who give staff member the Right to sign on Disciplinary Reports At the Action By what Authorized Warden or Administration give power to staff to Violate 72 Hours Hearing? Y/N J.D.C.C. give Inmate his Right to face his Accuser? Y/N

10. Does Warden answer Inmate Request form at J.D.C.C.? Y/N If staff member answer Request form with their name in Request form Does it Violates Inmate Rights? Y/N

11. Does Administration/warden answer Request and give 5 Days Response? Y/N

12. If Administration/warden Does not answer within 5 Days Does it Violates it posted policy? Y/N

13. What Happen when staff member Violate Rules and Procedure of Inmates Rights Do they get Days of work without a pay? Y/N

14. Do Inmate have a Right to face his Accuser in Jail House on Disciplinary Report? Y/N

15. Can staff answer a Report written on them? Y/N

16. Can staff Retaliate against Inmate keep making false write-up on Inmate? Y/N

17. Does J.D.C.C. Warden/Administration sign on Disciplinary Report Action By? Y/N Can anybody sign on Action By on Disciplinary Reports? Y/N

Interrogatory question
Staff member  CASE:00870

18. Warden/Administration are Held liable for Inmate medical needs at J.D.C.C.? Y/N

19. Warden/Administration are Held liable for Inmate Religious Food Diet Rights? Y/N

20. Did Hawkins every get medical Treatment for His eyes in J.D.C.C.? Y/N

21. Did Hawkins ask medical To go see Eye Doctor Because He can't Read words? Yes/NO

22. Did Hawkins Request His problem To Warden About His Religious Diet Being Violated? Y/N

23. Did Warden answer any of Hawkins Request in 5 Days? Y/N

24. If staff member answer Warden Request Does it Violate Inmates Rights in J.D.C.C.? Y/N

25. Did warden Receive Request About police Brutality in J.D.C.C. By Staff on 4-11-13-25? Y/N

26. Did warden look at the video on staff Beating up on Hawkins 4-11-13-25? Y/N

27. Did Hawkins Tell Warden on Request about the Incident of staff 4-23-25? Y/N

28. Are Hired To pass out food Tray for Tiger Mart are staff member Authorized To Do? Y/N

29. Warden Can you mix Doc Inmate up with parish pre-Trail Detainee in the state of Louisiana? Y/N

30. Is it Against Louisiana state Law to mix DOC Inmate and pre-Trail Detainee? Y/N

31. Can you Take a parish pre-Trail-Detainee and put him in prison in Louisiana DOC prison? Y/N

32. In J.D.C.C. you mix DOC Inmate with parish pre Trail-Detainee? Y/N

33. In J.D.C.C. DO you Have P.C. for Inmate? Y/N

39. DOC Inmate get into fight with your parish pre-Trail-Detainee in cell? Y/N

40. You Have to sign paper To come off P.C. in J.D.C.C.? Y/N

41. All your P.C. is Record By staff member when Inmate ask for P.C.? Y/N

42. Between 5-1-25 To 8-10-25 was Hawkins still sign on P.C. from Excessible Holding cell? Y/N

43. Between 5-1-25 To 8-10-25 was Hawkins on P.C. in J.D.C.C. ISO#2? Y/N

44. Did Hawkins sign any papers to come off P.C.? Y/N

45. Did ward put something in Hawkins cup on 4-23-25 ISO cell #6 at Breakfast 4:30 To 5:30? Y/N

46. Did staff member Jump on Hawkins Be hind Breakfast tray Pass out By tiger Mart.? Y/N

47. Are J.D.C.C. Control Tiger Mart Food-Tray all three meal and put out Food Tray to Inmate in J.D.C.C.? Y/N

48. Was Hawkins given medical Treatment after staff member spray Him with chemical? Y/N

-1-