InterRogatory Question Memo
Staff Memo                                    CASE: 00870

1. Medical Staff Do Inmates have medical Right to see Eye Doctor ? Y/N

2. Medical staff Have refused Hawkins to see Eye Doctor ? Y/N

3. Can Medical staff show Appointment set-up By staff For Hawkin to see Eye Doctor ? Y/N

4. Did LPN Refused Hawkin of Religious Food Diet ? Y/N

5. Medical staff Did you test any other Inmate Blood for Religious Food Diet 1-33-23 To 8-13-25 ? Y/N

6. Medical staff Do your have in your Record Hawkin Food Diet from 1-23-23 To 5-30-24 ? Y/N

7. Medical staff Have your give Hawkin Medication for His Broken teeth since 4-12-25 To 8-13-25 ? Y/N

8. Was Hawkin Set A Appointment to see Eye Doctor ? Y/N

9. Why you stop Hawkin medication on Hawkins Teeth after He pull Them still Have 5more teeth to Pull out His mouth Did you stop Medication ? Y/N

10. Is it Warden Duty liable for Hawkin to see Eye Doctor ? Y/N

11. Medical Did your Refuse Hawkins of Religious food Diet, No cold meat, No Bean, No Red ? Y/N

12. Medical Did you test any other Religious Blood For Food Diet ? yes/N

13. Yes Can you show the Records of Islam Religious Food Diet of Inmate Blood getting tested for Pork food, medical Show where Blood was taken from Islam Inmate for Religious Food Diet ? Y/N

14. Was Hawkin Religious I.D.M.R. Food Diet Violated By medical 4-12-25 To 8-13-25 ? Y/N

N.I

# NOTICE FROM U.S. DISTRICT COURT - WESTERN DISTRICT OF LOUISIANA

Emile Hawkins (PrisID: 290101 )
Jefferson Davis Correctional Center
P O Box 863
Jennings, LA 70546

Case: 2:22-cv-06218 #44
4 pages printed: Thu, 07 Aug 2025 15:01:01

InterRRogatory Question
Staff Member   Case: 00890

1. Can you Warden Put a Inmate pre-trail-Detainee in DOC prison with other DOC Inmate? y/N

2. Is it Warden a State of Louisiana law you can't House pre-trail-Detainee and DOC-Inmates? y/N

3. Have you Warden Receive Request form from Hawkins and Answer them in 5 or 30 Days? y/N

4. Did you Answer Request form and sent them Back To Hawkins with 30 within Answer? y/N

5. Did your Staff Member Answer Request form that state His name on Request form? y/N Have staff member answer your Request form acting as He works in Administration To Answer Request that about Him? y/N

6. Can staff Member in State of Louisiana law Disciplinary Rules & PROCedure states staff member Can Imposed a Disciplinary Report V8-13 staff member are They Authorized To Imposed Sentencing on Disciplinary Report form V8-13 in The State of Louisiana? y/N

(7&8) Can Staff member Take Action on Inmate on Disciplinary Report V8-13 are they staff member Authorized By the of State of Louisiana law? y/N only ones Can Imposed Sentencing are Warden / Administration on Disciplinary Report form V8-13 in State of Louisiana law on Rules and PROcedure of Louisiana Disciplinary laws. V8-13 are They Authorized By law? y/N

9. Warden Can your staff member Write a Disciplinary Report and Imposed a sentencing on Inmate are They Authorized in The State of Louisiana By law? Louisiana Disciplinary law gives Staff member power To Imposed? y/N

## NOTICE FROM U.S. DISTRICT COURT - WESTERN DISTRICT OF LOUISIANA

Emile Hawkins (PrisID: 290101 )
Jefferson Davis Correctional Center
P O Box 863
Jennings, LA 70546

Case: 2:22-cv-06218 #41
2 pages printed: Wed, 06 Aug 2025 12:41:07

10 Warden your Medical Staff Refused Inmates Right to see a Eye Doctor? Y/N

CASE: 00870

11 Warden/Medical Staff Have you Refuse Hawkins of His Right to Eye Doctor? Y/N

12 Warden/Medical Staff Can show Appointment set-up By Staff Member for Hawkins to see Eye Doctor? Y/N

13 Warden/Medical Staff Have Taken Blood from Islam for Part of their Religious Food Diet to see if they are allergic to Pork to Receive Food Diet for their Religious? Y/N

14 Warden/Medical Staff Do Hawkins have a Religious Freedom Food Diet Rights as Islam in Jail Houses Rights to Food Diet? Y/N

15 Warden/Medical Staff Have you tested Islam Inmates Blood for Allergic to Pork or any other Food? Y/N

16 Warden/Medical Staff from 1-23-23 - 8-13-25 Can Record Reflect Islam Inmate Blood was taken for Religious Diet in J.D.C.C.? Y/N and if it was when they test Islam Blood for Food Diet at J.D.C.C. they Record their test? Y/N

17 Warden/Medical Staff Have Received Request form from Hawkins about His C.D.M.R. "Yahweh" Religious Food Diet

18 Warden/Medical Staff Have you Refused Hawkins of His Religious Food Diet Behind Blood test on Hawkins stating Blood show He not Allergic to Food Denied Hawkins of His Right? Y/N Was Islam Tested for their like Hawkins for His Religious Food Diet?

