Emile Hardatin
ISO #2 J.D.C.C.
P.O. Box 863
1530 Hwy 90 West
Jennings, LA 70546

Legal Mail

BATON ROUGE LA 707
19 AUG 2025 AM 2

1775

W.D.7.C. Sect
Western District Federal Court
Judge Thomas D. B. lane
suite #100
800 Lafayette St
Lafayette, LA 70501

Black Lives Matter in Jail House

X-RAYED
CLEARED FOR DELIVERY

JEFFERSON DAVIS
PARISH JAIL
INMATE MAIL
CONTENTS UNCENSORED

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

AUG 2 5 2025

DANIEL J. McCOY, CLERK
BY: KW