Western District Court

Emile Hawkins Pro-Se

Case: 00870

**25-cv-0870 Sec P**

VS.

Judge: DeBlanc

Jefferson Davis Correction Center ETAl
Staff Member, Ward, Caruther, Carrier, Morrison
Landry, Sonnier and Dalton

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SEP 0 5 2025
KW
DANIEL J. McCOY, CLERK
BY:

Order

"Amended Statement of Claim
Retaliation By Staff/Members Disciplinary
Report moving Hawkins on P.C. By Force J.D.C.C.

On 8-(1-25)-25 Staff Ward, Caruther, Carrier, Morrison
Sonnier, Dalton and Landry in J.D.C.C. Staff
Member Block Hawkins out Computer Tablet
from Receiving Legal mail from my Lawyer and Block
me out of Tablet from using the Law Library and
Lightning Law how you Receive legal mail from your
Lawyer in J.D.C.C. Legal mail is Receive By Lightning
Law By Staff member Blocking me out of the system
Behind Disciplinary Report write-up By Staff Ward
Morrison, Sonnier, Carrier, Caruther, and Dalton
Retaliation Against Hawkins from Lawsuit case #
00870. Disciplinary write up. They Staff Member
Imposed Immediately Sentence upon write up.
Restriction Imposed By State of Louisiana Rule and
Procedure to Disciplinary Report #813 only 3 people
Authorized at J.P.C.C. to Imposed Disciplinary
write-up is 3 Warden Powell Gaspard and Casitell
only 3 Can Imposed Disciplinary write-up any
other Staff Member are Not allowed to Imposed

Restriction on Inmate in J.D.C.C.C. It is a Louisiana State Law Disciplinary Rule and Procedure only Administration and Warden are Authorized to Impose Disciplinary write-up. Staff Member in J.D.C.C. Violates Due process Right's of Inmate, when they Staff Member Immediately Imposed Restriction on Inmate Disciplinary Report V8-13 write-up, Reason why They Violate Inmate Right's 1, 4, 5, 6, 8th and 14th Amendment Right. Constitutional Right Inmate Have to face His Accuser and 72 Hour Hearing in The State of Louisiana in State Building. J.D.C.C. Jailhouse are in the of Louisiana State Law on the State of Louisiana J.D.C.C.C. is Require By Law to follow all Rule and procedure of Disciplinary Report must not Be Violated in the State of Louisiana. Herein J Hawkin state clearly That J.D.C.C. C. Staff Member are Not Allowed To Imposed Disciplinary Action on Inmate, they staff Member are they Authorized By the state of Louisiana law They are Not the Appropriate official To Imposed Immediately Action By on Disciplinary Report V8-13, only Warden/Ass Warden are written on Disciplinary Report form V8-13 only Appropriate official are allowed To Imposed Sentence on Inmate in J.D.C.C. In the State of Louisiana Inmate Have the Equal protection Right's in the State of Louisiana. Inmate Have The freedom Right's To Be free, any and All Retaliation and Excessive force Cause By staff Member from Inmate filing lawsuit. Case # 00870

Western District Court

Emile Hawkins Pro-se                          Case #: 00870
vs.                                            Judge: LeBlanc
Jefferson Davis Correction Center ETAl      p.1

Order

"Motion To Amended Complaint statement of claim & Motion To Amended Interrogtoy Examination of questionary of Defendants."

"Amended Statement of Claim"
"Retaliation By Staff/Member

On 8-(18-20)-25 on Computer Tablet, legal is sent, staff member Block me from Receiving my legal mail from my lawyer, legalmail 7-(4-5) 2025 legal mail was stolen out of my property 1983 forms and letter from Federal Court was in my property anymore, staff member Thompson showed me no legal mail was in my property, Landry, Morrison, Carither, ward, and Carrier, are Retaliation is being Done By staff member Here at J.D.C.Co, Can't Received my legal mail sent to me Because of staff member Blocking my lightning law, Plus I cant Get to the law library Because staff member Block Tablet/kiosk machine from me using it to Research my case, staff member in stated names in the lawsuit case 00870 are the staff member Keep writting me up Disciplinary Reports, Now I can't use phone until Oct 20 2025, for staff ward Trying on me, Retalating Against me Behind lawsuit, staff Carither going in my property stealing my legal mail and Block my lightning laws out of Tablet/kiosk

