Western District Court

Emile Hawkins PRO-Se                    Case: 00870
VS.                                     Judge: LeBlanc
Jefferson Davis Correction Center ETAl   P.1

Order

Motion To Amended Complaint statement of
Claim & Motion To Amended Relief For Money Damage
PRO-Se' Attorney Fee's/ A.R.S. 44:32 and 44:35(E)
& Motion To Amended Interrogtory Examination
"of questionary of Defendants.
          "Tis Further ORdered PRO-Se Emile Hawkins
Plead to thy Federal Court, Hawkins pray That
This Federal Court Enter On Record, all stated
Above "Motion To Amend" upon Case # 00870
Judge Thomas LeBlanc grant such said Motion
Matter that's at Hand.

          "Motion To Amended Relief For Money Damage"
Hawkins pray That this Court Award Hawkins
PRO-Se Attorney Fee's As Required By Law in state
of Louisiana QA R.S. 44:35(E) and 44:32. Courts
Award Deliberate indifference To Medical needs
$10,000 Dollar for any & all medical Refusal Pain &
suffering, Cruel and unusual punishment, and
And and all other Awards Additional Relief this
Court Thinks Award Deems Equitable and
Proper Against Each Defendant, Hawkins
pray For Jury Trial. $10,000 Dollars on Each
Defendant for Violation of any & all Hawkins
Constitutional Rights/in/A//

On Each Defendants' for Disciplinary Board Rights Required By Law in the State of Louisiana this Right to Accuse Disciplinary Reports V8-13 and 72 Hours Hearing Disciplinary Rights to any Disciplinary Report V8-13 Court Award Any other Additional Relief this Court Deems Proper and equitable. IT is Further ORDER this Court Awards 10,000 Dollars on Each Defendant for I.D. MR. Religious Freedom Diet Food Rights Violated J.D. G.C. Sheriffs and Wardens Liable for Violations of Religious Diet Food Constitutional Rights I.D. M. R "Yahweh". Discrimination and Rights Tiger Mart Dietary 10,000 Dollar for Violating Religious I.D. M. R "yahweh" Freedom Religious Food Diet Rights. Mental Anguish Damage, Cruel and unusual punishment Constitutional Religious Freedom Food Diet Rights. Court Award "10,000 Dollars on Each Defendants for Due process Rights 5, 6, 8 and 14th Amendment Rights, Police Brutality, Excessive Force, Irreparable Injury, Infliction of Pain, Retaliation on Lawsuit Behind Lawsuit 00870 RC Rights in Jail House and Correction Center Physical force, favoritism fail to Treat Hawkins equal protection Rights, Court Award Any & all Additional Relief this Court thinks proper Deems Equitable. Whereofore Plaintiff Prays Court Grant Monan Damage E.H. E.H. E.H.