Western District Court

Emile Hew no                                    Case : 00870
VS.                                            Judge : LeBlanc

Jefferson Davis Correction Center
                    Retaliation Matter A.S.R.
            Please Send Order To Warden
        Dear Judge Thomas LeBlanc
        I'm forwarding you in the enclosed
Envelope, Motion To Amend and Order of
Retaliating on Hawkens, upon Case # 00870
Being Denied of Receiving legal Mail from
my Lawyer Criminal Case, John Vidrone T.D.
C.C. Staff Members Refused me of my Legal mail
in my Lightening Law and Refuse me of Law
Library on Tablet How you Receive legal mail
from Court, and Defender Lawyer sent me some
mail they Block my lightning law and law
Library were I Can't Research my case or Do
my law work, Retaliation is Being Done By
Staff Member, as stated in Retaliation order,
sent in This Envelope all names involved in
This Lawsuit Case # 00870 I Have sent you
Disciplinary Report form 178-B, You Judge
LeBlance will None of the Staff Member are
Authorized To Imposed Sentence on Write-up
State of Lousiana Law, Warden and
Administractor only only Authorized To
Imposed Sentence on Inmate on Disciplinary
Matter. State Law of Disciplinary Reports
                    BACK Side!

Herein I Request to this that my Order Be granted of said Defendants staff member for Retaliation upon Hawkins Lawsuit case 00870, serious matter at. Also Judge LeBlanc still Violating my Rights in Jail unAble to Research my case Law Because they me of the Tablet 2 Shift they Ward, Caruthers, Carrier, Morrison Refused Hawkins of Tablet to the has Long work on Law LiBRary, I Hawkins need to Research my case Every Day Not 2 Days out of a week, I Hawkins pray to you Judge LeBlanc That Be sent to warden powell that I Received Tablet every Day to Do my Law work and Research my case, they Retaliate and Refuse me and Block the Law LiBRary staff member Caruthers, Ward, Carrier, Dayton, Morrison they are the ones Violating my Right and the Jump on me 4-16-12-25 police BRutality on me, so they still Violater my Religious Freedom Food Right also in this I.D. Co.C., I Hawkins ask in pray in good Faith, Judge you and order to Warden powell about my Religious Food Diet, No Red, No cold meat, No Bean also Order Warden powell for me to see the Tablet 7 Days a week to Do my Law work Research APril 16 2025 is my trail Date. I need to Study Thank you Judge F.H
E.H