Western District Court

Emile Hawkins

Vs

8-25-25   Case: 00870

Judge: LeBlanc

Jefferson Davis Correction Center ETAl
Sheriff, Warden, Staff Member, Tiger Mart, Medical staff

ORDER

J.D.C.C. Staff Member Retaliation Against me SinceHawkins file This lawsuit Case 00870 on staff member, Tiger Mart, and medical staff all Retaliating on in J.D.C.C. Memorandum Order Shall staff member Caruthers, Carrier, Morrison, Landry, Dahm, and Ward Staff away 30 yards away from Hawkins. It is Further Order That staff Caruthers and Ward Touch no More of Hawkins legal Mail in Coming legal mail It is Further Order that this Court Send Order To Warden Powell to Remove write-up staff Ward lie on Hawkins During the month of July Plus ward Block Hawkins legal mail and Staff Caruthers Have Block out Hawkins Lightning Law where He Can't Receive Mail. or Do Law work on law Library Tablet. staff Ward and Caruthers Blocking Hawkins out of Lightning Law and Wing Law Library on 8-22-25 Call Public Defender office Ms April Inform me she Resent my police Report Back to me. Hawkins can't Receive the legal Mail. Defender office sent Him. Because staff Caruthers and Ward Blocking Hawkins on Tablet where Lightning Law and Law Library is seen at for Inmate Lightning Law is Wow Lawyer Send Inmate legal mail, Caruthers, Dahm, Morrison and Ward

1) Retaliating against Hawkins in J.D.C.C.
By Blocking Lightning Law legal mail and Law
LiBrary his Rights to Law Library on I.50 cell #2
They Refused me of Both of my legal mail and
Law LiBrary on Today still Refusing me of
Legal mail and Law LiBrary 8-24-25, Dutton
answer Request form on tablet tells me I cant
Receive my Legal mail or Law LiBrary 8-23-25
Dutton answer Request form Retaliating
Against from name in Lawsuit Staff Dutton
Legard Morrison Caruther, and Camuer, all still
Committing Retaliation on Hawkins 8-23-25
   It is further ORDER that this Court Order
The production of Document of Kiosk and
tablet Request form, and The Blocking of
Hawkins Lightning Law and Law LiBrary
Shall Warden/Administration Produce Records of
Hawkins Disciplinary Reports V8/13 To Show Violation
of Inmate 72 Hours Hearing and Inmate Rights
to face His Accuser, Shall Warden/Administration
Show Records To the Court why Hawkins
Lightning Law and Law LiBrary was Being
Denied By staff member 7-10-25 To 8-25-25
All Request form answer By Administration, Shall
Comply to This of Record L.A.R.S. 44.32 and
44.35(E) Shall Warden Powell/Administration 20
Day Comply to this Court Order of Records To show
Lightning Law and Law LiBrary Blocking Hawkins from
Receiving Legal mail Shall this Court grant Motion
To Hawkins Records
                                                    X E.H.
                              Judge   Date