Emile Hebert #1
I 50 #2 J. D. C. C.
P.O. BOX 863
1530 Hwy 90 West
Jennings, LA 70546

Legal Mail

Case: 00 870
Western District Court
Judge Thomas LeBlanc
Suit 2100
800 Lafayette ST.
Lafayette LA
70501
"Yahweh"

"Black lives Matter in Jail House"

X-RAYED
CLEARED FOR DELIVERY

BATON ROUGE LA 707
26 AUG 2025 AM 3 L
1775
UNITED STATES OF AMERICA
FOREVER/USA

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

SEP 0 5 2025

DANIEL J. McCOY, CLERK
BY: _____

Religious Freedom Diet + food
Being Violated State J. D.C.C.
8-25-25

Still Waiting Retaliation
in in Behind Jail Suit
Denied Legal Mail
Since 8-1-25