Western District Court

Emile Hawkins PRO-Se

VS.

Jefferson Davis Correction Center E TAl
All Sheriff, Warden, Staff member, and Tiger Mart

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

SEP 0 5 2025

KW

DANIEL J. McCOY, CLERK

BY:_____

Case: 00870

Judge: LeBlanc

ORDER

"Motion To Amended Interrogatory Examination of questionary of Defendants, Ward, Carrier, Morrison, Caruthers, Landry and Dutton, Sonnier, Memorandum ORDER Shall all Defendants answer all question upon Emile Hawkins Request on Interrogatory Be Truthfully answer in good Faith. Declare under penalty of perjury that the foregoing is true and Correct to Best of their Knowledge.

1. Staff members was your Authorized By Tiger Mart CEO Company To pass out or pick up Food Tray? Y/N

2. Staff member Do J.D.C.C. Have a Contract Agreement with Tiger Mart private own Food Service To pass Out and pick up Food Tray from 1-23-23 To 8-25-25.? Y/N

3. Staff members Are your train to work with a private own Food Service, To Serve and fix food as to Tiger Mart Rules and Procedure of poster work policy By Tiger Mart? Y/N

4. Staff member where you Train By Tiger Mart How To pass out and pick up Food Tray? Y/N

5. Staff member Did Tiger Mart on 4-1-12, 4-25 To 8-25-25 Authorized Your Staff To Food Handle? Y/N

6. Staff Member Have you Been Contract and sicn paper Authorizing your staff to Handle food for private own food service Tiger Mart? Y/N

7. Staff Member are your on Tiger Mart Company work Insurance posted policy? Y/N

8. Staff Member are liaBle for any food your Authimby pass to Inmate in J.D.C.C.? Y/N

9. Staff Member are your liaBle for any Bad food service to Inmate in J.D.C.C. 1-23-23? To 8-25-25? Y/N; Are Tiger Mart liaBle

10. Staff Member are your liaBle if Inmate Take sick Behind food Tray pass out By staff MemBer in J.D.C.C. are your liaBle BAd? Y/N

11. Staff Member are you Train Touch with food food and Authorize to Handle food? Y/N

12. Staff MemBer Did Tiger Mart Dietary in J.D.C.C. Authorized your staff to pass out food on or from 1-23-23 To 8-25-25 every Day Y/N

13. Staff MemBer Do Tiger Mart Diet any Have J.D.C.C Inmate to Do any food work for them to pass out food and pick up? Y/N

14. Staff MemBer Tiger Mart Authorized Inmate to pass out and pick up food Tray Y/N

15. Staff MemBer Does Tiger Mart Have The Company with J.D.C.C. is the same Contract Agreement? Y/N

16. Staff MemBer if food spoil or Cold food to Inmate By staff are liaBle for Action? Y/N/

Western District Court

Emile Hawkins PRO-se                    Case: 00870

        VS.                                    Judge De Blanc

Jefferson Davis Correction Center ETAl
Of Sheriff, Warden, Staff member, and Tiger Mart
                    Order

"Motion To Amended Interrogatory Examination
of questionary of Defendants, Ward, Carrier
Morrison, Caruthers, Landry, Dutton and Sonnier
Memorandum order Shall all Defendants
answer all question upon Emile Hawkins Request
on Interrogatory Be truthfully answer in good
faith. Declare under penalty of perjury that
the foregoing is True and Correct to Best of
their Knowledge.


17. Staff Member are you Authorized By Louisiana
State Law, in the state of Louisiana, To Imposed
Disciplinary Reports Immediately on Inmate in the
J.D.C.C.? Y/N
18. Staff Member Do your give a Inmate His
Right To face His Accuser in Disciplinary in
J.D.C.C.? Y/N
19. Staff Member Do you give Inmate a 72 Hours
Hearing Before Imposing Disciplinary
Restriction? Y/N
20. Staff Member Do Inmate Have the right To
face This Accuser in Disciplinary Reports in
The State of Louisiana Jail Hous and Prison
In Louisiana State Law? Y/N

21. Staff Member in J.D.C.C. Do you work for Administration Dept. to Imposed Deseplinary Reports V8-13 are e your Authorized By State of Louisiana Disciplinary Jacob Rules to Imposed Disciplinary Report V8-13? Y/N

