Emile Jacques Joseph
Se #2 J.D.C.C.
P.O. Box 863
1530 Hwy 90 West
Jennings, LA 70546

Legal Mail

Case: 00870
Western District Court
Judge Thomas LeBlanc
Suit 2100
800 Lafayette St.
Lafayette LA
70501
"Yahweh"
"Black lives Matter in Jail House"

BATON ROUGE LA 707
26 AUG 2025 AM 3 L

1775

UNITED STATES
OF AMERICA
FOREVER/USA

X-RAYED
CLEARED FOR DELIVERY

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

SEP 0 5 2025

DANIEL J. McCOY, CLERK
BY: _____

Religion Freedom Diet + food
Being Violated Seid Se J. D.C.C.
8-25-25

Still Waiting Retaliation
min Behind Jan Suit
Denied Legal mail
Since 8-1-25