

# United States District Court
### OFFICE OF THE CLERK
### Western District of Louisiana

September 8, 2025

*800 Lafayette St., Ste. 2100*
*Lafayette, LA 70501*
*337-593-5000*

Dear Sir:

Federal Rule of Civil Procedure 5 and Local Civil Rule 26.5 provide that discovery materials **should not be filed** with the Court unless ordered by the judge. These documents are to be exchanged between the parties only. Discovery materials include, but are not limited to, interrogatories, requests for document production (including electronically stored information), admission requests, physical and/or mental examinations, notices of deposition, deposition transcripts, video depositions, and disclosures.

All prisoner civil rights cases filed by pro se litigants (including Bivens cases) undergo an initial review by the Court as authorized by 28 U.S.C. § 1915. During this review, the plaintiff may not proceed with any part of his case, including the submission of discovery, unless ordered by the Court. If the case survives initial review, a memorandum order will be issued by the court directing service, which may include service of the complaint by the U. S. Marshal. The process for discovery will be detailed in said memorandum order.