RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SEP 0 8 2025
DANIEL J. McCOY, CLERK
BY: _____

Emile Hawkins
VS.
Jefferson Davis Parish ET AL
Clerk of Court
District Attorney

Writ of Habeas Corpus 28 U.S.C. 2254

25-cv-0870 Sec P

CASE Judge LEBLANC

ORDER State of Claim

Motion to show Cause "Memorandum Order" shall Clerk of Court Richard m Arceneaux 31st J.D.C. SHALL Produce any and all Document of Record Forward to Emile Hawkins Address J.D.C.C. 1530 Hwy 90 west, P.O. Box 863 Jennings, Louisiana, 70546, shall Produce any and all Document File Handwriting and Electronic Filing of all Court Record Document File into 31st J.D.C. By Attorney at Law Robert Lounsberry (Resigned) Bar from Practing of Law 3-19-2024 Records are held for Hawkens to file into the Court Post Conviction Relief Attorney LounsBerry supposed to file into the 31st J.D.C. So Herein Hawkins Bill for Records into 31st J.D.C. Clerk of Court Denied Hawkins at Request for Records To file for His Post Conviction Relief LA. R.S. 44:32 and 44:35(E) Michael Tawardzik vs. Orleans Parish School Board 876 So. 2d 853 May 26, 2004 Hawkins sent letter and motion To show Cause why He Need Records from Clerk of Court and District Attorney Hawkins stated Clearly Reason He need Record for Post Conviction Relief Because Attorney LounsBerry was Bar from practicing Law and Hawkins wanted to see But Mr. LounsBerry file on Record for Post Conviction Relief, Mr. LounsBerry Told Hawkins He was filing for a Post Conviction Relief 5-30-23. On Newly Discovery Evidence upon Judge Steve Gunnell from Being Conflict of Interest Bias and perjudiced to my case, on Newly Discovery evidence upon witness Testimony and No Statements in police, Plus Victim Sign All write on paper.

It is Further Order That this Court order Jefferson Davis Parish Clerk of Court Richard Arceneaux and 31st Juidice District Attorney Lauren Henes To forward Emile Hawkins 1530 Hwy 90 west, Jennings LA 70546 Record of File Document from 10-18-22 To 5-30-23 Any and all motions and letters File. Hawkins field for writ of Habeas Corpus, Also Copied of Hawkins 1996 Pre-Trial Court Minutes of all motion Dates held Before Hawkins Nov. 12, 1996 Trail.

It is Further Order Hawkins Pray to this court That this motion To show Cause of Record from 31st J.D.C. Be grant To Him. So He Can file His writ of Habeas Corpus into the Federal Court. Hawkins Pray Court grant such Said motion for Document LA. R.S. 44:32 and 44:35(E)

Date _____ Judge _____

Submitted By
Emile Hawkins