Emile Hawkins PRO-SE                                    Case: 00870
VS,                        8-29-25   Judge: LeBlanc
Jefferson Davis Parish ET Al

#1   I Need you To Send me writ of Habeas Corpus
              Order Retaliating on Me

Dear Judge Thomas LeBlanc

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SEP 0 8 2025
BY____ J. McCOY, CLERK

I'm Forwarding you this Because I'm Being
Retaliating Against Me at J.D.C.C. By staff Member
Names are stated in CV-00870. I Have mail to your
Court About this matter of staff Member Caruthers, Ward
and Sonnier They are Blocking my lightning Law
Document, and Law Library, Here Today Ms. April
P.D. office in Jennings, LA 337-824-4900, Call Her
8-29-25 9:30 A.m. She Inform me, that my LaB report
Was in and she sent it To my lightning Law Document
LaB Report Resort. By staff Member Retaliating on me in
J.D.C.C. I'm unable to see my legal mail P.D. office
Ms. April sent to me, its my legal mail They Refusing me
of By them Blocking me out the Tablet given to Inmate
Here at J.D.C.C. Also They Blocking me from the
Law Library. I Did a Request on this to Warden staff
Member Dutton Reject my Request to Warden Powell
ok. I Did another Request on paper To Administration
about this matter me not Receiving my legal mail and
I Can't use the Law Library. it Been going on a month
They Been Blocking my lightning Law and Law
Library. The same staff Member Ward Caruthers and
Dutton Sonnier All Retaliating Against at the
Law House since I file my Lawsuit, They Been writing
me up Have me where I Can't Go to Commissary

Here ah to JDCC not LDCC They getting me up Oct. 20, 2025 when I get off Restrictions, it Don't make since. They force Imposed Sentencing on write-up with-out Disciplinary Board, or 72 Hours Hearing or give you Right to face you Accuser. J.D.C.C. Member Tell Inmate They can Do it Imposed Disciplinary Sentencing on you without a 72 Hour Hearing of Administration Authorized Sentencement J.D.C.C. Staff Member Morrison, Dublen, Caruthers, Carrier, Ward, Sommier, are Not Administration to Imposed Disciplinary Sentencing, They are Un Authorized By Louisiana Disciplinary Law, Violates all Due process Right as state in claim to this Court,

It is Further Order Judge LeBlanc it Hawkins pray to this Again that you issue an Order for Tro for Staff Member Retaliating on me Blocking my Lightning Law and Law Library where I can't Research my Case in Federal Court and state court,

It is Further Order Judge LeBlanc, Hawkins pray you Send Tiger Mart and Warden and Order To Stop Violating my Religious Food Diet. No Beans, No condiment, No Red I. D. M.O.R is my Religion, I study for 40 years Been my Religion they feed Muslim I. S.I Am what they Can't eat I Have the same Religious Right. I Hawkins 2nd Time to this Court to send Order About my Religious Diet to this J.D.C.C. Thanks you for your time and Attention to this Matter. I await for your most speedy reply.

Submitted By
Emile Hawkins