RECEIVED
AUG 18 2025
OFFICE

Emile Hawkins

VS

Clerk of Court 31st J.D.C.

This is the Motion To Show Cause For Record
(L.R. 44:35(E))
8-3-25
EXDE:

## ORDER

Motion To Show Cause Memorandum Order, Shall Subpoena Any All Motion file into the 31st J.D.C. Clerk of Court, Between the year 10-16-22 to 5-18-24, Shall clerk of Court produce to Emile Hawkin all record within 15 Days of this Order. Hawken paid Attorney Lounsberry can file A Post Conviction Relief, Attorney Robert Lounsberry, supposed to file a Post Conviction Relief on behalf of Emile Hawkin, Attorney Lounsberry never file A Post Conviction Relief for Emile Hawkin upon Newly Discovery Evidence, and Lais Pendency Conflict of Interest, on 5-30-23 Robert Lounsberry do appear file Post Conviction for Emile Hawkins, Lawkin nature with Disciplinary charge permanently resigned, so Hawkin states clearly he is in need of all Record in the 31st J.D.C. Clerk of Court Record, Hawkin sent a Motion To Show Cause To Clerk of Court before Back in 5-30-25. asking for Record, L.B.R.S. 44:35 (E)    44:32 Record

Michael Tawardzik VS. Orlean Parish School Board 876 So. 2d 855 May 26, 2004 Hawkin sent letter already asking Clerk of Court and District Attorney

# LOUISIANA ATTORNEY DISCIPLINARY BOARD

## OFFICE OF THE DISCIPLINARY COUNSEL

### 4000 S. Sherwood Forest Blvd., Suite 607
### Baton Rouge, Louisiana 70816

PH (225) 293-3900 • 1-800-326-8022 • FAX (225) 293-3300

July 28, 2025

Emile Hawkins #29010
Jefferson Davis Parish Correctional Center
P.O. Box 863
Jennings, LA 70546

RE:    25-INT-1187
       **Robert J. Lounsberry (Resigned)**

Dear Mr. Hawkins:

The Office of Disciplinary Counsel (ODC) has received and reviewed your complaint against the above-referenced. After careful review, it appears Robert J. Lounsbery has permanently resigned from the practice of law on March 19, 2024. The authority of the ODC to investigate any misconduct has ended as we no longer have jurisdiction for disciplinary action against his license.

The ODC appreciates your concern for the maintenance of professional standards by all attorneys in our state. Your file in this matter is closed and will remain filed under the assigned administrative file number.

Sincerely,

_____
YOLANDA CEZAR
Screening Counsel

YC/kwm

Motion To Amended Complaint of Statement
of Claim's Motion to Relief for money Damage
& Pro-Se Attorney Fee's & Motion to Amended
Interrogatory Examination Defendant questionary
Order

Now In the court Comes Pro-se Errol Hawkins
May I Plead the federal court, I Hawkins pray That
this federal court Entery on Record all stated
above Motion To Amend Relief money Damages
Pro-Se Attorney LA R.S. 44:32 & 44:35(E). Statement
of Claim and Interrogatory Examination. Hawkins
pray in good faith that Court grant all motion
Hawkins file into court upon Case 00877 Shall
Judge Thomas LeBlanc grant Such Said
Motion at that is at Hand


I Hawkins pray that this Court Award Him
Pro-se Attorney fee As Required By Law in State of
Louisiana LA R.S. 44:35(E) and 44:32. Court
Awards Deliberate indifference Medical Needs
Court Award $10,000 Dollars for Due process Rights
5th, 6th, 8th and 14th Amendment Rights Being Violated
By Disciplinary Board Louisiana State Laws, Right
to face Accuser, Du process Hearing Right,
Cruel and unusual punishment, Award Additional
Relief this Court think Deem Equitable.

**CLERK OF COURT**
**JEFFERSON DAVIS PARISH**

**Richard M. Arceneaux**
**Clerk of Court**

**P.O. Box 799**
**Jennings, Louisiana**
**(337) 824-8340**

08/22/2025

DEAR MR HAWKINS

     RE:  STATE OF LOUISIANA
         VS. NO.  CR-516-25
         EMILE JOSEPH HAWKINS

  ENCLOSED PLEASE FIND A COPY OF YOUR DOCUMENTS IN WHICH
YOU SUBMITTED TO THIS OFFICE.  AS YOU CAN SEE, THE JUDGE
DENIED YOUR REQUEST.

        SINCERELY,

        DEPUTY CLERK OF COURT