Emile Hardison
J50#2 J.D.C.C.
P.U. Box 863
1530 Hwy 90 West
Jennings, LA 70546

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

SEP 0 8 2025

BY: _____
DANIEL J. McCOY, CLERK
KW

Legal Mail

70501$88CO

BATON ROUGE LA 707

4 SEP 2025 AM 1 L

1775 ★ UNITED STATES OF AMERICA
FOREVER/USA

Western District Court
W.D. TCo Sec-P Case 00870
Judge Thomas LeBlanc
Suite 2100
800 Lafayette ST
Lafayette, LA 70501

X-RAYED
CLEARED FOR DELIVERY

JEFFERSON DAVIS
PARISH JAIL
INMATE MAIL
CONTENTS UNCENSORED