Western District Court

Emile Hawkins Pro-Se

VS

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

SEP 15 2025

DANIEL J. McCOY, CLERK
BY: _____ KW

25-cv-0870 Sec P

Jefferson Davis Parish ET AI
Clerk of Court Richard m Arceneaux
District Attorney ET AI
Order

"Motion To Show Cause" Memorandum Order"
Shall Clerk of Court Richard m Arceneaux 31st J.D.C.
Shall Produce any and all Documents of Records
To Emile Hawkins at this Address J.D.C. #1530
Hwy 90 west, P.O. Box 863 Jennings, LA 90546
Produce any and all Documents file Handwritting
and Electronic filing of all Court Records of
Document file, into 31st J.D.C. from Attorney
at law Robert J. LounsBerry, (Resigned) from
practice of law 3-19-2024, Records are need for
Hawkins to file His Post Conviction Relief, Attorney
LounsBerry was paid to file into the 31st J.D.C.
But never Did Hawkins guess, The mr. LounsBerry
never file His Post Conviction Relief into the 31st
J.D.C. Because mr. LounsBerry was Bar from
practiceing law in Louisiana, Hawkins finds
out mr. LounsBerry was Bar 3-19-24, So Herein
Hawkins file for Records into the 31st J.D.C.
system Clerk of Court Denied Hawkins
Request for Records To file His Post Conviction
Relief. LA.R.S. 44:32-44:35(E) michael
Taulgardgik VS. Orleans Parish School Board
876 So.2d 855 may 26, 2004 Hawkins Sent

Letter and Motion To Show Cause why He needs Records from Clerk of Court and District Attorney Hawkins Stated clearly Reason He need Records of Post Conviction Relief, Because Attorney Lounsberry was Bar from practicing law, and He Wanted to see Did Mr Lounsberry file on Records for a Post Conviction Relief. Like Hawkins got to Do on 5-30-23 To Post Conviction. Hawkin states clearly court of 31st J.D.C. Clerk of Court was wrong from Denieding Hawkins Records out of life. To see if Past Conviction was file By Mr Lounsberry Hawkins Told Mr. Lounsberry To file Past Conviction Relief upon Judge. Steve Gunnell upon He Conflict of Interest, Bais and prejudiced To my Case. It is Newly Discovery Evidences Because Judge Gunnell was Hawkins Attorney from 1991-1996. Hawkins Went to trial in 1996 31st J.D.C. Judge Gunnell Stated to Judge William Knight He Would Be Conflict of Interest, Bais and perjudiced To my Case Because He Was the City Judge at that Time 1996. Hawkins Pre-Trail Hearing. So as of Today 8-27-25, Judge Gunnell, By the of Law of Louisiana Judge Gunnell Should and still Be Conflict of Interest Bais and perjudied To Hawkins In the 31st J.D.C as any and all Hawkins Case is Head By Judge Gunnell and Motion Being Denied in the 31st J.D.C. Judge Gunnell Violate Constitutional Rights. On 8-18-25, Clerk of Court Said Judge Gunnell Denied Hawkins Motion To Show Cause

Western District court

Emile Hawkins                                   Case # 00870
VS.                                             Judge: LeBlane
Jefferson Davis Correction Center, ET A1
Sheriff Myers & Levi Warden ET A1

Order

"Motion Order For Interrogatory Examination of a Memorandum Order" Shall All the Defendants Answer any/all question forward By Emile Hawkins Request on Interrogatory Be truthfully Answer in good faith, Declare under penalty of perjury that the foregoing is true and Correct to Best of their Knowledge, Shall Wardens and Sheriff Myers and Levi, Examination Be given to all Defendants to Be Answer within 30 Days of This Order.

