25-cv-0870 Sec P

Western District Court

Emile Hawkins Pro-Se
VS                                    100        Case: 00870
                    9-5-25  PM  Judge: LeBlanc
Jefferson Correction Center ETAl
  Sheriff Myers, zevi Wardens, Staff members
  Medical Staff, Tiger Mart Dietary

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SEP 15 2025
KW
DANIEL J. McCOY, CLERK
BY: _____

ORDER

Motion Order Request For Production of Records
& Document of J.D.C.C. Medical staff Records,
of Emile Hawkins Rule 34 and LA.R.S. 44:35 & 44:32
from 1-1-25 To 9-3-25, Tiger Mart Dietary Any/ all
Records & Documents of Emile Hawkins from Date
1-23-23 To 9-3-25 from the time of His
Incarceration. Shall Warden, of J.D.C.C. and
staff Members Defendants the Dates of all
Request forms within 5-30 Day as Require By the
State of Louisiana Laws, Shall Warden Produce
all/ any Request forms and Disciplinary Report form
V8/13 all Warden and Authorized By State of
Louisiana To Imposed Disciplinary Report form V813
1-23-23 To 9-3-25. Shall Warden Produce Hawkin
Religious Freedom Food Diet 1-23-23 To 9-3-25

Motion To Show Cause, Memorandum Order
Shall all J.D.C.C. Warden Powell, Caserwell,
and Gaspard all staff names Defendants Shall
Produce To Judge LeBlanc and Emile Hawkins
all staff member Shall produce Hair simple
of Drug Screen from 1-1-25 To 9-3-25 all
Defendants stated in the Civil Action Case#00870
all staff of J.D.C.C. Medical staff, Dietary staff,
Produce Drug Hair simple Lab Drug Screen

tell Personal placed Defendants Staff within 30 to 60 Days forward Drug Screen Hair Pimple to Judge Thomas LeBlanc W.D. 7. 6. Sec1, and Copies of 2aB test forward to Emile Hawkins pray to this Court they Memorandum Order Be granted Motions Show Cause, in this Said Matter Before this Court on ____ Day of ____ 2025 at ___ O'Clock To Show Cause in Sec1 Western District Court Suite 200 800 Lafayette St. Lafayette, LA 70501

_____    _____
Date                        Judge

## ORDER

IT is further Order Judge Thomas LeBlanc Shall Order Warden Powell to Stop His Staff Member Caruthers, Morrison, Dutton and Ward Stop Retaliating on Hawkins Behind Lawsuit CV-00890 Blocking Hawkins Electronic pilot Project Where He Can't get in to see Lightning law Documents from P.D. office Ms. April 337-824-4900 and Law Library from Ward kept writting Hawkins up Putting them on Restriction Behind Lawsuit Taking Phone Commissary Law Library and Legal Mail Lightning Law Document 10-10-25 for No Reason Keeping Hawkins on ISb 2 Retaliating on Hawkins Behind Lawsuit Judge LeBlanc I Sent you a Copy of Staff Ward write-up. False statement on me Cameras Voice Sound Can prove Everything Said To Staff Ward Order Staff Ward To Stay away from Hawkins in Jail Hawkins Pray Court Grant Order.

_____    _____
Date                        Judge