RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

OCT 20 2025
KW

DANIEL J. McCOY, CLERK
BY: _____

Emile Hawkins
VS,
Jefferson Davis Correction Center
Staff Member Ben Ward
Carrier (Dutton AKA "Jay")
Morrison, Sonnier

Case: 00870
Judge: Thomas LeBlanc

**25-cv-0870 Sec P**

10-5-25 10:30 Am

Order For Retaliation

Motion To Show Cause On Retaliation upon Staff Members Ward, Carrier, and Dutton on Everytime Their Wife work at J.D.C.C. on 10-5-25 time 10:30 A.m. Staff member keep on Retaliating upon Hawkin for no given Reason Staff Members Since 4-10-25 To 10-5-25, keep on writting up Hawkin on Disciplinary Report Lying on Hawkin. To keep Him on Restriction, Phone, Commissary, and when Indigent supply pass out, Hawkins is not given His Supply, as Judge LeBlanc you can see my Request found now Because I have the federal court consent 3 Month with our Electronic Filing Pilot Project, all Request can Be seen By the federal now, upon all Request Court can see Denied of my Lightning Law Document Being Block By Dutton Retaliating on Hawkins all 3 Staff Member Committing these Acts Toward Hawkins Lawsuit, I Hawkins will Be going Home Next Month. I go To court on 11-10-25 To go Home for credit time serve on charges. On this 10-5-25. 3. Inmates can Be Subpoena To testify To Ward on I SQ word Being Said and favoritism Toward Cell #5 out and not Hawkins 24 Hours 30 Minutes

up Hawkins legal mail June 10, 2025 - Sept 20, 25 keep opening my legal mail. They Blocking me from Receiving my legal mail from my Lawyer John Vidrine and Also Blocking me on Electronic Pilot Project "Supervisor Dulton and Staff Ward Refusing me of law library on Electronic pilot pilot Project Violating my Rights P.D. office Ms. April stated They cant Block me from Receiving my Legal mail and law library on Electronic Pilot Project Judge JoBlane Everytime The Court send me legal mail Staff Caruthers, Ward and Dulton Reads my legal mail from the Courts, I Do Request form to the Warden They get Rejected By Staff Caruthers Dulton and Ward You Can see my Electronic Pilot PROJECT. I Have Sent Consent to the Court for my Pilot PROJECT P.D. office Ms. April 337-824-4900 will Tell you About this Matter Different time

Acts 4-11-25, 4-23-25, 6-10-25, 8-9-25 and 10-5-25 All Retaliation made By staff Ward since lawsuit Been filed on Him. 10-4-25 4:30 To 5:30 " I'm going to spray you threaten me, staff Ward cell 1, 3, and 5. Booley, Conner, Brent Inmate Heard staff member All these Inmate I Have Had fight with in J.D.C.C. everytime They me back Inmate over and over Bed Records of J.D.C.C. will Have Hawkins matter at Hand in this as Retaliation, lawsuit 00870, still Being Punish in Isolation By staff member for No Reason. They say why is the Reason came to Dorm like at all Inmate How many time Hawkins fought with Inmates Back in the Dorm FACTs Records Reflect STATEMENT OF CLAIM STATED BY HAWKINS