Emile Hawkins   W.D.L.A.

25-cv-0870 Sec P

CASE:00870

VS.

TigerMart Dietary
Tiffany & DeBra
Medical Staff
Kelly & Lisa
Richard, J.D.C.C.
Duhon, Caruthers, Ward,
Carrier, Landry, Morris,
Sonnier, Field, Powell,
Caswell, Jasper, Kyle Myers

Judge LeBlanc
To See my PoliT project
Consent you
See my Request form

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

DEC 0 1 2025

DANIEL J. McCOY, CLERK
BY:_____ KW _____

Motion for Extention of Time
To File Admended Complaint" Motion To Show
Cause Of Defendants Names To Serve
At Address 1530 Hwy 90 West, Jennings,
LA 70546, TigerMart Tiffany & DeBra
Medical Staff Kelly & Lisa,
Judge LeBlanc They Don't give Their
Full Names, But This Address They Can Be
Serve Work Address Office, Of Defendant.
Back Side

Here I pray for the Serve of These

Defendants Name Stated upon This Motions I Have Forward Letter To Drop Suit Against Jefferson Davis Sheriff, I Have added Name of Each Defendant To Be Sued upon Their Acts Some on Disciplinary Matters, Some on Retaliation From 6-18-25 To 11-19-25 Here Today 11-19-25 Retaliation is Still Being Serve, They Taking my property From me & File Request Form on Matter, I Have you Judge LeBlanc Consent To See My Request Form I File upon poliT Electronic project, I Sent you Consent To See All my Request Form I File in This so you Can See in your Court All my Request I File They Took my Ink pens And paper, upon State Daw 11-16-25 Ink pens And paper They Took From me, so I Have nothing To write with I was Give Abroke up Ink To write This Letter And motion with, Look at Request For Judge LEBLANC