Emile Hawkins                    W.D.7.C.        Section P

VS.            11-18-25          Case:00870                    25-cv-0870

Supervisor Caruthers, Richard,   Judge: Thomas LeBlanc

Duttay Sommer, Ward, Carrier,

Dietary Ms Tiffany & Debra TigerMart

Medical Staff Lisa & Kelly, Warden William Powell.

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

DEC 0 1 2025

DANIEL J. McCOY, CLERK
BY:_____KW

## Motion To Show Cause To Amended Complaints on Medical Staff, TigerMart Staff, Retaliation J.D.C. Co. Staff Member.

My I Plead The Court, Judge Thomas LeBlanc, I Been Trying To get My Amended Complaint To your Court. Staff Have Shake Down in prison Have Taken my MaTerial for me To Do my Amended Complaint Shake Down my Cell Took, Ink pens, Destroy legal paper, Staff member Carrier, Ward, Caruthers, Janice, Richard and Duton Have Been Retaliatering At me in This Jail House, I Have Drawn up my motion

To Amended complaint upon 9/29/25 Dead Staff members went into my cell #4 Fox Dorm, Destroy my Legal paper works, Took Ink pens, medical foot cream, And other Items from for no Reason I paid medical Lpn Lisa & Kelly for medical foot cream, Also Ink pens was Taken out of my property, So Now I'm Lacking of paper And Inks To Do my Legal work, On 11-16-25 I was spayed in my face by Staff Richard Because I Refuse To go in my cell with Inmate Micheal ware we Just got Into A fight, I Did A Request upon me And michael ware, 3 Day in A Roll I Inmate Request form To move out of I Beat Immate, They give you Street for fighting So I Ask To Be move, So I want Be fighting Again with Inmate Staff Richard sprayed me Saying go Back into your cell on Inmate Request on Tablet is where I Did A Request form To move out of cell Because of A fight, This is The 4th Time in This Jail House, force me To fight

P3

They Destroying my Caruthers, Richard, Sounier, Dutton, Carrier, And Ward, All Staff Display in my missing Legal on 11-13-25 AT 5:00pm. I gave Staff member Legal paper To copies Staff member Janice Stated To me on 11-18-25. They He gave my Legal paper To Staff Richard my Legal papers, 11-18-25 4:30pm. I ask Staff Janice Where my Legal papers Are AT I gave Him on 11-13-25 At 5:00pm. Cameras can Be Review AT This Jail House, To see I give my Legal To Janice on 11-13-25 5:00 p.m. Fax Dorm cell # 4 To get copies To Send To The court. Now, I Have To Do my Amended Complaint over Because of Staff Richard Destroy Legal mail. Also They goes iNTo my property And Destroy my other Legal mail Back in July, Staff member ward, Caruthers, Richard, Dutton, Carrier, And Been Taking my Legal mail OUT of my property.

Judge Thomas LeBlanc. Here I submit THIS AS MOTION For EXTENTION of Time. I Need more Time THAN 40 Days To File my Admended Complaint. Here As of Today 11-17-25, I ASK STAFF Janice WHAT He Did with my Legal paper. He InForm me STAFF Richard HAd my pAper Legal mail, Camera's cAn Be Review AT THIS JAil House. SO Here Judge LeBlanc, I'm Receiving RetaliaTion By STAFF ON 11-16-25 WAS sprayed with MAse IN my Face BecAuse ot No Reason, my Request Form, You cAN Pull IT up SINce, I give The CourTs CONSENT To See All my Request IN TAbLeT, YOU'LL PUP And See Every THING write To The CourT, STAFF Richard RetaZiaTion upon me For LAWSUIT, Legal mail mISSING SO I'm ASKING For EXTenTion ot Time. STAFF members Still Retaliating AT me IN THis House, Plus Medical STAFF STILL Re FUsing me ot DenTisT, Eye DocToR, And My Religious Food Diet, DietAry TiffAny And DeBra is THeir, I DON'T KNOW THeir wHoLe NAme

Emile Hawkins

VS                                          CASE: 00870

MEDICAL STAFF
LISA & Kelly                                Judge: LeBlanc
TigerMART
DieTary Tiffany & DeBra

MOTION TO SHOW CAUSE
FOR EXTENTION OF Time To File
Amended Complaint.

MOTION To SHOW Cause To
DISMISS Jefferson DAVIS PariSH
MOTION To SHOW CAUSE To Add
NAmes of DefendANts MediCAl STAff
And TigerMARt DieTARy, WHereforE, I
HAwkinS HAS To ReCeive NAme of
DefendANts works AT THis Correction
Center 3 PRivate own PARts, where
There Full NAmes ARe NOT given To me
In THis Correction CenTer, THAT House
150 people, STAff member Refuse To give
NAmes, MediCAl NAmes CAll LISA & Kelly
DieTARy Tiffany & DeBra ARe There NAme
Full NAmes ARe NOT given To me.

THAT ARE THE ot MEDICAL STAff