Emile Hawkins Pro Se W. D. 7. C.

VS.

25-cv-0870 Sec P

Case: #00870

TigerMart Dietary Staff

Judge: Thomas LeBlanc

Tiffany & Debra

Judge: James D. Cain Jr

Medical Staff Member

Kelly & Lisa

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

DEC 1 2 2025

DANIEL J. McCOY, CLERK
BY:_____ KW

J.D.C.C. Staff Member: Warden William Powell, Richard, Janice, Bouley, Ward, Caruthens, Caswell, Carrier, Morrison, Dulton, Sonnier, Landry

"Motion To Show Cause For Memorandum Order" upon Names To Be Serve At J.D.C.C. 1530 Hwy 90 West Jennings, LA 70546 "Motion To Show Cause" For Hawkins To Produce The Names Of Defendants To Be Serve: TigerMart Dietary Staff Member Tiffany & Debra; Medical Staff Member Kelly & Lisa; J.D.C.C. Staff Member Warden William Powell, Ass. Warden Caswell, Caruthens, Richard, Dulton, Morrison, Landry, Carrier, Ward, Sonnier, Bouley & Janice

"Motion To Show Cause For Memorandum Order For Extention Of Time For A Motion To Amended Complaint upon such said Case #00870. Herein Plaintiff Hawkins Pray That This Court Grant Such Said Motions For Extention Of Time To Amended Complaint provide By Rule 8.

" Motion To Show Cause For MemRandum Order For Warden William Powell To Produce Any/All paper of Request form & Electronic Filling Of Request form From, Tablet, Kiosk & Pilot Project. Shall William Powell Forward Copies Of paper & Electronic Request form To W.D.F.C. Judge Cain Jr & LeBlanc And Emile Hawkins AT W.D.F.C. Suit 2100 800 Lafayette St. Lafayette, LA, Hawkins Pray That This Court Grant MemRandum Order On The ____ Day of ____ 2025 AT O Clock ____ A.M.

DATE    Judge

Submitted By:
Pro-Se Emile Hawkins
12-8-25

Western District court sulin P

Emile Hawkins (29010)                                                CASE: 00870

VS.                                    12-8-25        Judge: Thomas LeBlanc
Medical Staff Lisa & Kelly                           Order From Judge
Tiger Mart Dietary Tiffany & DeBra                   Letter Oct 28, 2025
                                   "Memorandum Order"

        Motion To Show Cause "Memorandum Order" For
Medical Staff Lisa & Kelly. To Produce Emile Hawkins To go
See Eye Doctor For His Eyes He Can't Not See good out of His
Do To Bad Eyes. Hawkins File Sick Calls Form To go To Eye Doctor.
Since 5th month May, To go, To an Eye Doctor For His Eye Glasses.
Because it is Hard For Him To See And Read Book And other Items.
LPN Lisa & Kelly Refused Hawkins of Medical Attention of
Eye Doctor. Also LPN Lisa & Kelly Refused Hawkins of Dentist
Medical. Staff member of J.D.C.C. Broke Teeth in Hawkins
mouth 6 Teeth Broken. Dentist Touchet in Crowley, LA
Told Hawkins Tell LPN Lisa & Kelly To Send By To Him in
Back in June, Dentist Touchet pull 3 Broken Teeth out of

DISCRIMINATION NOT Police should Be, Bound, By This Hawkins Religious I.D. M.R. YAHWEH" No Red Food, NO BEANS And NO COLD MEAT. IT Been IN HAWKINS Records SiNce 1-23-2023 HAWKIN's Religious Diet, MedicA Records And Tiger MART Records in J.D.C.Co, Here Today 12-8-25 Both Still Violating HAWKINS Religious Diet, Serving HAWKiNs Cold MEAT, AND BEANs Red BEANs, Red MEAT, HAWKINS PRAY To This COURT THAT THis MemoRandum Order" Be sent To Tiger MART Dietary Tiffany & DeBra And MedicA STAFF LISA & Kelly To Stop Serving HAWKINS Cold mEAT And Cold BEANs, AND BEANS ON Food TRAY, HAWKins PRAY ORDER Be sent To Address J.D.C.C. 1530 Hwy 90 WEST Jennings, LA 70548 For Tiffany, DeBra Lisa and Kelly. To Stop Violating His Religious I.D.M.R. YAHWEH Religious Freedom Food Rights, HAWKins PRAY COURT GRANT Order upon such said MAtter.

SuBmiTTed By
Emile Hawkins
12-8-25

DATe, Judge