Western District Court

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JAN - 2 2026

DANIEL J. McCOY, CLERK
BY: _____

CASe: 00870
Judge: LeBlanc
Judge: CAIN.JR

25CV0870

Emile HAWKINS
VS.

Medical STAff: Lisac Kelly And John Doe Doctor
Dietary STAff: Tiffany c DeBra John Doe CEO
STAff Members: WARden William Powell, CASWell,
Taspard, CARuthers, Dutton, RichARd, CARRier,
MORRISON, Landry, C. young, PATTon, JANICe,
SonNier, HebeRt, young, Boucet,

"Memorandum Order'

Motion To Amended ComplAinT Required
By Rule 8. CONSiderATions. The COURT MusT AccepT
The PlAINTiff Allegations As True THAT His
CONSTitutional RighTs iN J.D.C.C. were Violated
By EACh NAmed DefeNdANTs; PlAiNTiff PleAd His
Best CAse in good 7aith in prays thAt The
W.D.7.C. PlAintiff BeqRANTed By CONSidered By
The COURTS DuRning screening. THAT HAWKINS
TrutFully Amended ComplAint in good 7Aith.
DeclaRe under penaTly of PerJury thAT the
7oregoing is True And Correct To Best of
His Knowlledge. The COURT SHAll ORdeR All
Defendants Name STATed To give PlAinTiff Answer
To Amended ComplAint within 30 DAys of This
ORdeR.

IT is 7uther Ordered thaT All DefeNdANTS Be
TrutFully ANSweR in good 7Aith. And DeclARe under
penaaTly of PerJury thaT theire ANSWer To Amended
ComplAinT, I, II And III is True And Correct To Best

for Civil Warrant upon Any/All Defendants for Police Brutality, Excessive force, Retaliation, forgery, filing false Document, false Statements, unAuthorized personal Signature, unAuthorized Appropriate officical Name Sign on Grievance system And Disciplinary Reports V8-13 And Request form V-6-13 in J.D.C.C. from 1-23-23 to 12-30-25 for Violating Louisiana Constitutional Rights in the State of Louisiana, Due process Rights, Medical care, Religious freedom Rights, Access to courts

IT is futher ordered That warden Powell shall Produce Any/All Records of Disciplinary Report V8-13 and Request form V6-13 paper & Electronic filing in J.D.C.C. from 1-23-23 to 12-30-25 shall warden Powell forward Both Stated Name Judge Thomas LeBlanc W.D.F.C. Suite 2100, 800 Lafayette St. Lafayette, LA 70501 And Emile Hawkins J.D.C.C. 1530 Hwy 90 west Jennings, LA 70546. Produce All Records within 30 Days of this order.

IT is futher ordered Plaintiff Hawkins prays to this W.D.F.C. Motion for Memorandum order Be granted Motion To Show Cause To Amended Complaint By Rule 8. Show Cause in W.D.F.C. sec.P Suite 2100, 800 Lafayette St. Lafayette, LA 70501 The United States Court House on the ___ Day of ___ 2026 At ___ O'Clock why Motion Should not Be granted

Submitted By
Emile Hawkins

Date _____   Judge _____