Claim 1 Amended Complaint, On Pol Case 00870

Retaliation, Excessive Force, Police Brutality, Denied of Medical Care, Protected Custody Right, Unauthorized Staff member working for Private own Company

Statement of Claim On 4-11-25 in J.D.C.C. Iso cell #6 Breakfast Time 4:30 A.m To 5:00 A.m. Hawkins was Awaken To Eat Breakfast By Staff Ward, Hawkins grab His Food-Tray From Pan Hole, Fail Back To Sleep. I was Awaken Again By Staff Ward Telling me To give Him my Breakfast Tray. Hawkins Reply To Staff Ward I'm Sorry, I Fail Back To Sleep give me some Time To Eat. Staff Ward Reply ok, go Ahead Hurry-up, I Told Staff I'm Hungry. I Have Not Eaten Since I was Arrested At 10:00 A.m. 4-10-25. Staff Ward Said ok go Ahead and Eat. Staff Ward go Ahead I give you some more Time To Eat. As I was Eating my Breakfast my cell Door was open up 3 more Staff member Carrier, Landry and Morrison was Standing By my Cell Door Staff Carrier Relpy Hurry up And Eat Iso cell #6 Camera was on Can Be Review For Proof, As I was Eating. Staff Carrier Started Counting Down 10, 9, 8 7, 6, 5, 4, 3, 2, 1, ok, you Had Enough Time To Eat. Staff was Still Front my cell #6. I Reply Staff Landry, I'm Hungry your was suppose To gave me Something To Eat After your Book me in Jail Last Night, City Police Ryan Courville Told your I Had Nothing To Eat All Day To give me some Thing To Eat. Staff Landry Stated it was Not my call you Didn't get Any Thing To Eat After I Book you in Jail, That was Not on me. My Supervisor supposed To gave you something To Eat Ok, Not me, ok, Staff Carrier Stated give me That Food Tray. I was Still Eating when I Look up I was Sprayed with chemical mase in my Eyes, I couldn't see Nothing out my

P.02 Eyes. Because of The chemical spray in my Eyes And skin in my face. I Have cataract in Both my Eyes. When I Look up From EATing. That ALL I Heard was give us the TRAY. I Heard footsteps Run in my cell. I was knock down By staff member carrier And Landry. Both of staff weight 300 pound plus. Knock me out for second. Hit me In the face I couldn't see Because of chemical sprayed in my Eyes. I felt A piece of Iron Hitting me in the mouth Knocking me out, Next I woke up in a strap chair. Arms And Legs straped down in a chair. Feeling Alot of pain from my mouth, Ribs Left side, And shoulder. I woke up in a Room Away from my cell #6. I was Left In The Room for Hours, with my skin Burning me, from The chemical spray, mouth with Blood in it To swolled a Broken tooth, Ribs Hurting me And Burning me And face Boring. I was Left in Room for Hours, with no medical Attention, my cell# Door was open, By staff member caruthers, stated To me you not going To win in this Jail House. I Run This Jail, I Told staff caruthers I Did Nothing wrong To your staff member. He put His Hand on me Around my face And Back of my EAR pressure point causing me pain, Behind my EAR making me chock, then put His Hand around my face And stated I'm Not the one, you want To mess with me. Then Left out the Room, close the Door. A couple of Hours pass my Door was Back open By staff caruthers. You want To EAT. To Told Him yea, I'm Hungry. I Have Not Eaten Nothing since yesterday 4-10-25 At 10:00 Am, Before police Arrested. Took one of my Arm Lose. I Told Him my skin Burning me. He, Do you want To EAT or WHAT. He un straped my ARM SO I CAN'T EAT. I could Not RAISE my ARM

