Re: Letter To Judge    Sec. P.
                       CASE: 00870
                       12-29-25

Dear Judge Thomas LeBlanc,
    Please Find Enclosed, Motion To Amended Complaint
And Memorandum Order To File. into your. W.D.7.L.C.
    I'm Asking you Judge LeBlanc Can you send me Copies
Back u Bebe Denied By Staff Member Caruther, Duton, And
Richard, They Destroy my 1st Amended Complaint I Did on
11-13-25, It was given To Staff Janice And Destroy By
Richard And Caruthers, Retaliating on me. Still in J.D.E.C.
Legal was given To Staff Janice on 11-13-25 AT 5:00pm
In J.D.C.C. on Fox # 4 cell Camera's Can Be Reviewed
To See. I gave Legal paper To Staff Member To Run
Copies of my Legal Mail, Then on Electronic Filing
Request form V6-13 Staff Caruthers Tells me I Can't
get Copies of my papers I Have To Send To The
Court for The Court To give you Copies, So I'm
Asking you Judge LeBlanc For Copies. They Refused
To give me copies, And They Don't give me paper,
They stare my Cell Down And Take my Ink pens And
paper, Envelopes from, They it Because of Lawsuit
                              Thank you, Emil Hardy