Emile Hawkins
Charlie J.D.C.Co
1530 Hwy 90 West
P.O. Box 863
Jennings, LA 70546

Legal Mail

BATON ROUGE LA 707
31 DEC 2025 AM 2 L
X-RAYED
CLEARED FOR DELIVERY
UNITED STATES OF AMERICA
FOREVER/USA

W.D.T.Co.

Judge. Thomas Leblanc
Suite 2100
800 Lafayette St.
Lafayette, LA 70501
Blackline matter W.J.D.C.Co.

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JAN - 2 2026

DANIEL J. McCOY, CLERK
BY: _____
25cv0870