Emile HAWKINS

VS

J.D.C.C Medical STAFF
Lisa & Kelly And Doctor John Doe

12-29-25

CASE: 00870
Judge: James CAIN Jr
LeBLANC

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JAN - 2 2026

DANIEL J. McCOY, CLERK
BY:_____
25cv0870

"Memorandum Order"
My I Hawkins Plead The Court. Please Find Enclosed "Motion To Show Cause", Hawkins Im Forwarding This Letter Concerning A Letter Sent To me Oct. 24, 2025 By Judge LeBlanc And James Cain Jr, Order me To Let Them Know I Not Receiving Medical Care in J.D.C.C. By Medical STAFF Lisa & Kelly And John Doe Doctor, Also Being Denied Of my Religious "I.D.M.R. "RAHWEH" Religious Freedom Diet in J.D.C.C By Medical STAFF, Hawkins Still Being Denied Of Dentist Touché in Crowley, LA To Pull Broken Teeth out of mouth From month of June To 12-30-25 Still Being Denied of Eye Doctor, Hawkins Suffered From Catract in Both Eyes, Refused Hawkins To go To Eye Doctor Since 4-11-25 To 12-30-25. HARD For Hawkins To See, Read Books, And Bible, Headache From Not Having Eyeglasses. Hawkins was Told To Let The Court Know He was Not Receiving medical Attention on Page 8 of Judge LeBlanc And Cain Memorandum Order Sent on Oct, 24, 2025. Hawkins PRAY That This Send Order To Medical STAFF For Hawkins To Be Taken To Eye Doctor, And Stop Violating Hawkins Religious Feeding Him Cold meat And Beans in Cook, Thanks For Time And Attention To This MATTER  Submitted By
Emile Hawkins

Motion To Show Cause "Memorandum Order"

Emile Hawkins                 W.D.T.C.        Case: 00870

VS                    12-29-25      Judge: LeBlanc

J.D.C.C. Medical Staff Member            Judge: Cain

Lisa & Kelly And Doctor John Doe      Section: P P.1

"Memorandum Order"

Order Be Issue Upon J.D.C.C. Medical Staff
Lisa & Kelly and John Doe Doctor, At Address of
J.D.C.C. 1530 Hwy 90 West Jennings, LA 70546
Motion To Show Cause for Shall Medical Staff
Doctor John Doe, Lisa and Kelly Shall Produce Any/
All paper & Electronic Filing of Hawkins Sick-Call
& Request form from 1-23-2023 To 12-30-25. Shall
Medical Staff John Doe Doctor, Lisa and Kelly, Shall
Produce Any/All Electronic, paper of Eye Doctor
Sick-Call form, Request Form, And Also Eye Doctor
Visit for Hawkins in J.D.C.C. from 4-11-25 To
12-30-25. Shall Medical Staff John Doe Doctor
Lisa & Kelly Shall Produce Any/All Records of Dentist
Touchet in Crowley, LA  X-Ray of Hawkins mouth of
Teeth Broken, Dentist Visits To pull The Rest of Hawkins
Broken Teeth out of mouth. Hawkins paper Request
form, Electronic Filing Request form Sent
Medical Staff Lisa & Kelly 4-11-25 To 12-30-25
"Memoranda Order" Shall Medical Staff Produce
Any/All Stated Above Record, X-Ray, Visit, Electronic
paper Filing Request And Sick Call form in File.
Forward Information To W.D.T.C. Section P.
Judge Thomas LeBlanc And James Cain. Jr. Suite 2100
800 Lafayette St. Lafayette, LA 70501. And Emile
Hawkins Charlo-4 J.D.C.C. 1530 Hwy 90 West Jenning, LA
70546

P.2

IT Is Further Ordered THAT the W.D.7.C. Judge Thomas LeBlanc And James Cain Jr Forward To Medical Staff Lisac Kelly And John Doe Doctor, Shall Hawkins Be Taken To Dentist Touchet in Crowley LA To pull The Rest of Broken Teeth out of mouth Cause By Staff member in J.D.C.C. from The mouth of June Hawkins was supposed To go Back To Dentist To pull Rest of Broken Teeth out of mouth By Dentist Touchet Ordered Hawkins To go Back in June But LPN Refused Hawkins To go Back To Dentist Touchet in June, Today 12-30-25 Hawkins pray Respectfully THAT THis W.D. 7. C. Judge Thomas LeBlanc And James Cain Jr grant such said motion To show cause For Memorandum Order, Shall Be forward To J.D.C.C. medical Staff Lisac Kelly And John Doe Doctor Address 1530 Hwy 90 West, Jennings, LA 70546.

IT is Futher Ordered THAT the W.D.7.C. Judge Thomas LeBlanc And James Cain Jr. Shall Ordered Medical Staff Lisac Kelly And John Doe Doctor 1530 Hwy 90 West, Jennings, LA Shall Be Ordered in God faith To Take Hawkins To Eye Doctor For Catract in Eyes, Both Hawkins Eyes Have Catract Hard For Hawkins To See with out glasses, Hard For Hawkins To Read paper, Bible And Books word To small To See, Hawkins pray THAT W.D. 7. C grant such said motion Hawkins Be Taken To Eye Doctor within 30 Days of This Ordered Be given Eye glasses Show cause in W.D.7.C. Suite 2100 sect P Lafayette ST Lafayette, LA 70501. The United States Court House on the ___ Day Of ___ 2026 AT ___ O'clock.

Judge DATE

Submitted By
Emile Hawkins