RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JAN 3 0 2026

DANIEL J. McCOY, CLERK
BY: ____KW____

Emile Hawkins          W.D.7.C.

1-17-26

25-cv-0870 Sec P

CASE: 00870
Judge: LeBlanco
Judge: Cain Jr.

## Memorandum Order

"Motion To Show Cause" For Amend To Dismiss Name Defendants in Lawsuit. Case: 00870 Kyle Myers, Warden Levil I. Hawkins pray To This Court. These Names Be Dismiss From Case: 00870 within 15 Days of This Order

## Memorandum Order

"Motion To Show Cause" For A Memorandum Order upon J.D.C.C. Medical Staff Member Doctor John Doe, LPN Lisa & Kelly Be Order By This Court W.D.7. Co. Shall Order Medical Staff To give Emile Hawkins Medical Care Attention in J.D.C.C. Dentist And Eye Doctor, upon Judge LeBlanco And Cain Jr. Inform Hawkins If Medical Staff Continue To Violate His Medical Rights in J.D.C.C. To Let Them know About The matter And Steps He Took in the matter At Hand. Hawkins was Sent "Memorandum Order From Judge LeBlanco And Judge Cain Jr. upon Memorandum on page 8. Both Judge States in Memorandum, If Medical Staff Still Refused Hawkins of Medical Attention in J.D.C.C. To Inform Them of The matter. Here Hawkins pray In good Faith To This Court After Hawkins present His Cause To The Court of His Medical Issue Being Denied by Medical

No Medical Attention from Medical Staff Member John Doe Doctor and LPN Lisa & Kelly. Hawkins states clearly two medical care Denied for month over 6-8 month. Refused Hawkins of Medical Attention of Dentist of Broken Teeth in mouth 7 Broken Teeth in mouth Since 4-11-25 That was cause by J.D.C.C. Staff Member Handcuffing Beating Hawkins up. And Hitting Hawkins in the mouth with some Iron Object Knocking out 7 Teeth out of Hawkins mouth on 4-11-25 Time 4:30 Am To 5:30 Am. Hawkins Has Filed out paper Request Form, Sick-calls Form, Wrote Letter To John Doe Doctor, LPN Lisa & Kelly About going to Dentist, upon 6-10-25 Hawkins was Taken To A Dentist in Crowley LA, Dentist Touchet, from The 4-11-25 To 6-10-25 Hawkins stayed in Pain with Broken teeth in mouth with No medication. Hawkins was given 2 Tylenols For 3days, After 3 Day. Hawkins Had To Fill-out Another Sick-call For Medication For the Same Problem, on the 6-10-25 Hawkins was Taken To Dentist Touchet office. Transported By 2 Sheriff officers Gary and Coleman Both Officers Had on Body Worn Camera Recording Everything in Dentist Touchet office while Dentist Touchet Told Hawkins He can only pull 3 Broken teeth out of Hawkins mouth on 6-10-25 That He Had To Come Back The Next To pull some more Broken teeth out of His, Dentist Touchet Had set Hawkins up For Visit Appointment For The Next week To pull

③ out the Back of Hawkins mouth Hawkins Told Prison By Medical Staff Lisa & Kelly To Send Him Back To The Dentist Touchet The Next week Dentist Touchet Set up For Hawkins To pull some more Broken Teeth out His Mouth, Sheriff Gary and Coleman Both Bodyworn Camera will prove Hawkins And Dentist Touchet Setting Hawkins Another visit To Come Back The Next week 6-10-25 when 3 Teeth was pull out of mouth, It was on A wedenday so the Next week was 6-17-18-25, Hawkins was Refused of medical Attention Here Today 1-17-26, Still Hawkins suffer in pain with Broken Teeth in mouth No medication from John Doe Doctor or LPN Lisa & Kelly, Hawkins Teeth was Broken By Staff member of J.D.C.C on 4-11-25, Staff member Carrier, Ward, Landry and morrison Jump on Hawkins sprayed Him with mase pepper spray Burns your skin, sprayed Hawkins in the Eyes where He Could Not see, Hawkins was knock out By Staff member For No Reason J.D.C.C I.SO Cell #6 Camera will prove matter at Hand, Camera in J.D.C.C Can Be Review For proof of Evidence on 4-11-25 Hawkins was No Threat To Staff member or Any-body, Hawkins was Eating His Breakfast Tiger mart Food Service passes out Food and Pick-up Food in J.D.C.C private own Food service company They work in J.D.C.C To Feed An Inmates is Their Job as A private own company J.D.C.C Staff member Have Nothing To Do with Tiger mart Food company service, Staff member of J.D.C.C Co work For Jefferson Davis parish

