25-cv-0870 Sec P

Emile Hawkins pro-se
VS.                                    1-26-26          Case: 00870
J.D.C.C. Medical Staff                                 Judge: LeBlanc
Isac Kelly and John Doe Doctor                         Cain Jr.
Warden William Powell                                  Page 1

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FEB 03 2026
DANIEL J. McCOY, CLERK
BY_____ KW

## Memorandum Order

Motion To Show Cause" For Admended Complaint And Memorandum Order Pursuant to Rule 8. upon Western District Court Judge LeBlanc and Cain Jr. page 9 Order; stated in their Order on page 9 for Hawkins to ATTACH Exhibits to his Amended Complaint. This Motion Be Granted in good Faith

It is Further Ordered, Hawkins pray to this Court that Order Be forward To J.D.C.C. Warden William Powell. 1530 Hwy 90 West, Jennings, LA 70546. Shall Warden Powell Produce And Forward Any and All Exhibits of paper Filing Request Form And Electronic filing Request Form, from 1-23-23 To 1-24-26 Inmates Request Form And Sick-Call Form made At J.D.C.C.

It is Further Ordered Shall Warden Powell Produce and Forward" Body worn camera of Sheriff Gary and Coleman Transport Officers on June 10, 2025 To Dentist Touchet office in Crowley, LA Between the hours 6:30 To 1:00 p.m. Dentist visit Of Emile Hawkins, Also Shall Warden Powell, Dentist Touchet X-Ray of Hawkins mouth And teeth still need to Be pull out mouth.

It is Further Ordered Shall Warden William Powell Produce Exhibits Of Camera

On 4-23-25 I 30 cell #6 Time 4:30 A.m. To 6:30 A.m. Exhibits in J.D.C.C. On 6-10-25 7:00 pm To 11:30 pm Charlie Dorm cell #2 Staff Ward Bring legal mail open up To Hawkins, legal mail from U.D.7.C Also Staff Warden Powell Produce Booking Room Area camera's of Hawkins Receiving legal mail from Staff member Stan camera's Produce Exhibits of Hawkins legal mail Being Read And opening by J.D.C.C. Staff member.

IT is further Ordered, Staff Warden Powell Produce And forward Any And All Copies of Exhibits of Disciplinary Report forms V8/13, Disciplinary Report form Sign By Warden Powell Between 4-11-25 To 1-24-26. Staff Warden Powell Produce 72 Hours Hearing, Proof Inmates given Rights To faces their Accuser in J.D.C.C. Proof of Administration 3 Staff member Imposing Disciplinary Action upon Hawkins, sign And Date By warden Powell And Administration from 4-11-25 To 1-24-26. Warden Powell Show Proof Hawkins was given Rights To Have Counsel Represent Him on Disciplinary Report V8-13 form. from 4-11-25 To 1-24-26.

IT is Further Ordered Staff Warden Powell Produce And forward Exhibits of Hawkins Medical Request form V-6/13 paper filing And Electronic filing of Hawkins from 4-11-25 To 1-24-26. Staff Warden Powell Produce Any/All Visit of Hawkins Eye Doctor Visit given to Hawkins from 4-11-25 To 1-24-26. And All Request form of Hawkins To See Eye Doctor in J.D.C.C. from 4-11-25 To 1-24-26

P.3

IT is further Ordered STAFF WARDEN Powell Produce Any And All Requested ExHiBits STated in This Memorandum Order. SHALL WARden Powell within 30 days of THis Ordered forward ExHiBits To W.D.7 C. Judge Thomas LeBlanc And Judge Cain Jr. At Address W.D.7.C. Section P. 800 Lafayette ST. Lafayette, LA 70501. Plaintiff PRAY To This W.D.7.C. His Memorandum Ordered and Motion For Amended Complaint Be granted in good Faith within 30 DAYS

HawKins Also PRAY To The Court That A COPY Be given and send To WARden Powell Order For Him To Compy with HawKins ORder. Content To the Court To ReView All Electronic Filing At J.D.C.C.

HawKins Also Inform Judge LeBlanc And Judge Cain Jr. STaff Member Refused To make Copies of HawKins Legal MAil He Send To The Court. HawKins Send Legal MAil To get Copies on 11-13-25 on the 11-16-25 HawKins sprayed with chemical sprayed By STaff member Name STated in Complaint FoxDorm ExHiBit Camera Can Be Review Sprayed 3 Times For No Reason, Electronic Filing TABlet is HawKins Evidence He WAS Sprayed in Retaliation To STAFF RicHard Losing HawKins Legal mail STAFF Janice WASgiven By HawKins in Fox Dorm Cell 4 5:00 p.m. To 6:00 p.m. Camera Can Be Review

P4 Complaint and other motion was given to staff Janice and Staff Caruthers And Richard Retaintered on Hawkins throw away his legal mail of written motion Destory by staff member stated my Lawsuit Case # 00870 Exhibit Electronic filing Kiosk and Tablet in J.D.C.C on 11-13-25 to 11-18-25 time 11:00 p.m. spray Hawkins with Chemical spray in tox Dorm in J.D. C.C.

It is futher Order that Warden Powell Stop Violating Hawkins Religious Freedom Rights. Also Hawkins pray to this court that Warden Powell Be sent An Order from this court Hawkins Be given medical care Attention to Body in J.D. C.C.
Order Warden Powell To send Hawkins To Eye Doctor for Catract in Both of his Eyes And Order William Powell to give Hawkins medical care To his Broken Teeth J.D.C.C staff member Broke 9 Teeth in Hawkins mouth on 4-11-25. Hawkins pray with in 30 Days of this Order He Be given medical care Attention to his Eye And Teeth. By Warden Powell. And Upon this order Warden Powell produce or Forward Proof Hawkins Has Been given medical care Attention in J.D.C.C motion submitted By Be granted in good Faith 30- Emile Hawkins Days.                                    1-26-26

Date    Judge