Emile Hawkins Washington District Court

VS.

Case # 25-CV-00870 sec P

J.D.C.C. Medical Staff

Judge: James D Cain JR

Lisa & Kelly LPN

Judge: Thomas LeBlanc

Tiger Mart Dietary Kitchen

March 24, 2024

Tiffany & Debra

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MAR 27 2026
DANIEL J. McCOY, CLERK
BY: _____

## Memorandum Order

Now into court through under signed Pro-se Emile Hawkins who Respectfully informs this Honorable court that.

1.

Hawkins Alleged on Oct 28, 2025. He was inform By Both Judges Mr. LeBlanc And Mr. Cain Jr. on A Memorandum Order sent to Hawkins on page 8, About medical care He not Receiving At J.D.C.C. By Medical Staff LPN Lisa & Kelly to inform the court of the Matter At Hand.

2.

Herein, Hawkins states Yearly, over 5 months I Hawkins Been filling out sick-call form, And Asking the LPN Both to see A Doctor, I Have Been Denied Medication since Aug 2025 Here At J.D.C.C. They charge you money for Every sick-call They give you Advils pain Pills, And Tell you A lie you on the list to see the Doctor, I Have Been Filling my sick-call form on Electronic Filing And Paper Filing, My arms And shoulders, Plus my Ribs still Be Hurting, Every month they make me fill out Another sick-call To Receive Advils pain Pills, for Just 1 week, Then they stop givings you medication And Tell you, Too Await you on the list to

Here it is March 24,2026 I still never seen A Doctor For my PAIN, High Blood pressure yet, I Ask the both LPN Lisa & Kelly when will I see A Doctor For my PAIN

Just This month March 17, 2026 I fill out another sick-call To see the Doctor For my PAIN I Be Having Every Night in my shoulder and Arms, I receive No medication, The Records can show proof How Many sick-call I fill out in This J.D.C.C From 8-1-25 To March 24, 2026 I fill out over 12-15 sick call To see A Doctor For my PAIN LPN Lisa & Kelly say Every Time you or The List Denied me of medical Attention.

### 3.

Hawkins Alleges Herein upon Dentist Touchet From Crowley, LA Dentist Touchet is on Sheriff Dept. GARY And Coleman Body worn camera on June 10, 2005, Dentist Touchet Told GARY And Coleman To Bring me Back To pull out the Rest of my Broken Teeth staff member Broke in my Mouth on 4-11-25, staff Gardner, Laydry, Morrison, Caruthers, And Ward when commit Tis police Brutality on me Broke my Teeth, LPN Lisa and Kelly, Refused To send me Back To Dentist Touchet, I can Have your Federal Court to Have Body worn camera on police officer, memorandum order To your court so you can see Dentist Touchet sent me up To come Back And pull out my Broken Teeth I Have Been Denied of medical care To my Broken Teeth, June 10, 2025 To March 24, 2026 Still Im suffering PAIN in my Mouth

Filing to go back to Dentist Tochet to pull out the rest of my teeth, Here it is March 24 2026 No Dentist Tochet Visit, Lpn Lisa and Kelly keep saying you on the List, They give me no medical Attention. for my Pain, I fill out sick give me 2 Advil pills, for 3 Days, And make fill out Another Sick-Call for my Advil pills, my Medical Bill is 967.00 Dollars Here At J.D.C.C, I Have not seen no Doctor And no Dentist, Also I Have not seen a Eye Doctor, I Been fill out to To see Eye Doctor May 1 2025 No Eye Doctor I Have Catract in Both my Eyes, going Blind They Denied me of Medical Attention to my Eye Since May 2025, I suffer with my Eyes, I Stay with Headache, I Tell the Lpn Lisa & Kelly That every month still I Receive no medication for my Eyes, I'm 55 year old, I Suffer from Lpn not giving me medical Attention Here At J.D.C.C.

Here Judge LeBlanc And James D Cain on your memorandum Order, you inform me to Tell your know when I'm not Receiving medical care Here At J.D.C.C By medical staff staff member wear Body worn camera So I Can order them worn Body camera To Count to see And Hear Lpn Lisa & Kelly Tell I'm on List to see Doctor, Never go see Eye Doctor Dentist or Doctor, J.D.C.C, Staff member Body camera Is my Proof, I'm Just Informing the courts Submitted by Emile Watts