Western District Court    Sec P

Emile Hawkins

CASE NO: 2-25-0870

VS.

Judge: LeBlanc
Judge: Cain Jr.

Medical Staff Lisa & Kelly Tiger Mart Dietary Tiffany & Debra Landry, Carrier, Caruthers, Caswell Sonnier, Janice, Richard, And Dutton

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAY - 8 2026

DANIEL J. McCOY, CLERK
BY: _____

## Memorandum Order

Motion To Show Cause For Memorandum Order And Motion For Court Order & Motion For Request For Production of Document Pursuant to Federal Rule 34. Copy within 30 Days of Order.

Now into Court Comes through Undersigned Pro-Se, Plaintiff, Emile Hawkins Comes Respectfully Inform this Honorable Court, this Court Has Authority To Order, All Defendants to Respond to Emile Hawkins Pro-se, Motion to Show Cause To Provide Production of Document Pursuant to Federal Rule 34, Provide Tangible Evidence of Document, All and Any Electronic Filing, Polit Program. And paper Filing, in Defendants Records From 1-23-2023 To 5-4-2026 Body worn Camera, J.D.C.C. Surveillance Camera ISO Cell # 1, 2 And 6, Medical Records of X-Rays, And Disciplinary Report Form V8-13 Rules & Procedure And Form V6-13 Rules & Procedure Request Form. Illegal Administrative Procedures of Disciplinary Hearing From 1-23-2023 To 5-4-2026 All Disciplinary Broad Held in J.D.C.C. On Emile Hawkins. Right to Face Accuser, Right To Counsel, And Right To 72 Hours Hearing.

It is Further Order That Defendant Shall produce Any & All Copies of ReQuest Form File By Plaintiff Hawkins From 1-23-23 To 5-4-26 Shall Produce Any & All Surveillance Cameras out of J.D.C.C. on Name Stated Days 4-23-25, 6-10-25 7-(4-5)-25 Booking Room, ISO #Cell # 1 Removing Hawkins From cell #1 To Doctor Viston During the mouth of July. Surveillance Camera ISO #Cell #2 Disciplinary Report V-8-13 written By Staff Carrier

It is Further Order that this Court Order The Defendant To Produce All Stated Name Documents up in this motion To Show Cause, Shall Defendant, Forward Both copies To Name parties, First Name W.D.F.C. Sec. P. Judge LeBlanc & Cain Jr. Suite 2100 800 Lafayette St. Lafayette, LA, Also Emile Hawkins A#2 J.D.C.C. 1530 Hwy 90 West P.O. Box 863 Jennings, LA 70546, Shall Order such Said Defendants To Compy in 30 Days of This Order Hawkins pray This Court grant such said Motion For ReQuest For Production of Document Pursuant to Federal Rule 34 within 30 Days of this Order Order

Let the Foregoing motion And Memorandum Order Be And the same is Hereby Fixed For Hearing with the Defendants why motion should not Be granted on the ____ Day of ____ 2026 At ____ O'Clock ____ m.

Thus Done And Signed this ____ Day of ____ 2026

In W.D.F.C.

_____    _____    Submitted By
DATE                Judge          Emile Hawkins
                                   5-4-26