Western District Court   Sec.P

Case No. 2:25-0870

Emile Hawkins

VS.

Judge: Cain Jr
Judge: LeBlanc

Kyle Myers, Warners Levi, Landry,
Carrier, Morrison, Caruthers, Caldwell,
Ward, Tiger Mart Dietary Tiffany & Debra
Medical Staff, Lisa & Kelly, Sonnier, Janice,
Richard, And Duhon

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAY 2 0 2026

DANIEL J. McCOY, CLERK
BY_____ KW

## Memorandum Order
Motion To Show Cause For Memorandum
Order And Motion For Court Order, Motion Request For
Production of Document Pursuant to Federal Rule 34

Now into Court Comes through undersigned
Pro-se Plaintiff Emile Hawkins Comes Respectfully
Inform this Honorable Court, this Court Has Authority
To Order, All Defendants to Respond, To Emile Hawkins
Pro-se, Motion to Show Cause, To Provide Tangible
Documents of Emile Hawkins Used Excessive Force,
Police Brutality, Retaliation, Medical Refusal Attention,
Disciplinary Hearing, illegal Administrative Procedures,
Shall Produce To Hawkins, 4-11-25 J.D.C.C Cell#6
Time 4:30A.m To 8:30A.M, J.D.C.C. 4- -25 Cell#6
Time 4:30A.m To 8:30 A.M, Surveillance Camera Can
Be Review, Body worn Camera To Dentist Touchet,
Medical Records of X-Ray Dentist Touchet 6-10-25
To 5-4-26, All of Hawkins Medical Records From
1-23-23" To 5-4-26, J.D.C.C. Hawkins
Disciplinary Hearing, 72 Hours Hearing, Right To Face
Accuser, Right To Counsel, Disciplinary Report