RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAY 2 0 2026

DANIEL J. McCOY, CLERK
BY: _____
KW

W. D. F. C.                                          P.I

Emile HAWKINS Pro-se                    CASE NO: 2:25-CV-0870
VS,                                     Judge: CAIN JR.
Jefferson DAVIS Parish ETAl            Judge: LeBLANC

Order
Motion To Amend to Dismiss The
Jefferson Parish Correctional Center From
This suit, And Name Stated Defendants,
     Now into Court through undersigned, Pro-se
Emile Hawkins comes Respectfully In form this
Honorable Court Pursuant to Federal Rule #8
     Hawkins Pray To This Court, That such said
Defendants Names Herein Be Dismiss From suit,
Names As stated, Janice, Warrens Levy, Kyle Myers,
CaseWalls,
          This Matter of This Case No. 2:25-CV-0870
sec P.. Has Been Referred to the undersigned for
Review, Report, And Recommendation in Accordance
with the provisions of 28 U.S.C. Section 636 And the
Standing Orders of the Court,
          Motion To Show Causes for Memorandum
Order Warden William Powells, Shall Produce To the
Court, Any & All Electronic Surveillance Cameras, on
Name Stated Dated of J.D.C.C. ISO. Cell #6
4-11-25 Time 4:30 A.m To 6:30 p.m, ISO Cell #6
4-23-25 Time 4:30 A.m To 8:30 A.m, ISO Cell # 1 & 2
4-23-25 To 5-20-25, ISO Cell #1 7-26-24,
June 10, 2025 Dorm Charlie #2 cell Time 9:30 p.m To 12:00 AM

P.2

It is Futher Ordered, "Motion Request For Production Of Document Pursuant To Federal Rule #34 Hawkins comes Respectfully Inform this Honorable Court, This court Has Authority To Order, All Defendants To Respond To Emile Hawkins Pro-se motion to Show cause To Provide Tangible Documents Of Emile Hawkins, Used Of Excessive Force 4-11-25 Time 4:30A.m To 12:00A.m, Police Brutality, Retaliation, Medical Refusal Attention, Disciplinary Hearing, Illegal Administrative Procedures, Receiving Legal Mail At J.D.C.C. Shall Futher Ordered Produce To Emile Hawkins Medical Records Of X-Ray Dentjst Touchet Family Dentistry 117 Blue Lake DR, P.O. Box 1603 Crowley, LA 70526, Shall Futher Ordered J.D.C.C. Warden William Powell produce Records Emile Hawkins Disciplinary Report Form V-8-13 Of Disciplinary Hearing Held on Emile Hawkins From 4-11-25 To 5-18-26, Any & All 72 Hours Hearing, Shall Show His Right To Face His Accuser Was not violated By Warden William Powells, Emile Hawkins Request Form V-6-13 in J.D.C.C. WAS Answer in Time Limitation 5-Day To 30 Days As Require by Louisiana State Law.

It is Futher Ordered Hawkins pray To this court That this such said Motion Be granted.

Submitted By
Emile Hawkins

(Date) _____ Judge