19 Warden/Medical Staff Today 8-14-25 Have Hawkins seen Eyes Doctor? Y/N

## U.S. District Court

## Western District of Louisiana

**Notice of Electronic Filing**

The following transaction was entered on 8/7/2025 at 11:47 AM CDT and filed on 8/6/2025

**Case Name:**       Hawkins v. Louisiana et al

**Case Number:**     2:22-cv-06218-JDC-TPL

**Filer:**

**WARNING: CASE CLOSED on 08/21/2023**

**Document Number:**    43

**Docket Text:**
ORDER denying [38] Motion for Pro Se Attorney Fees, MOTION for Monetary Damages. Signed by Judge James D Cain, Jr on 8/6/2025. (crt,Devillier, W)

Emile Hawkins          8-16-25          Case: 00870

VS                                      Judge: DeBlane

Jefferson Davis Correction Center ET AL
Sheriff Myers & Levir, Warden Powell
Medical Staff Lisa & Kelly, John Doe De.
Tiger Mart staff Dietary John Doe
Staff Member ET Al          Motion Enclosed
                            BACK side of paper

Dear Judge Thomas deBlanc
I'm forwarding you in this Enclosed "Motion" to Be filed
into Your Court upon the case # 00870. Mr. DeBlanc & Im
not a Lawyer ok Im trying to sound like a Lawyer or
act as a Lawyer, I Request you for a Lawyer Because I have
a good case. My Rights & My Religious I. D. M. R. "Yahweh"
"Elohim" Yahshua the Messiah, My Religious Freedom Food Rights
Being state Violated By J. D. C. C. and Tiger Mart Dietary

② Also I'm Being Retattlatering By Staff member Ward, Duhon
Sonnier, Disciplinary Report whiting me up, Putting me in
See with Inmates to fight me, young Dudes DOC Inmates,
Maxwell Charles, Johnston Shelton They Put Him in my cell again
I get lock up put Him I 50# cell with after we Been into fights,
I Been check P.C. from Inmate, Since 5(1-3) 85 out of
Excessible Holding cell with Athony Prudhomm, I went
To I 50# 2 P.C. move Against my well Duhon or get chemical
sprayed I got into another set-up Inmate Alfred, I'm too
Old to Be fighting young Dudes, They give Inmate
commissary and food extra to mess with me, I'm asking
To send order staff member Caruthers, Ward, Carrier
and other Staff member Reads my legal mail telling me
I'm Not in DOC Inmate I'm pre-Trial-Detainee I Have
No Rights in the Jailhouse They Do what they want it is
Justify staff member Landry states it to me all the time
Everything they Do is Justify in J.C.C. Co.
P.2                          Next Page 3

P.3 [1] Request for Appointment of Counsel, You have No Access To Law Library or Law Books in J.D.C.C. Don't give you No paper, you get 2 piece of paper for Indigent, 1 Ink pen, 2 Stamp Envelopes, I Can't call my Brother Kennith Hawkins in Texas I have No money 409-231-9788. they keep writing me up Disciplinary Report Take phone, commissary, isolate me put me in Cell with Inmates, make them get into fight with me and lock me up in ISO Cell, If you Can Judge Call my Brother tell Him I need money on my Account, to Buy paper and stuff! Correct Commissary He can order it and send it to me. They Have me on Restriction all the way in Oct 20, 2025 The Dude staff Ward Keep writing me up For No Reason Lying on me. He Jump on me and staff Carrie Landry, Broken 5 teeth in my Mouth 4-(11-13)-25 for No Reason a Breakfast Tray. They Don't Control Tiger Ward Pool Tray I sent a TRO Motion Also for your Help Judge LeBlanc, If I get out Nov 10, 2025, my mom Die on me. I Have No Body Else for Help. E. H.

BackSide

P4

I Need Help. They Violates my Religious Food Diet Here J.D.C.C no cold meat Food, No Beans, no Red Food, T/ is already Hard For me to EAT my Food Because of BRoken Teeths in my mouth & pull 3 teeth in CROWLEY, LA & Have 5 more Teeths To pull out they Broke, You CAN order The Camera From J.D.C.C. Cell #6 I S8 4-(1-12)-25 and watch the Video For yourself Judge DeBlanc, + cause No Harm To No Body & was Eating my Breakfast, Please Order the Video Tape IS8 Cell #6  4-23-25 you Staff Ward Put Substance in my Cup Food poision me, I'm Receiving Relaliation From Him and Carrier I'm Trying To go Home Judge LeBlanc in one piece please Help me.