using other Staff member to Do thing to write-me up on Disciplinary Reports which is no legal By Louisiana state law, Unauthorized to Imposed Sentence. Staff member Caruthers, ward, Morrison Carrier, Landry, and Sonnier, only person to Authorized to Imposed Disciplinary Reported Sentence are 3 people Warden, Powell Gaspard and Caswell 3 Administration only one's Authorized By law in the State of Louisiana. To Imposed Sentence. Disciplinary Report 1/8/-13, Rules and Procedure. Hawkins Received punishment false By Staff Member, Judge Leblanc Howard writes to you all Different To time to see what going on at J.D.C.C. By member stated in my law suit was been Retaliating against me, Now why other staff member Don't write-up Disciplinary Report on Hawkins, camera ISO # cell #2 Subpoena Be Shown Staff ward Retaliating Against Hawkins, Next Hawkins Can't Received My Lightning law on tablet or Kiosk Because of Staff member Morrison, Carrier, Ward Caruthers, and Landry, all Have Committed Police Brutality on me 4-(11-12)-25 Excessive force, Abuse Police power on 6-26-2025 Again Hawkins was Excessive force Being use Again For No Reason, Hawkins threaten My Body on 4-(11-12)-25 or 6-26-2025, Blood all over clothe, Produce Camera's To see what took places on 4-11-12-25, 4-23-25 wird food poisen laughing ISO cell #6 ISO # cell #1 6-26-25, all Action By Staff member Retaliating Against Hawkins Can Be Review By this federal Court. Civil Warrant Motion To Be on staff members Block Legthning law out

of Tablet/Kiosk machines where I cant do law work or Research for my case Civil and Criminal case, Staff Member Caruther can Be seen in Booking Room Reading Inmates legal mail Always Violating Inmate Rights, Stealing Inmates legal mail out of property. Here at J.D.C.C. Camera's Can Be Review By Courts, opening legal mail of Inmates and Reading 7-25-25 Can Be Seen Doing it to other Inmates, June 10, 2025 Reading and opening Hawkins legal mail Staff ward Camera Can Be Review, For proof of Evidence of Violation of Hawkins Rights

## P.C. Right Claim

my P.C. Rights was Violated Again By staff member Carrier and Caruther, I got into a fight with Johnston Shelton, Carey Lyons, Both was into Dorm with me to fight with me Again, Carey Lyons was in Fox Dorm with me 5-1-25 where we got into a fight, Cell #2, I was move To Eccessible Holding Cell # with Anthony pridhumm, I was move Put on P.C. ISO #2 Cell, I was force move By The Same people on my lawsuit who Broke my 5 Teeth, Morrison Landry, and ward B-shift. They move in a Dorm Call Alpha Dorm cell #2 DOC Inmate Maxwell Charles, and I got into a fight & I was still on P.C. in J.D.C.C. I was force to Be move By staff member they Paid Inmate Commissary To fight with me. On This Day 5-1-25 Carey Lyons 6-9-25 Was move Back in the Dorm with Inmate Carey Lyons, To fight with Staff member Morrison let Carey Lyons out of Jail, Told Carey Lyons to get into a fight with me Carey Lyons Told me. He move out of the Dorm charlie on This Day Johnston Shelton 6-10-25 again Alpha

when me Inmate Shelton got into a fight, in Alpha Staff Carrier had His HomeBoy to fight me. Also Staff Ward gave Inmate name Alfred Commissary to get into a fight with me. I Be in F50 #2 cell since fight with Alfred. Inmate Louis Boudeaux He another Inmate they give Commissary to fight with Inmate Hawkins 7-30-25 Alpha Louis Boudeaux and charlie Dorm 8-4-25 move me in Dorm with Louis Boudeaux again on 8-21-25 move Him Louis Boudeaux on F50 #Cell #5 Camera can Review, office Camier Laughing 8-21-25 while They Put Louis Boudeaux on F50 #Cell #5, So They Can write me up, Staff Carrier Retaliting on me, Johnston Shelton also was Move By me Again F50 cell #5 the Inmate to fight me, Staff Carrier, ward, and Lyndsy Mominon all staff Member pay Inmates To fight with me all of the stated staff memBer Have Been Retaliting again me Behind Lawsuit # 00870, Same staff memBer Knock out my Teeth out my mouth on 4-(11-12)-25 is the Same staff memBer force me to move in Dorm and cell with Inmate to fight with me. They give Inmates Extra food or Commissary Food, This still going on Today 8-21-25 Keep Diseiplinary Reports on me so I won't use The phone or go To Commissary, Take of Both until Oct 18, 2025 Staff Ward Did it to me When He seen His name on Lawsuit 00870 I sent write To Court. How He Lien on Me.

P. 4