22. Staff Member Can you House Doc Inmate with Pre-Trail-Detainee in the State of Louisiane? Y/N

23. Staff Member Do you force Inmate to make dry Cop. W in J.D.C.C.

24. Staff Member was Hawkins on P.C. 5-1-25 To 6-10-25 on Record in J.D.C.C.? Y/N

25. Staff member on 4-(11-12) 25 Did Hawkin fight with Staff member in Iso cell #6? Y/N

26. Staff Member on 4-(11-12) 25 Iso cell #6 Hawkin was spreadwith mase for Foul-Tray for 7equ ment? Y/N

27. Staff Member was Hawkins given shower to wash chemical spray off His Body on 4-(11-12) 25? Y/N

28. Staff Member had Hawkin Teeth in His Mouth Durning Time 4:30 Am 4-(11-12)-25 Before Staff Member Jump on Hawkin? Y/N

29. Staff Member Doing Booking was Hawkin Teeth in His Mouth Durning Booking Between 4-10-1025 Mpm To 4-11-25 6:30 Am? Y/N

30. Staff Member was Hawkin given medical treatment for His Teeth Broken out of His Mouth 4(11-12)- Between 4:30 Am To 7:00 Am was He seen By Medical Staff for Beating J.D.C.C? Y/N

Western District Court

Emile Hawkins Pro se                    Case: 00870
   Vs.                                  Judge: LeBlanc
Jefferson Davis Correction Center ETAI

ORDER

"Motion To Amended Interrogtory Examination of questionary of Defendants Circle one Y/N Yes or No

1. Staff Ward Did you Put something in Hawkin DRink on 4-23-25 4:30 To 5:30 Am? Y/N

2. Staff ward Do you work for tiger mart to pick up Food-Tray? Y/N

3. Staff ward was of you Authorized By Tiger Mart CEO Company To pass out or pick up Food-Tray? Y/N

4. Staff Ward are you on Tiger Mart work Insurance policy? Y/N

5. Staff Ward Do Immate pass out Food-Tray and Pick up Food-Tray for Tiger Mart? Y/N

6. Staff Ward If Immate Take Buck By you Given Them a Food are liable for Immate Food? Y/N

7. Staff Ward was it Justify for you to put Substance in Hawkin DRink? Y/N

8. Staff Ward If Immate get wrong Food Diet Tray and Take sick are you liable? Y/N

9. Staff Ward Did you Jump on Hawkin Breakfast Food-Tray on 4-(11-12)-25? Y/N

10. Staff Ward on The 4-(11-12)25 give Hawkin Time To eat His Food? Y/N

11. Staff Ward are Hired in J.D.C.C. To pass out

12. Staff Ward are you Mean To Work with a PRivate own Food Service around Food? Y/N

13. Staff Ward are you Train By J.D.C.C. Co % Work in Food Service and Authorized By Sheriff myers To pass out Food? Y/N

14. Staff Ward are Their Rules and PRocedure To Work for private own Food Service? Y/N

15. Staff Ward Tiger Mart CEO Company Read Their Company posted policy To pass out food for private own Food Service and Contract Agreement To you? Y/N

16. Staff Ward are you on Contract Agreement to pass out Tiger Mart food? Y/N

17. Staff Ward J.D.C.C. Contract staff member To Work For Tiger Mart 1-23-23 To 8-21-25, Y/N

18. Staff Ward Do You Have Agreement sign with Authorized paper saying you Can serve Food For Tiger Mart private own? Y/N

19. Staff Ward are J.D.C.C. seprate from Tiger Mart food are you To Different Company? Y/N

20. Staff Ward on 4-(11-12)-25 Did you Put your Hands on Hawkins Behind Food-Tray? Y/N

21. Staff Ward on 4-(11-12)-25 was Hawkins sprayed with Chemical Behind a Food-Tray? Y/N

22. Staff Ward on 4-(11-12)-25 Did you staff member count Down on Hawkin To finish His Food 98765421 and then Ran on Hawkins Beating Him up Behind Tiger Mart Food-Tray you Don't work For Tiger Mart? Y/N

23. Staff Ward Did Commit police Brutality? Y/N