Questionary

1. Warden Does Inmate Have the Right in the State of Louisiana To a 72 Hours Hearing on Disciplinary Report forms V8-13? Y/N

2. Warden Does Inmate Have the Right in the State of Louisiana on Disciplinary Report V8-13 form on Inmate have the Right to face his Accuser in the J.D.C.C.? Y/N

3. Warden Does J.D.C.C. Administraction gives and Inmates His Rights To A Disciplinary Report forms Inmate Has the Right to Appeal Rights To Attorney To Represent on Disaplenary Report form? Y/N

4. Warden Does your Administration Imposed All Disciplinary Report forms as Require By The State of Louisiana Law, Disciplinary board on Disciplinary Reports forms V8-13 ? Y/N

5. Warden Do your Administration are Required By Louisiana State Laws, Disciplinary Report forms V8-13 Rules and Procedure To follow all Disciplinary Law of Inmates Rights in Jail House and Prison ? Y/N

6. Warden Do your Have a Disciplinary Board in J.D.C.C. As Required By The State of Louisiana Disciplinary Law ? Y/N

7. Warden in J.D.C.C. As Required By State Laws of Louisiana Do you give Inmate his Rights to face His Accuser as Required By in Jail House and Prison ? Y/N

8. Warden in J.D.C.C. Do You Violates Inmate Rights to a 72 Hour Hearings as Required By Louisiana State Law ? Y/N

9. Warden are Staff Member Authorized in the State of Louisiana To Imposed Disciplinary Report V8-13 By State Law ? Y/N

10. Warden Can Inmates in J.D.C.C. on Disciplinary Report form V8-13 Appeal His write-up ? Y/N

11. Warden on Disciplinary Report forms V8-13 in J.D.C.C. Do your Have To follow Louisiana State Disciplinary Law in Jail House and Prison ? Y/N All Disciplinary Laws are followed in J.D.C.C. To Inmate Rights To 72 Hours Hearing ? Y/N

Interrogatory examination

Emile Hawkins Pro se questionary          Case: 00870
                    vs.                    Judge: LeBlanc
Jefferson Davis Parish ETAL

## ORDER

12. Warden have you Violated any and all Hawkins 72 Hours Hearing in The State of Louisiana. J.D.C.C. Louisiana State Disciplinary Rule Inmate Right? Y/N

13. Warden Did you give Hawkins The right to face his Accuser in J.D.C.C. As Required By Louisiana state Law Disciplinary Report form V8-13? Y/N

14. Warden Did you Received Request form from Hawkins on His Religious Freedom Food Diet 4 (11-12)-25 To 8-29-25? Y/N

15. Warden Did you Received Request form from Hawkins about staff Member on 4 (11-12)25 on them Beating Him up? Y/N

16. Warden staff Member Did Beat Hawkins up for a foot Tray on 4-(11-12)-25? Y/N

17. Warden Do Hawkins has the right to his Religious Freedom Food Diet in J.D.C.C.? Y/N

18. Warden Do Hawkins has the right to Receive answer To Request form in 5-30 Days Louisiana state Law Rule and Procedure of J.D.C.C.? Y/N

19. Warden Have you answer Request in 5-30 Days Time Limitation Louisiana State Law Electronic pilot program? Y/N

20. Warden Can staff member answer Request form with their named stated in Request form name Caruthers and Dutton? Y/N

21. Warden in J.D.C.C. Do 3 people operate Administration By Louisiana State Law As Required By Law. To Impose Disciplinary Reports and Answer Request form? Y/N

22. Warden Does staff member have the Rights to Submitted a Disciplinary Report, and Imposed a Disciplinary Report Sentencing on Inmate in J.D.C.C. is it legal By Louisiana State Law? Y/N

23. Does staff member Have power or Authorized in the State of Louisiana to Imposed a Disciplinary Report form V8-13 in J.D.C.C.? Y/N

24. Are staff member liable to answer Request form written to Sheriff and Warden Caruther Dulton are Authorized By Louisiana State Law Administration grievance Rules and procedure in J.D.C.C.? Y/N

25. Warden are your staff member Appropriate official Imposed Disciplinary Report V8-13 Item in J.D.C.C. By Louisiana Disciplinary State Law Y/N

26. Warden Does your staff member given Inmate a 72 Hours Hearing on Disciplinary Report write-up? Y/N and or Right to face Accuser? Y/N

27.