P.3 STAFF Caruthers Rick, can't RaiSe your Hand EAT, Then you Don't WANT To EAT, I GRAB A Sandwich out the Bag. Then He RElpy you Refused to EAT, ok I'm going Took the Bag Sandwich was in, R Then Reply my skin is Burning me, and mouth is Hurting me. Door was closed, 20 min. Door open Again STAFF Carrier sitting in Door Laughing At me. STATing I knock your Teeth out your mouth, File Another LAWSuit on us, LAWSuit on That File another on your Teeth, That what you get messing with us Tell your Lawyer Dounsberry that ok's STAFF Carrier was Sitting In the Cell Door, Then Caruthers WALK BAck In The Room GRAB Chair. Let go see the Nurse for your InTake. They PuSH my Chair To the medical Room where Medical STAFF Lisa was AT DuRning Her InTake. LPN Lisa STATed I'm doing your InTake on you ok's THe she Reply you Be Here Before I Have your medical CHART with your Records in it, The Reply Let check your Blood, LPN Lisa went got A CHART from when I WAS In TAil from 3-1-2024 To 5-30-2024, my Eyes was STill Burning me. SHe LPN Lisa Ask me WHAT wrong with me, R Told Her I was Beaten up By STAFF Member LAST Night for No Reason, I HAve No Teeth in my mouth and my Left RIB is Hurting. LPN Lisa Reply To me I'm not seeing you on THAT ok, I'm Doing my InTake on you THAT ok's you will HAve To Put in you A Sick-call paper, for Them problem ok's LPN Look at my Medical Record ook N See your Religious Diet in Here from 2024, No Red food, No cold mEAT And No BEANS. I will Send Tiger MART Dietary your Diet So you can START Receiving you food Diet Again. R Then Told LPN Lisa I WAS In PAIN my Teeth WAs Knock out my mouth. And my RIB is Hurt I'm

p.4 me And She was Bullshit me from chewing for my LPN Lisa Reply Put A Sick CALL IN I'm During me INTAke cN1 STAFF CARRIER And Caruthers Reply you Finished Let go BAcK To the Room, I Denied medical ATTention you Finish my Lisa, I Told Ms Lisa I Need something For my PAIN, I HAve Adviil's you wAnT that for your PAIN, STAFF CARRIER GRAB my chAIR Let go She Finish with you, Put you a Side-CALL IN, Like LPN Lisa Tell you, I wAs TAken To The cell Room Still in PAIN After I Told LPN Lisa I wAs IN PAIN I wAs BeATen up By StAff She Lisa Did NoT care ABout my mediCAl Need To Told Her ABout my Teeth wAs KNocK out, Left RiB wAs Hurting me, My Eye wAs Hurting Skin Burning me, from Them chemicAl sprAying me LPN Did NoT CaRe Told me To PuT IN A Sick-CALL Form For Her To see me ABout my PROBlem, She Did He IN TAKE THAT I.T. Tome LPN Lisa Refused me of mediCAl ATTention 4-11-25 To 12-30-25, After Being TAKen BACK To Room, I STATed IN Room For 2 HOURS, I ASK CAN I TAke a SHOWer To WASH chemiCAl off me, my Room Door wAs closed 2 HOURS I wAs TAKen BACK To cell #6 I.S.O, IN J.D.CC As I wAs Being TAKen BACK to the cell #6 I ask for a SHOWer I wAs Told NIGHT SHIFT going Let you SHOWer, we going Home, my cell #6 I.SO Door wAs closed, I wAs Left IN my cell IN PAIN No SHOWer No mediCAl ATTention wAs given To me, Next Day Monday I wAs Seen By another LPN Kelly for my Sick-CALL, ASK me wHAT Happen I Told Her, I CAN only give you Adviil's For PAIN with You See the Doctor, He Determine your Issue