Sheriff office, Jailer and J.D.C.C Staff Members Are Not Hired By Tiger Mart Food-Service to pass out food or pickup food in J.D.C.C. J.D.C.C Staff member Have No Contract Agreement To Handle Food-Trays or work for Tiger Mart Food Service. So on 4-11-25 J.D.C.C Camera Iso #6 Will Prove Staff member was wrong for Forceing Hawkins To Eat Food. They was Not Allowed By Tiger Mart To pick-up food on 4-11-25. Staff member Jump on Hawkins Because Food-Tray. That For Tiger Mart Food Service, They Had Nothing To Do with Paying To own Food Service Company Food pass out To Inmate. Camera In J.D.C.C Will prove 4-11-25 And 4-23-25. On 4-11-25 Medical Staff Lpn Lisa Refused To See Hawkins About His Broken Teeth on 4-11-25. Hawkins Had To Fill out Sick-Call Form, After Showing Lpn Lisa & Kelly His Teeth Was Broken out of His mouth. It Took From 4-11-25 To 6-10-25 For Hawkins To Receive Treatment To His mouth, could not Eat Food or Chew Food Because of Teeth Broken In mouth. Still Today 1-17-26 Hawkins Still Sit In pain With Broke Teeth In my mouth. Lpn Lisa & Kelly John Doe Doctor Refused To Aive Hawkins medication For His Teeth Until All Teeth Are pull out of mouth. Denied of medication And Refused Hawkins of Dentist Touchet Visit To go Back And pull The Rest of Broken Teeth Back June 17, 18, 2025 Here iT is 1-17-2026 Still No medication, Hawkins Suffer In pain

⑤ With Broken Teeth, Dentist Touchet Have Camera in his Dentist office in Crowley. Also Dentist Touchet Took X-Ray of Hawkins mouth Before He Pull 3 of the Broken Teeth out of Hawkins mouth 6-10-25. Again Sherriff Staff member Transport officer were wearing Body Worn Camera's Footage and Voice Recorded can prove Dentist Touchet Telling Hawkins To Come Back the Next To Pull some more wrote it Down on paper. On Body Camera will see Hawkins and Dentist Touchet Talking About coming Back for Dentist Appointment the Nex week 6-17-18-2025, But was Refused By Doctor And Lpn Denied Hawkins of medical care Still today Hawkins Being Denied medical care To his Broken Teeth 1-17-26. Hawkins Fill out Electronic Sick-Call and Request form To go Back To Dentist Touchet in Crowley, LA But All form was Refused Still in Pain.

It is further order Motion To Show Cause for Memorandum order Shall medical Staff give medical Attention To Hawkins Eyes Both Eyes of Hawkins have Catract, Since 4-11-25 To 1-17-26. Hawkins Has Fill-out paper Request form And Sick-Call forms To go see Eye Doctor, Hawkins File Electronic form, is His prove in J.D.C.C. To medical Staff He Need To see Eye Doctor, Because his Eyes Stay Watery, Headache, And He Can't Read A Bible or some paper, Because He Didn't Have his glasses That He Need some more glasses To see

Need of medical care to his cataract in both of his eyes. Lpn Lisa & Kelly John Doe Doctor refused Hawkins of Eye Doctor. since 4-11-25. Hawkins has records in LSU Hospital in Shreveport, LA that at 55 years old Hawkins supposed to have surgery on his eyes for his cataract in his eyes. LSU Hospital have records of Hawkins cataract in eyes that he need his eyeglasses to to see with tint because the light blind his eyes. Hawkins been complaining about his his eyes since 4-11-25. It is hard for Hawkins to read and see word in book and hard for him to read a bible. Hawkins pray to this court W.P.T.C. Judge LeBlanc and Ann Jr send order to medical staff Lisa & Kelly John Doe Doctor at J.D.C.C. 1530 Hwy 90 West. Jennings, LA 70546. Shall this be granted in good faith. in prays of Hawkins motion be served to defendant at address given at J.D.C.C. It is further order staff member of J.D.C.C. medical Lpn Lisa & Kelly and John Doe Doctor shall be order to send Hawkins to Dentist Doctor in Crowley, LA and any Eye Doctor that is in the area of Jennings, LA shall be order for Lpn Lisa & Kelly and John Doe Doctor. To comply with this order of memorandum order within 30 days of this order Hawkins be given medical care for teeth and eye Doctor and proof be sent to W.P.T.C. Hawkins pray order be granted in court submitted by Willie Hawkins