Emile Hawkins Pro-se  p/l   case: 00870
       Vs.                        Judge: DeBlanc
Jefferson Davis Correction Center ET Al

Order
Attention To Clerk of Court
    Katie Haik and Daniel McCoy
Issue: Subpoena form and Writ of Habeas Corpus
    Dear Haik & McCoy
May I Plead the Court, Hawkins pray to this
Court that my Request for Subpoena form
for Case #00870 Be granted to me, So I can
Subpoena any & all Records J.D.C.C. Medical
Records, Private own food Service Tiger Mart
Company, Video Camera's J.D.C.C. and
Electronic Pilot program J.D.C.C.
    Also Hawkins pray to this that Electronic pilot
program Be Added to this Western District Court
I Hawkins is located in a prison participating
in the Electronic Filing pilot project. Hawkins
Consent to Receive Orders, Notices, and Judgments
By Notice of Electronic Filing. Please, Send Order
To Warden William Powell 1530 Hwy 90 West
Jennings, LA 70546, phone Number 337-821-
    Judge DeBlanc & Clerk of Court Haik & McCoy
Hawkins is Receiving Retaliation By Staff
Members Blocking me on Tablet from Receiving
legal Mail and law library. They Block my
lightning law Document 8-1-25 To 9-1-25
Today still Block: my Pen #848423-1206/1971 ok

How you get an habler my... hiring law code with P.D. office Emile Hawkins I pen1190. Then can see my Documents, Name of staff Blocking Retaliating me in J.D.C.C. Caruther, Dutton, Ward, Sonnier and Morrison. the courts can see I Been Denied legal mail By P.D. office and lawyer and law Library P.D. office 337-824-4900 Ms April Bertan Also Inform Ms April of the Matter I can't Receive legal mail on my lightning law from Her office Because staff member Blocking my lightning law, They me my Drug LAB work To my lightning law Documents, I can't get into my Document and Receive my legal Mail Because of staff member names stated in this letter Retaliating on me 9-1-25, as I stated in a letter to you 8-25-25, About #50 Cell #2 Retaliating on me still in #50 cell #2.

It is Further Order that Hawkins pray for Court to send him Writ of HaBeas Corpus Attorney Robert dounsBeer was Bar from practicing law Hired Attorney $10,000 Dollar 3-10-24, He did in File my Post Conviction Relief 6-1-23 in 31st J.D.C as He inform me. So I ask for the District Attorney Records and Clerk of Court. SO I Can file. See Letter mail to Court 8-25-25 upon this matter at h and Also stated L.A.R.S. 44;32 and 44;35(E) to Both Records Being Refused to give Records of my Document. Judge Steve Gunnell was my Attorney 1991-1996. 1996 in 31st J.D.C stated He is Conflict of Interest Bias and perjured to my Case, Because he was a City Judge, and He would forward money Back to me. So He told Judge William Knight He was

Conflict of Interest Badcock refused to my face in open court at my pre-Trial 1996 Nov. Court Minute will show words spoken in court 1996. If Judge Bunnel was Conflict of Interest Bias and perjured Tone, He should still Be in the court system Today. I'm needing writ of Hebeas corpus. To file a Newly Discvery Evidence upon 3 Issue. 31st J.D.C. Violate my Rights. Thanks for your time and Attention to this matter.

Please o May I Plead the court I'm Not a and Lawyer OK. I'm Reading Books Trying To fight for my Rights and freedom I need a Lawyer. I Have a good strong case Against the parish. They still Violating people Rights Telling you they do what They want to in J.D.C.C. They Have there own Laws in their Jailhouse. No Disciplinary Board put you in Blocks I So For Nothing Take your phone where you can't call your Family Member. They tell other staff to write you up. So a you want write commissay or use the phone in the Jail House all kind of Retaliating toward Make Inmate fight me take Inmate Side in fight Lock-me up for it put me in I So Grateful Oct 16,25 for nothing where I can't call my Family all Because I file a lawsuit on them Be Long me up