pain. By Law Kelly, I was they give u nothing for my pain. I was taken BACK To my cell, I was left in cell #6 I SO in pain. J.D.C.C. Staff member Are NOT Authorized To Handle Food For Tiger MART Food Service Company J.D.C.C. STAFF MEMBER WAS NOT Authorized By Tiger MART Company To Pass OUT Food OR Pick-up Food-TRAY. Inmates in J.D.C.C. PASS OUT Food Tray And Pick-up Food-TRAY. ON 4-11-25. Tiger MART Food Service Company Did NOT Hired J.D.C.C. Staff member WARD, Carrier, Landry And Morrison To PASS OUT Food or Pick-up Food-Trays From Inmates in J.D.C.C. STAFF Members Are NOT Authorized To Handle Food-TRAys in J.D.C.C. Tiger MART Food-Service is PRIVATE own Company, STAFF member WARD Carrier Landry and MORRISON Are NOT on Tiger MART Work INSURANCE policy, and ON CONTRACT Agreement of Tiger MART Food-Service. STAFF MEMBERS WARD, CARRIER, Landry And MORRISON Committed Police Brutality on HAWKINS, They WAS NOT Authorized To Take HAWKINS Food-TRAY From Him DIETARY TIFFANY & DeBra ONLy Authorized Inmates in J.D.C.C. To HANDLE Inmates Food-TRAY. STAFF member WAS NOT Authorized By Tiger MART Dietary To Pass OUT Food-Tray OR Pick-Up Food-Tray From Inmates ON 4-11-25. Inmates in J.D.C.C. Are Hired By Tiger MART Company To Handle All Food in Kitchen And on Food-Trays in J.D.C.C. HAWKINS Did ReQUEST Form 3-1-2024 To 4-30-2024 ReQUEST Form WAS ANSWERS STATing STAFF Member are NOT Allowed And NOT Authorized To Touch Food-Trays of Tiger MART Food-Service. Electronic Filing will show proof of ReQUEST Form From 3-1-24 To 4-30-24 STAFF member Have Nothing To Do with Food-TRAYS

WAS A Retaliation Behind a Lawsuit from 2023 on Staff Landry and Carrier. Lawsuit Case #006218 2023. Staff Carrier was Behind Hawkins getting Beat up on Behind Food-Tray. Staff Carrier was Telling other Staff Member Field and Inmates How He Knock Hawkins Teeth out of His mouth. For Him to File Another Lawsuit Because All His Lawsuit gets Denied Because His Carrier Family Run the Court System. Staff Carrier Told Staff Field I Have Hawkins Teeth in a cup to my House on -26-2025. Then Threw Hawkins in a Door while Hawkins was Handcuff. -26-2025 Hawkins was Taken to medical to See a Doctor Visit in J.D.C.C. After Visit, Staff Carrier Throw Hawkins Face into a Door. Retaliatering Again and Police Brutaity on Hawkins. Staff Field was walking with Hawkins, But Staff Field Did Not Touch Hawkins. Camera in J.D.C.C. Can Be Reviewed For proof of Matter Hawkins was Beat up Again By Staff Carrier in J.D.C.C. Also Staff Carrier Did Write-up on Hawkins Copies of write-up Can Be given to Court for proof. Punish Hawkins For No Reason. From 4-11-25 Staff Carrier Committed Retaliations and Police Brutaity to 12-30-25 Camera can Be Reviewed in J.D.C.C. Staff Ward Also Committed Retaliations and Police Brutaity on Hawkins from 4-11-25 to 12-30-2025. In J.D.C.C. For No Reason Staff Ward Kept Lying on write-up For Hawkins to Staff on Iso For months. 4-23-25 Staff Guard Put Something in Hawkins Breakfast possion. He Claim it was Juice Camera out of Iso#6 Can Be Review. Staff Ward was Not Authorized By Tiger Mart to Touch Food-Tray

staff ward put some poison in Hawkins cup and food Tray. Hawkins was seen by Medical on sick call 4-23-25 To 4-30-25 Hawkins was sick, Blood pressure, stomach ache, Thrown-up in cell #6 ISO camera in ISO cell #6 can be Reviewed for proof of Hawkins being sick in cell #6 Behind staff food-poision food on 4-23-25. staff ward poision Hawkins food on 4-23-25 To 4-28-25 Keep Puttin stuff in Hawkins. Inmates would give Hawkins hand sign Not To Eat or Drink. one inmate came Back to get food From Hawkins To not it But it was To Late. Hawkins was sick from eating. Derrick Lawerance, DeeBo inmate name working serving food To Hawkins Telling Hawkins He was sorry ward Put something in your food it was to Late Hawkins had Done ate The food on 4-23-2025. Also staff ward Kept on writting Hawkins up Retyliatehing on Hawkins 4-11-25 To 12-30-25. Hawkins has gotten into fights Because of staff ward and carrier. They Paid Inmates Commissary To get Into fight with Hawkins and Then They Put Hawkins Back on the same Dorm To fight Hawkins Again. D.O.C Inmate Maxwell Charles was The 1st Inmate given commissary To fight with Hawkins. They move Hawkins off P.C. cell #2 Into Dorm Alpha force Hawkins To move on P.C. or get Chemical Sprayed. Hawkins had a fight with a D.O.C. Inmate Maxwell charles who had 8 years flat in prison. Hawkins was force To move in Alpha Dorm off P.C. Into cell with a D.O.C. Inmate Hawkins was a Pre Trail Detain ee in J.D.C.C. They violate Hawkins P.C. Rights force him To move out of cell #2 ISO Hawkins sign P.C. 5-2-25 To Be Away from Inmates in Dorm. staff Member Have force me To move off P.C.

Denied Religious I.D.m.R. "Yahweh" Freedom Food Diet Rights. 4-11-25 To 12-30-25 Tiger Mart Dietary Tiffany & Debra Private own Food-Service J.D.C.C.; Medical Staff Lpn Lisa & Kelly John Doe Doctor Private own Medical Service J.D.C.C.; Denied of Medical Attention, Eye Doctor And Dentist. From 4-11-25 To 12-30-25 Hawkins Still Being Violated. On 4-11-25 Hawkins was Seen By Medical Lpn Lisa In J.D.C.C. Durning Intake. Lpn Lisa Inform Hawkins of His Religious Food-Diet She Still Had in Her Medical Chart Records of His Food-Diet From 3-1-2024, No Red Food, No Cold Meat, And No Beans To Be Serve To Him, He will Send Tiger Mart Dietary paper To Inform Them of Diet, So you Can Receive your Diet. Dietary Tiffany & Debra Both Have in Their Records in J.D.C.C. Since 1-23-2023 To 5-31-2024. Records of Both private own Company will Reflect Hawkins Religious I.D.M.R. Yahweh Food-Diet. On Between April 18, 2025 Hawkins Seen Lpn Kelly For His Food-Diet Because Dietary Kept Service Red Food, Cold Meat, And Beans To Hawkins, Hawkins Fill-out Sick-call Form And was Seen By Lpn Kelly. She Inform Hawkins Nothing wrong with me Eating Beans, And Cold Meat, So She Denied me of my Diet and Put me on John Doe Doctor List, To See Doctor Of Food-Diet. Lpn Lisa & Kelly Both Told Hawkins He Denied Of Food-Diet, Hawkins Seen Docter on Screen Tv, Hawkins Told Docter Of His Religious Diet, Docter Inform Hawkins

Kelly To Take His Blood And make Him SHiT in a Cup. To Do Test And see If He is Alegeric to Food cold meat and Beans, In Order For Him To Receive Food-Diet. Blood Test And The SHiT IN a Cup Will Let Him Know If Hawkins is Alegeric To cold meat And Beans, In Order To Receive Diet, Oke Between May-June 2025 Hawking was Seen Again By Doctor After Blood Test and SHit IN A Cup came BACK, Test Result Doctor Told Hawkins, He was Denied of His Religious Food Diet, Because Test STATes He is not Alegeric To cold meat and Beans, I Hawkins was Denied, In Louisiana Hawkins Has Rights, To Religious Freedom Food-Diet, On Food Item He Serve Against His Religious, On Day Hawkins Seen Doctor, Ask Doctor why you Haven't Test Islam Religious Inmates For Pork and Other Food Items, Islam Inmates Can't Eat in J.D.C.C. WAS Islam Inmates made To SHiT IN A Cup and Blood Test Ran on them, For Them For Pork Food or Any other Inmates Religious Baptist In J.D.C.C. How other Inmates was Tested In Order To Received Food-Diet of Religious In J.D.C.C. Between 1-23-2023 To 12-30-2025, Doctor Visit is Recorded on Camera Visit THAT How you See Doctor, Doctor got mad AT Hawkins When Hawkins Reply why you Don't Take Islam Inmates Blood And SHiT For Pork Food and other Food He Doctor got mad AT Hawkins, Said your Religious Food-Diet is Denied I'm Finish with you. Dietary was Told Not To give me

P.3

My Food Diet Kosher meal and Vegetarian Diet Beans Rolled Chicken to me

in The Records my Food Diet Since 1-23-2023 They Are a PRiVATe Food Service Company They Are Held LiaBle For my Religious Food Freedom Diet, I wRote ReQuest To Ms, Tiffany & DeBra over 6 Letter and ReQuest Asking wHy They STill ViolaTing my Religious Claim Too: On 4-11-25 Lpn Lisa & Kelly Been Denied me of medical ATTention. I was Beat up By STAff memBer, And I Seen Lpn Lisa, She Refused To See me on my medical Issue The Day on 4-11-25, She INForm me She was DURNing Her INTake on me She was not worrying ABout my mouth of my Teeth Being knock out my mouth, I Told Her my Left RiB was Hurting me And my SHoulder, Staff memBer Caruthers & Carrier Told The Nurse He Refuse To See you. you Finish with Him, Lpn Lisa Reply I'm Finish I was Telling Lpn Lisa ABout my pain I was going Through for Being Beat up By STAff memBer, Lpn Lisa Seen my mouth with No Teeth, Lpn Lisa Knew I Had all my Teeth in my mouth, I Fill out a Sick-CAll To get MedicATion for my RiB, SHoulder And mouth Broken Teeth, I was given Tylenons or Advils pills They gave me Advils pain Pills For a week, I HAd To Fill out For more Pain medicATion, my medicATion Stop Again, I Did A ReQuest Form To See wHy I'm Being RefUsed of The DentiST To Pull Teeth out my, INForm Them I CAN'T EAT my Food RighT or chew my Food Because Broken Teeth in my mouth Hurts To chew, April, May, and July I Had To Suffer in pAin with Broken Teeth in my mouth

July 18, 2025 To Dentist Touchet Told P.4

Crowley, LA, To Pull out teeth, Dentist Touchet Told me, He only Can Pull out 3 teeth at a time, Then Reply To me, They Hit you in the mouth with Something IRON, They Did a Number Job on you, Dentist Touchet Pull my teeth 3 of Them, Told me I will Have To come Back Next week To Pull out the Rest of my teeth That Broken in my mouth, I Told Lpn Kelly & Lisa Dentist Touchet Told me To Come Back To Pull the other 4 teeth out my mouth Today 12-15-2025. Still Being Refuse of medical Attention of Dentist, They Both was Inform for me To go Back to Dentist Touchet in July 18, 2025. They Refused me of medical Attention. I Fill out medical Sick-Call for me To See Eye Doctor, over 4 times Told Lpn Lisa & Kelly I Can't See It Hard for me To Read my Bible Plus I Have Headache Some Times Behind my Eyes, Because I Have CATRACK in Both of my Eyes, I Need To go See a Eye Doctor, for my Eyes, That At 55 years They Suppose To Remove my CATRACK out my Eyes, At Lus Hospital Lpn Lisa & Kelly Still Today Have Refused me To go See Eye Doctor I Did 4 Request And Sick-Call Telling Them And Asking Them To go See a Eye Doctor It Hard for me See word Plus my Eyes Stay watery Today 12-15-2025 Still No Eye Doctor 7 month in Eye Pain Hard for me Read Any Thing in Jail

P.S

Staff Member Lisa & Kelly And John Doe Doctor Tell Hawkins you Not in Prison. This is A jail House you Have No Rights To go, To Eye Doctor, And Dentist Touchet in Crowley, LA, But money Have Been Taken out my Account 5 Dollars for Sick-Cell form And 5 Dollars for medication, Hawkins was charge for Medical Care And medication from Dentist Touchet, when Staff member, carrier, Ward, Landry, Morrison And Caruthers, They Broke Hawkins Teeths in His mouth Hitting Him with Iron object Knocking teeth out of mouth Still today 12-30-25 Hawkins Still Sit in pain in mouth Hard for Hawkins To Eat food, No more medication given To Hawkins, They keep making Hawkins pay for medication And Sick-call To See Him for the Same problem from 4-11-25 To 12-30-25. So Hawkins Has No more money To Spend with LPN Lisa & Kelly, so They Don't give Him Treatment, They Still Violating Hawkins Religious food Rights, favoritism, Racial Discrimination Toward Hawkins T.O.M.R gartweH Religious freedom Rights To feed He Alegeric To Toward His Religious, Islam or Baptist Religious And other Religious was Not made To Shit in A cup And Have Blood Taking from Body To See if They Are Alegeric To Pork, Beef, Red gravy food, And Type of meat, Doctor and LPN can't Show DoHere They Test others, Inmates in J.D.C.C. food Alegeric in Order To Received food Diet, Can They

A

That Received Food Diet in J.D.C.C. their Blood test and shit in a cup, say and tell you Everybody Inmates Islam and Baptist Inmates Pork and Beef Meat They are Allegoric to Food It is Islam Religious to Don't Eat Pork Because Not Clean Animal in Bible Swine, why Islam Not made To Shit in Cup in order to Received Their Religious Freedom Food Diet, No Inmate Islam Have Been Tested To see if they are Allegoric To Pork and Beef, and Baptist Inmate Discrimnation on I.D.M.R. Yahweh Inmate cold meat, and Bean Not good for their souls. Medical Staff in J.D.C.C. Violates Medical Rights Denied of Medical care To Eye and Dentist Violates Inmates Religious Freedom Rights, Jail in the State of Louisiana, Louisiana Constitional Rights To Medical care, Eye Doctor Dentist, and Religious Freedom Rights. Violated By Dietary Law and Doctors in J.D.C.C. Hawkins should Be Treated Equal in The State of Louisiana Jailhouse as To All 64 Parish Jailhouse in The State of Louisiana Medical Care and Religious Freedom Rights Still Today Hawkins Rights are serious Being Violated Telling Hawkins We Do what we want to you in Jailhouse you Have No Rights in Jail, This is Not Prison, is Law and Dietary words To Hawkins End of Claim

Submitted By
Emile Hawkins

Claim I. B. wrongful Complaint's Disciplinary Hearing Rule Violations; Rights To 72 Hours Hearing, Rights To Faces my Accuser, Right To Counsel, Right To Appeal, Rights To A.R.P. Timely fashion manner 5-30 Days Posted Policy Request form V6/13; Constitution Right Violations By Staff member Answering A.R.P. Not Authorized Personal; Illegal Administrative Procedure Not Authorized Personal; Disciplinary Report form V8-13 (un Authorized Personal To Imposed Immediately Restrictions on Disciplinary Form V8-13; Louisiana State Laws Inmates Constitution Rights Due Process Rights in Correction Center And Prison upon Disciplinary Rules And Procedure:

In J.D.C.C. Since 1-23-23 To 12-30-25 Hawkins Rights Staff Member, Dutton, Caruthers, Carrier, Sonnier, Richard Landry, Morrison, And Janice Has Been Violating Hawkins Rights in J.D.C.C. A.R.P. And Disciplinary Procedures upon Hawkins During Time in J.D.C.C. 1-23-2023 To 12-30-25, Hawkins States Clearly Louisiana State Law And Louisiana Constitution Rights Has Been Violated By Name Stated Defendant Staff Member, Each write up Hawkins Received He was Not given His Rights To Disciplinary Report form V8-13, Hawkins Rights To 72 Hour Hearing, Rights To faces my Accuser, Right To Counsel, Right To Appeal, Hawkins States on All of His Disciplinary Report form V8-13, from 1-23-23 To 12-30-25, His Louisiana Constitutional Rights To Disciplinary Report form V8-13 was Violates and Louisiana State Laws To Disciplinary Report form V8-13 was Violated By Staff member, Dutton, Sonnier, Caruthers, Morrison, Richard, and Carrier, Warden Powell and Ass. Wardens Caswell, Jaspard, All Violated Hawkins Disciplinary

Right to Appeal Their Inmate Disciplinary Report V8-13 in J.D.C.C. Hawkins States He, in the State of Louisiana, and J.D.C.C. Staff member are required to followed All laws in Louisiana in Corrections Center and Prison, Disciplinary Report Form V8-13 Rules & Procedures and Policies, by Louisiana State laws, The Authorized Personal on Disciplinary Report Form V8-13 only 3 people in J.D.C.C. Can Imposed Immediately Restrictions, Warden, Ass. Warden and Administration upon Disciplinary Form V8-13. Authorizing 3 people To Imposed Disciplinary Action upon Inmates in J.D.C.C. Any Body Staff member, Stated Defendant Names They Are Not Authorize By law to Take Action on Inmate Disciplinary Report V8-13 Form, J.D.C.C. Staff member sign their Names on V8-13 form Action By: As They Are Warden. They Have Committed Forgery, False Documents, False Swearing, And Un-Authorized Personal Administration. Staff Member Are Not Allowed To Imposed Disciplinary V8-13 Form in the State of Louisiana, Staff member are Unauthorized To Immediately Imposed Disciplinary V8-13 Form, It is A Illegal Administrative Procedures, violates Inmates Due Process Rights, Louisiana Constitutions Rights To Disciplinary Report V8-13 Form, Gives Inmate The Right To Counsel, 72 Hours Hearing, Right To Faces His Accuser, and Right To Appeal Disciplinary Report V8-13 in The State of Louisiana, in J.D.C.C. Inmate Are Not given Does Rights By Staff Member Not Appropriate Personal To Imposed

Immediately Restriction on Inmates Disciplinary Report V8-13 Form, on V8-13 Form for Disciplinary only Warden/Ass Warden are The only Authorized personal Action can Be Taken By: Action By J.D.C.C. Warden Sign Name Then Warden Date V8-13 Form for Approval of Disciplinary Restrictions. Any other J.D.C.C. Staff Member Are Not Authorized For Imposed Immediately Restrictions on Disciplinary Report Form V8-13. Violates Inmates Constitutional Due process Rights in the State of Louisiana. All Hawkins Disciplinary Report V8-13 Form in J.D.C.C. Has Been Violated By Staff Member, Dudon, Landry, Richard, Caruthers, Carrier, And Morrison And John Doe Staff Member was All not the Appropriate personal To sign Their Names on Action By on V8-13 Disciplinary Form in J.D.C.C. All Staff Member sign Their Names on Action By V8-13 Form Has, committed forgery, False Document, penalty of perjury, All Staff Member was not The Appropriate personal To Imposed Immediately Restrictions on V8-13 Form Disciplinary Report in J.D.C.C. Because They Violated All Inmates of Louisiana Constitutional Rights That's Are Required By Law in The State of Louisiana, Rights To 72 Hours Hearing, Rights To Faces His Accuser, Right To Appeal, Right To Counsel, Right To call Witness, J.D.C.C. Violated All Due process Rights By Imposing Immediately Restrictions on Disciplinary V8-13 Form! And not The Appropriate personal Required By Louisiana State Laws of Disciplinary Report V8-13 Form, only Wardens/Ass. Warden can Take Action on V8-13 Form, Action By on V8-13 Form just Warden

CAN Be Brought To Take Action, By Staff Member Commit Forgery And Committed perjury. False Document, When staff member sign Name on Disciplinary V8-13 Form illegal Administrative procedures in J.D.C.C. Hawkins

Rights Has Been And Still is Being Violated 12-30-25, By Staff member, Due process Rights And Louisiana Inmates constitutional Rights in Corrections Center And prison on 4-11-25 To 12-30-25 A.R.P. And Request Form V6-13 Posted Policies And Rules And Procedures in J.D.C.C. Staff member Violates Inmates Due Process Rights, forgery, perjury, False Documents, in The State of Louisiana, Louisiana Constitutional Right Inmates Has Rights To Be Given An Answer. To A.R.P. And Request Form V6-13 5 Days - 30 Days As Required By J.D.C.C. Rules And Policies. Staff member, Carrier, Caruthers, DuHon, Morrison, Ward, Landry, Warden powell, Ass, Caswell, Refused To followed posted policies They give To Inmate To followed while Inmates Are J.D.C.C. Staff Caruthers And Ward DuHon, Morrison, open up Hawkins legal mail Not in present. Read Hawkins legal mail in His face Tell Him It is Justify To Durning what They Do you Not in prison. you in A Jail House. That prison Rules. I Do Request Formon my legal mail Being open and Read in J.D.C.C. Rules And policies states you only open legal mail in present of Hawkins you Can Not Read His mail or Destroy His legal mail. J.D.C.C. Rules And policies states They Can Not Read your legal mail. J.D.C.C. Camera of Booking Room will produce Staff member Names stated in This Lawsuit Has Been Reading

Receive Legal mail, They open Hawkins Legal mail NOT in FRONT of Him, They Bring The papers To Him That WAS in The ENVELOPE And ASK If He Need Copies. They go in Hawkins Legal mail property Steal His Legal mail paper out His property. Staff Thompson And Staff Bouley on July 4-5, 2025 Showed HAWKINS His Legal mail Been Stolen By other Staff member going into His Legal mail property. They Seal your Legal mail up in A plastic Bag And put it in your property. Every Time you get Legal mail, They go get That plastic Bag your other Legal mail in And un Seal it in your face present, And They open it in your present. Seal The plastic Bag up in your face present go put it Back in your property. J.P.C.C. cameras will prove Staff member Been opening Hawkins Legal mail NOT in present And Reading Legal mail, And Destroying His Legal mail. HAWKINS Send Legal mail To get copies of 10-13-25 fox #4 By Staff Janice 5:00 p.m. Staff Richard Destroy Hawkins Legal mail, Staff Janice Took from Hawkins To go make copies for Hawkins To Send His motion To court And To Send To Disciplinary counsel ms yolanda cezar Baton Rouge La. Staff Richard, ward carrier, Duhon and caruthers, morrison An Staff member HAS Been Destroy Hawkins Legal mail and Reading His Legal mail, Shaking Hawkins cell Down Taking His writing material, Ink pens, And court motion paper from Hawkins HAS Done Request form on matter, Legal mail Being Stolen Legal mail Being Read in His face By Staff member

P.6

on Behavenhall (4-15) 25 HawKins Did 5 RefRanks
Filing Request Form in J.D.C.C. Request Form V 6-13
HawKins Request He Be move out of Dorm or cell
with Inmate Micheal Ware. on 11-16-25 Between
9.00 pm To 11:00pm HawKins was spray with chemical
Snase For No Reason, J.D.C.C. Staff member Refused
HawKins To Be move out of Dorm, After He got Into
Fight with Micheal Ware, Staff Richard sprayed
HawKins 3 Times Because He Didn't want To go Back
in The cell #4 Fox Dorm. on 11-13-25 Staff member
Janice Dave Staff Richard HawKins Legal mail To
make copies 11-13-25 5:00pm, Staff Richard Destroy
HawKins Legal mail, on 11-16-25 They Staff Richard
came chemical sprayed HawKins in Fox-Dorm
write-up on 11-16-25 HawKins was Being Retalater
By Staff member, Caruther, Told HawKins They Don't
Do copies of Legal mail, Violated HawKins Due
process Rights, As He Staff Caruthers Destroy
HawKins Legal mail, Staff Caruthers Also Stole
and Read Legal mail, Police Brutality From claim I
Staff Caruthers Also Answer Request V-6-13
Form, HawKins Did Request Form on Staff
Caruthers And He Staff Caruthers Answer Request
V-6-13 Form, HawKins Address Request Form
V-6-13 To Warden Powell, Staff Caruthers Answer
Request Form with Request Form Did on Eletronic
Filing on Staff Caruthers, Also Told Warden
Powell About Staff Caruther Should Not Be Answer
ing His Request Form, For Warden Powell, my
Request Form Be Rejected By Staff Caruthers,
Dutton, marrison, Denied HawKins of His Right